USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07

RECEIVED
JUL 20 2007
CHAMBERS OF
COLLEEN McMAHON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GALLO,

                    Plaintiff,                        Case No. 07 CV 06418 (CM)(HP)

        -against-

ALITALIA - LINEE AEREE ITALIANE -          **STIPULATION**
SOCIETA PER AZIONI, PIERANDREA GALLI,
and GIULIO LIBUTTI,

                    Defendants.

        Plaintiff Francesco Gallo ("Gallo"), by his attorney Derek T. Smith, Esq., and Defendants

Alitalia Linee Aeree Italiane SpA, Pierandrea Galli and Giulio Libutti (collectively,

"Defendants"), by their attorneys Vedder, Price, Kaufman & Kammholz, P.C., hereby stipulate

and agree to an extension of time for Defendants to answer or otherwise respond to Gallo's

complaint until, and including, August 17, 2007.

        The parties further stipulate and agree that signatures transmitted by facsimile or e-mail

are to be taken as original signatures.

July 19, 2007

AKIN & SMITH, LLC                           VEDDER PRICE KAUFMAN
                                            & KAMMHOLZ, PC

_____                     _____
Derek T. Smith ( DTS1497)                   Charles Caranicas (CC 9244)
305 Broadway, Suite 1101                    1633 Broadway, 47th Floor
New York, New York 10007                    New York, New York 10019
(212) 587-0760                              (212) 407-7700
Attorney for Plaintiff                      Attorney for Defendants
Francesco Gallo                             *Alitalia Linee Aeree Italiane SpA,*
                                            *Pierandrea Galli and Giulio Libutti*

**SO ORDERED:**

_____
U.S.D.J.

NEWYORK/#1235435.1