UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GALLO,

          Plaintiff,

-against-

ALITALIA – LINEE AEREE ITALIANE – SOCIETA PER AZIONI, PIERANDREA GALLI, and GIULIO LIBUTTI,

          Defendants.

Case No.  07 CV 06418 (CM)(HP)

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

      **PLEASE TAKE NOTICE THAT**, upon the Complaint of plaintiff Francesco Gallo (Exhibit 1 hereto) ("Complaint") and the Memorandum of Law in Support of Defendants' Motion to Dismiss, defendants Alitalia Linee Aeree SpA ("Alitalia"), Pierandrea Galli ("Galli") and Giulio Libutti ("Libutti")(collectively, "Defendants"), by their attorneys, Vedder, Price, Kaufman & Kammholz, P.C., will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order pursuant to FRCP 12(b)(6), dismissing the first nine claims and the eleventh claim set forth in the Complaint as against each Defendant, and dismissing the tenth claim (for defamation) as against defendant Galli, for failure to state a claim, and for such other and further relief as the Court may deem just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Judge McMahon's Individual Practices, opposing papers, if any, must be served on the undersigned no later than fourteen days after receipt of this motion.

NEWYORK/#178429.1

Dated: New York, New York   VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
       August 17, 2007

By: /s/ Alan M. Koral
    Alan M. Koral (AK1503)
    Charles S. Caranicas (CC 9244)

1633 Broadway – 47th Floor
New York, New York 10019-7513
(212) 407-7700

Attorneys for Defendants
   *Alitalia Linee Aeree Italiane SpA,*
   *Pierandrea Galli* and *Giulio Libutti*

To:   Derek T. Smith, Esq.
      Akin & Smith, LLC
      305 Broadway, Suite 1101
      New York, New York 10007
      Attorney for Plaintiff *Francesco Gallo*

NEWYORK/#178429.1