UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GALLO,

           Plaintiff,

-against-

ALITALIA – LINEE AEREE ITALIANE – SOCIETA PER AZIONI, PIERANDREA GALLI, and GIULIO LIBUTTI,

           Defendants.

Case No. 07 CV 06418 (CM)(HP)

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**  )
                          ) ss.:
**COUNTY OF NEW YORK** )

    Charles Caranicas, being duly sworn, deposes and says:

    1.    I am over the age of eighteen years and not a party to this action, and reside in Brooklyn, New York.

    2.    On August 17, 2007, I caused the within **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** to be served on plaintiff by causing a true copy of same, enclosed in an envelope addressed as shown below, to be delivered by overnight courier service to:

                Derek T. Smith, Esq.
                Akin & Smith, LLC
                305 Broadway, Suite 1101
                New York, New York 10007
                Attorney for Plaintiff *Francesco Gallo*

                                Charles Caranicas

Sworn to and subscribed before me
this ___ day of August, 2007

_____
Notary Public

NANCY J. NEUBAUER
Notary Public, State of New York
No. 01NE5041602
Qualified in New York County
Commission Expires April 10, 2011

NEWYORK/#183756.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCESCO GALLO,

               Plaintiff,

-against-

ALITALIA – LINEE AEREE ITALIANE – SOCIETA PER AZIONI, PIERANDREA GALLI, and GIULIO LIBUTTI,

               Defendants.

Case No. 07 CV 06418 (CM)(HP)

**AFFIDAVIT OF SERVICE**

---

**STATE OF NEW YORK** )
                        ) ss.:
**COUNTY OF NEW YORK** )

    Charles Caranicas, being duly sworn, deposes and says:

    1.    I am over the age of eighteen years and not a party to this action, and reside in Brooklyn, New York.

    2.    On August 17, 2007, I caused the within **NOTICE OF MOTION** to be served on plaintiff by causing a true copy of same, enclosed in an envelope addressed as shown below, to be delivered by overnight courier service to:

                Derek T. Smith, Esq.
                Akin & Smith, LLC
                305 Broadway, Suite 1101
                New York, New York 10007
                Attorney for Plaintiff *Francesco Gallo*

                                            Charles Caranicas

Sworn to and subscribed before me
this _____ day of August, 2007

_____
Notary Public

NANCY J. NEUBAUER
Notary Public, State of New York
No. 01NE5041602
Qualified in New York County
Commission Expires April 10, 2011

NEWYORK/#183756.1