UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCESCO GALLO,

                Plaintiff,

    -against-

                                        Case # 07 CV 06418 (CM)(HP)

ALITALIA - LINEE AEREE ITALIANE –
SOCIETA PER AZIONI,
PIERANDREA GALLI, and
GIULO LIBUTTI,

        Defendants

------------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please be advised that Derek T. Smith and Akin & Smith, LLC hereby enters an appearance on behalf of the plaintiff in the herein action as Attorneys for Plaintiff.

Dated:    New York, NY
            September 4, 2007

                                        AKIN & SMITH, LLC

                          By:__/s/_____

                            Derek T. Smith (DS 1747)

                          Attorneys for Plaintiff
                          305 Broadway
                          Suite 1101
                          New York, NY 10007
                          (212) 587-0760