UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GALLO,

           Plaintiff,

-against-

ALITALIA – LINEE AEREE ITALIANE –
SOCIETA PER AZIONI, PIERANDREA GALLI,
and GIULIO LIBUTTI,

           Defendants.

Case No. 07 CV 06418 (CM)(HP)

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**   )
                         ) ss.:
**COUNTY OF NEW YORK** )

      Charles Caranicas, being duly sworn, deposes and says:

      1.    I am over the age of eighteen years and not a party to this action, and reside in Brooklyn, New York.

      2.    On September 11, 2007, I caused the within **REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** to be served on plaintiff by causing a true copy of same, enclosed in an envelope addressed as shown below, to be delivered by overnight courier service to:

                                  Derek T. Smith, Esq.
                                  Akin & Smith, LLC
                                  305 Broadway, Suite 1101
                                  New York, New York 10007
                                  Attorney for Plaintiff *Francesco Gallo*

                                                        Charles Caranicas

Sworn to and subscribed before me
this 11th day of September, 2007

_____
Notary Public

NANCY J. NEUBAUER
Notary Public, State of New York
No. 01NE5041602
Qualified in New York County
Commission Expires April 10, 2011

NEWYORK/#184787.1