UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCESCO GALLO,

          Plaintiff,

-against-

ALITALIA – LINEE AEREE ITALIANE – SOCIETA PER AZIONI, PIERANDREA GALLI, and GIULIO LIBUTTI,

          Defendants.

---

Case No. 07 CV 06418 (CM)(HP)

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**   )
                             ) ss.:
**COUNTY OF NEW YORK** )

    Charles Caranicas, being duly sworn, deposes and says:

    1.    I am over the age of eighteen years and not a party to this action, and reside in Brooklyn, New York.

    2.    On September 17, 2007, I caused the within **ANSWER TO AMENDED COMPLAINT** to be served on plaintiff by causing a true copy of same, enclosed in an envelope addressed as shown below, to be delivered by overnight courier service to:

           Derek T. Smith, Esq.
           Akin & Smith, LLC
           305 Broadway, Suite 1101
           New York, New York 10007
           Attorney for Plaintiff *Francesco Gallo*

                                                  Charles Caranicas

Sworn to and subscribed before me
this 17th day of September, 2007

_____
Notary Public

                              NANCY J. NEUBAUER
                         Notary Public, State of New York
                             No. 01NE5041602
                         Qualified in New York County
                       Commission Expires April 10, 2011

NEWYORK/#185279.1