UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Francesco Gallo,

                     07 Civ. 6418 (CM)(RLE)

              Plaintiff(s),

                                       ORDER OF REFERENCE
      -against-                             TO A MAGISTRATE JUDGE

Alitalia-Linee Aeree Italiane-Societa Per Azioni,
et al,

              Defendant(s).
------------------------------------------------------------X

The above entitled action is referred to the Honorable Ronald L. Ellis, United States Magistrate Judge for the following purpose(s):

☑ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

    Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation

    Particular Motion:_____

    All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: November 5, 2007
New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge