USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTER LORUSSO,

                        Plaintiff,

       - against -

ALITALIA-LINEE AEREE ITALIANE SPA,

                        Defendant.

**ORDER**

07 Civ. 3583 (LBS) (RLE)

FRANCESCO GALLO,

                        Plaintiff,

      -against-

ALITALIA-LINEE AEREE ITALIANE-SOCIETA
PER AZIONI, ET AL.,

                        Defendants.

07 Civ. 6418 (CM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the parties in 07 Civ. 3583, on November 8, 2007, and a referral to coordinate the discovery in 07 Civ. 3583 and 07 Civ. 6418,

**IT IS HEREBY ORDERED THAT**

Parties in both cases shall appear before the Court for a conference on **December 6, 2007**, at 10:00 a.m.

SO ORDERED this 9th day of November 2007
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge

2