```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GALLO,

                Plaintiff,

      - against -

ALITALIA-LINEE AEREE
ITALIANE-SOCIETA PER AZIONI, et al.

                Defendants.

ORDER

07 Civ. 6418 (CM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following correspondence with the Court,

**IT IS HEREBY ORDERED** that Parties call in for a telephone conference to resolve outstanding discovery disputes on **February 8, 2008, at 2:30 p.m.**

**SO ORDERED this 7th day of February 2008**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge