# Exhibit A

## **INDEX OF EXHIBITS**

1. Galli Deposition, pages 38-41.

2. Galli Deposition, pages 10-13.

3. Porru Deposition, page 17.

4. Defendant's Response to Plaintiff's Second Set of Interrogatories, *Lorusso*.

5. Severance Agreement between Plaintiff and Alitalia.

6. Gallo Deposition, pages 192-199.

7. Porru Letter, March 13, 2007.

8. Landini e-mail string, April 4, 2007.

9. Spreadsheet, April 2, 2007.

10. Galli Deposition, pages 74-77.

11. Cimoli Memorandum, March 6, 2006 and attachments.

12. Galli Deposition, pages 146-49.

13. Scippa/ Galli Memo, May 11, 2006 and attachments.

14. Bruni e-mail string, May 25, 2006.

15. Gallo Deposition, pages 244-47.

16. Libutti Deposition, pages 66-69.

17. Libutti Letter, May 23, 2006.

18. Libutti Deposition, pages 82-85.

19. Notice and Proof of Claim of Disability Benefits.

20. Claimant's Supplemental Statement in support of Notice and Proof of Claim of Disability Benefits.

21. Gallo Deposition, pages 110-117.

22. Stein Letter, January 8, 2007.

23. Gallo Deposition, pages 54-61.

NEWYORK/#195084.1

24. Gallo Deposition, pages 90-93.

25. Caronna Letter, May 25, 2006.

26. Gallo Deposition, pages 240-43.

27. UNUM Letter, June 11, 2007.

28. Gallo Deposition, pages 196-99.

29. Gallo Deposition, pages 22-29.

30. Gallo Deposition, pages 212-15; 220-23.

31. Gallo Deposition, *Lorusso* matter, page 162.

32. Gallo Deposition, pages 162-81.

33. Ross Deposition, pages 37-39.

34. Gallo Deposition, *Lorusso* matter, pages 177-78.

35. Ross Deposition, pages 10.

36. Ross Deposition, *Lorusso* matter, pages 14.

37. ERP Spreadsheet.

38. Employee Departure Spreadsheet and supplement.

39. Gallo Deposition, pages 292-307.

40. Libutti Deposition, pages 18-21.

41. Galli Deposition, pages 150-57.

42. Libutti Deposition, pages 50-53.

43. Porru Deposition, page 24.

44. Ross Deposition, pages 14-16, 36.

45. Lopez Deposition, pages 7-8.

46. DiDomenico Deposition, pages 17-18.

47. Cesari Deposition, page 11.

48. D'Ilario Deposition, pages 27-28.

NEWYORK/#195084.1

49. Libutti Deposition, pages 58-61.

50. Gallo Deposition, *Lorusso* matter, page 172.

51. Galli Deposition, pages 62-65.

52. Gallo Deposition, pages 146-49.

53. Conforti Responses, Special Interrogatories.

54. Corenthal Letter, June 5, 2006.

55. Koral Letter, June 7, 2006.

56. Corenthal Letter with attachments, June 14, 2006.

57. Libutti Deposition, pages 70-73.

58. Gallo Deposition, pages 256-59.

59. Gallo Deposition, pages 62-73.

60. Oksuz EEOC complaint.

61. Letters reflecting Oksuz employment status.

62. Gallo Deposition, pages 272-75.

63. Gallo Deposition, pages 34-45, 78-81.

64. Gallo Deposition, pages 260-67.