# Exhibit 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCESCO GALLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) INDEX NO: |
| ALITALIA - LINEE AEREE | ) |
| ITALIANE - SOCIETA PER AZIONI; | ) 07 CV 06418 |
| PIERANDREA GALLI; and | ) |
| GIULIO LIBUTTI, | ) |
| | ) |
| Defendants. | ) |

VIDEOTAPED DEPOSITION OF PIERANDREA GALLI

New York, New York

Monday, January 28, 2008

MAGNA LEGAL SERVICES
Two Penn Center
Suite 910
Philadelphia, PA 19102

Page 38

1   So there was something that was not
2   controlled well, and so they took the decision.
3   Q   So Mr. Marchese had an issue of
4   controlling something well?
5   A   Yes.
6   Q   Would you say that was a job
7   performance issue?
8   A   Can you repeat, please?
9   Q   Would you say that was a job
10  performance issue?
11  A   It's a matter of — it's related to
12  the audit. So, yes, it's part of his duty.
13  Q   So was the decision to terminate
14  Mr. Marchese made because he wasn't doing his
15  duties?
16  MR. KORAL: Objection.
17  THE WITNESS: Part of his duties.
18  BY MR. AKIN
19  Q   That he wasn't performing part of his
20  duties?
21  A   (Witness nods head.)
22  MR. KORAL: Objection.
23  BY MR. AKIN:
24  Q   You have to answer.
25  A   Yes.

Page 39

1   Q   She can't take down head nods.
2   Now, going back to Mr. Gallo; when you
3   arrived in New York, he was the head of
4   corporate affairs.
5   What were his duties and obligations as
6   the head of corporate affairs?
7   A   He had to handle relationship with,
8   let's say, institution, regarding safety and
9   security. He was dealing with union. And all
10  legal issue of the company.
11  And he was also the head of — how can
12  I explain — the relation with media.
13  Q   Public relations?
14  A   Yes. Kind of public relations.
15  Q   Now, you said, "and all relations
16  with institutions."
17  What does that mean?
18  A   Relation with Washington; with TSA,
19  the safety/security agency. And all the
20  corporate affairs regarding Alitalia
21  North America.
22  Q   During the one year that you were
23  stationed in New York, how was Mr. Gallo's job
24  performance?
25  MR. KORAL: Objection.

Page 40

1   THE WITNESS: Good.
2   BY MR. AKIN:
3   Q   Did you have to write any reviews
4   regarding Mr. Gallo's performance?
5   A   No.
6   Q   Did you have to report Mr. Gallo's
7   performance to anybody?
8   Did you have to report Mr. Gallo's
9   performance to anybody?
10  A   No.
11  Q   Was there anybody else that Mr. Gallo
12  answered to, besides yourself?
13  A   Yes.
14  Let's say, functional link with all
15  departments in Rome that are dealing with legal
16  security issue.
17  Q   And that does not go through you —
18  excuse me. Strike that.
19  That did not go through you at the time?
20  A   No. No.
21  Q   Did Mr. Gallo's title ever change?
22  MR. KORAL: Objection.
23  Any time during his career?
24  MR. AKIN: Any time after July 2003,
25  after you arrived in New York.

Page 41

1   THE WITNESS: No.
2   BY MR. AKIN:
3   Q   Do you know when Mr. Gallo's
4   employment with Alitalia ended?
5   A   It was his decision to accept a
6   consultancy agreement with Alitalia in
7   September 205 (sic).
8   MR. KORAL: 2005.
9   THE WITNESS: Yes.
10  BY MR. AKIN:
11  Q   Now, how did the consultation
12  agreement come about?
13  A   Can you be more precise?
14  Q   Yes. Sure.
15  Who brought up the consultation agreement
16  first?
17  MR. KORAL: Objection.
18  BY MR. AKIN:
19  Q   Who brought it up? How did it come
20  about?
21  A   There was, during the year 2002,
22  2003, 2004, some, let's say, packages offered
23  to the executives in Italy. And when I arrived
24  in US, I told Frank about that. And if he
25  wanted, I can put through Rome and have such