Exhibit 2

**Page 10**

1  currently?
2  A  Where?
3  Q  Where.
4  A  Sorry. Can you repeat?
5  Q  Where do you live currently?
6  A  In Rome.
7  Q  And you're currently employed?
8  A  Yes.
9  Q  And whom are you employed by?
10  Who employs you? Who is your employer?
11  A  Alitalia.
12  Q  And what is your current title?
13  A  Senior vice president,
14  Alitalia Cargo.
15  Q  And how long have you been in this
16  capacity?
17  A  Since October 2006.
18  Q  And what are your duties as a senior
19  vice president of Cargo?
20  A  I manage the cargo business for
21  Alitalia.
22  Q  Worldwide?
23  A  Worldwide.
24  Q  What was your title prior to
25  October of 2006?

**Page 11**

1  A  Senior vice president,
2  worldwide sales.
3  Q  Now, moving up to senior vice
4  president of Cargo, was that a demotion or a
5  promotion?
6  A  It was, I must say, same -- same;
7  lateral.
8  Q  Why were you moved to a different
9  position?
10  A  Because the CEO of the company asked
11  me to do this.
12  Q  What is your current salary out of
13  Alitalia?
14     MR. KORAL: Objection.
15     THE WITNESS: It's around
16     200,000 Euro.
17  BY MR. AKIN
18  Q  Does that include all benefits?
19     MR. KORAL: Objection.
20     THE WITNESS: Gross, yes.
21  BY MR. AKIN
22  Q  Are there any benefits you get
23  besides your salary?
24  A  I have a company car.
25  Q  Anything else?

**Page 12**

1  A  Insurance.
2  Q  When you say "insurance," do you mean
3  health insurance or disability insurance, or
4  something else?
5  A  Health insurance.
6  Q  How about disability?
7  A  I don't know.
8  Q  You don't know if you have disability
9  insurance with Alitalia?
10  A  I don't know what disability
11  insurance is.
12  What do you mean?
13  Q  If you get disabled and you're unable
14  to work, will Alitalia still pay you a salary;
15  a wage?
16  A  Yes.
17  Q  Where were you stationed prior to
18  October of 2006?
19  A  I was stationed in Rome, from
20  2004 to 2006.
21  Before, in New York.
22  Q  Now, when were you assigned to the
23  position of worldwide sales?
24  A  July 2004.
25  Q  Now, was that a promotion or a

**Page 13**

1  demotion?
2  A  Promotion.
3  Q  What was your prior title?
4  A  I was head of the Americas; sales.
5  North and South America.
6  Q  When you were promoted to worldwide
7  sales, did your location change; place of your
8  employment?
9  A  Yes.
10  Q  Where were you moved to?
11  A  To Rome.
12  Q  I'm sorry.
13  In July of 2004, you were moved to Rome?
14  A  Yes.
15  Q  And where were you prior to 2004?
16  A  New York.
17  Q  And when did you first arrive in
18  New York?
19  A  First, in 1996.
20  Q  In 1996.
21  And what was your title then?
22  A  Sales and marketing manager for
23  North America.
24  Q  How long were you in that title?
25  A  Less than one year.