# Exhibit 3

Case 1:07-cv-06418-CM-RLE    Document 27-5    Filed 04/28/2008    Page 1 of 3

```
 2
 3              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 4   _____
 5   FRANCESCO GALLO,
 6            Plaintiff,
 7   -against-                            Case No.
                                          07CV06418(CM)(HP)
 8   ALITALIA-LINEE AEREE ITALIANE-
     SOCIETA PER AZIONI, PIERANDREA GALLI,
 9   and GIULIO LIBUTTI,
10            Defendants.
     _____)
11
12            DEPOSITION OF ANDREA PORRU
                  New York, New York
13              Wednesday, March 12, 2008
14
15
16
17
18
19
20
21
22   Reported by: CAPRICE LATHE
     Job No.:   10350
23
24
25
```

```
 1                       A. PORRU
 2    people there is a severance.
 3        Q    Was this something that was offered to
 4    everyone in Germany?
 5        A    No.  It depends on the role of the -- in
 6    the company.  So the basis of the plan was
 7    reorganization.  Changing some business.
 8             Also, organization change and some
 9    positions were eliminated due to a big outsourcing
10    in the market of certain function and activities.
11        Q    Are you aware of any early retirement plan
12    in Alitalia North America?
13        A    Yes.  I am aware they put into place in
14    2004 and 2005.
15        Q    And who put that into place?
16        A    I think Mr. Gallo.
17        Q    And why?
18             MR. KORAL:  Objection.
19        A    I was not here, so I think it was the same
20    reason, because the company was close to bankruptcy,
21    and then it was a rescue plan in place worldwide.
22        Q    And was that a plan to eliminate some
23    older workers?
24        A    No.
25             MR. KORAL:  Objection.
```