Exhibit 6

187

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

FRANCESCO GALLO,

                Plaintiff,

   -against-
                     07 CV 06418
                     (CM)(HP)

ALITALIA-LINEE AEREE ITALIANE
SOCIETA PER AZIONI, PIERANDREA
GALLI, and GIULIO LIBUTTI,

                Defendants.


------------------------------------x


      CONTINUED DEPOSITION OF FRANCESCO GALLO

        Thursday,  March 13, 2008

           New York, New York




REPORTED BY:

Holly Hough

```
                                      Gallo        192
 2        MR. KORAL: Not Gallo 9, Defendant's 9. I
 3   think our exhibits are marked --
 4        MR. KOCIAN: It's marked Defendants'
 5   Exhibit, but it says Gallo 9 on it.
 6        MR. KORAL: That's interesting. I'm not
 7   sure you did it for the first eight, but I'll
 8   take a look when I get them back.
 9        MS. HORAN: But those aren't this case.
10        MR. KORAL: Yes, they are.
11        MS. HORAN: Gallo is the Alitalia, these
12   are --
13        MR. KORAL: One is LoRusso v. Alitalia.
14   The eight are Gallo v. Alitalia. I thought
15   that's what you wanted because it seems--
16        MS. HORAN: Oh, no, I thought that the
17   eight were LoRusso v. Alitalia.
18        MR. KORAL: No, there weren't eight marked
19   there.
20        MS. HORAN: I believe there were.
21        MR. KORAL: Maybe you're right.
22        MS. HORAN: Yes, there were.
23        MR. KORAL: It's a coincidence. Those
24   aren't from the Gallo case.
25        Q. All right. Mr. Gallo, have you had a
```

```
                                      Gallo        193
 2   chance to look this over?
 3        A. Yes.
 4        Q. Did you receive the payments that are
 5   discussed in this letter?
 6        A. Yes.
 7        Q. Okay. I will show you a document that was
 8   marked yesterday as Porru Exhibit 1 by your attorney
 9   when Mr. Smith took the deposition of Andrea Porru.
10   And I will ask you, I don't think I'll need to mark
11   it again, it probably would be more confusing if I
12   did.
13            So I'm just going to show this to you,
14   Mr. Gallo; do you recollect receiving this letter?
15        A. Yes, I think so.
16        Q. My first question, looking at page 2, is
17   whether you received a check for $60,000 which
18   Alitalia claims -- and I understand you don't have
19   to agree that Alitalia is correct about this -- is
20   the value of certain non-insurance expenses that are
21   listed on the top; did you receive that $60,000
22   check?
23        A. I believe so.
24        Q. Okay.
25        A. I don't think, I don't think this was a
```

```
                                      Gallo        194
 2   check.
 3        Q. All right. It was a direct deposit?
 4        A. Probably.
 5        Q. Okay. But you think you received that
 6   $60,000?
 7        A. I believe so because what it referenced
 8   to, even if I did not agree on it, gasoline,
 9   telephone, something like that.
10        Q. Do you agree that $60,000 represents the
11   value of the six non-insurance benefits listed at
12   the top?
13        A. No, sir.
14        Q. Do you think that those are worth more
15   than $60,000?
16        A. Yes, sir.
17        Q. Okay. Have you ever done a calculation to
18   determine how much those non-insurance benefits are
19   worth?
20        A. I believe I did the calculation when I
21   received this letter.
22        Q. You did it in writing, Mr. Gallo?
23        A. With my calculator.
24        Q. With your calculator?
25        A. I believe. I don't remember.
```

```
                                      Gallo        195
 2        Q. Have you ever written down what the values
 3   are that you think these --
 4        A. No, no, because I was too upset.
 5        Q. So to this day you have never written down
 6   any calculations about what you think the value of
 7   these six non-insurance benefits are?
 8        A. No.
 9        Q. That is correct?
10        A. Yes.
11        Q. Do you recollect what the total was that
12   you concluded they're worth?
13        A. I don't remember.
14        Q. You don't remember?
15        A. No, too upset.
16        Q. Okay. Turning to the first page of this
17   document.
18        A. Yes.
19        Q. Had you continued to receive medical-
20   insurance coverage?
21        A. Some of it.
22        Q. Some of it?
23        A. Yes.
24        Q. What have you not received that you --
25   well, what have you not received?
```

```
                    Gallo        196
    A.  At a certain point I believe that the plan
changed and I find myself paying more for my
medication, more deductible, not always, but I have
a series of bills to be submitted for almost all-
year round because seems that Aetna either doesn't
like me anymore or whatever.  It is very hard.
    Q.  Do you have any reason to believe that the
insurance coverage that you have now is different
from the insurance coverage that active employees
have?
    A.  I don't know.  I do not know what the
active employees have.  What I do know, what was the
plan that I was enjoying.
    Q.  Do you have any reason to believe that
active employees are enjoying different benefits
from the ones you have now?
    A.  I have no idea.  I don't know.
    Q.  You have never asked anybody who is still
an active employee?
    A.  No.
    Q.  You do have friends who are still active
employees, don't you?
    A.  Yes, but I do prefer not to talk about
anything that has to do with benefits or work-
```

```
                    Gallo        197
related matters.
    Q.  Aren't you still receiving the First Rehab
insurance benefit?
    A.  I hope so, when I was admitted, because
the last time there was about a year ago.
    Q.  You haven't submitted anything to First
Rehab in a year?
    A.  Yes, I did not.
    Q.  Okay.  But you are still covered by First
Rehab, correct?
    A.  I hope so.
    Q.  Okay.  Are you still covered by dental
insurance?
    A.  I think so.
    Q.  Are you still covered for life insurance?
    A.  I hope so, if something should happen to
me.
    Q.  Did any life-insurance company ever tell
you that your insurance was no longer in force?
    A.  No.
    Q.  Were you ever offered an individual
conversion policy for life insurance?
    A.  No.
    Q.  All right.  So do you have any reason to
```

```
                    Gallo        198
believe that you're not covered by the group life
insurance that Alitalia has for its employees?
    A.  I try not to believe anything.
    Q.  Do you have any reason to believe that you
are not covered by the same life insurance that
Alitalia employees are covered by?
    A.  I do not know, sir.
    Q.  I'll try it once more.  Do you have any
reason to believe that you aren't covered by the
same life insurance --
    A.  No.
    Q.  -- the other employees have?
        MR. KOCIAN:  Objection.
    A.  No, I have no reason to believe, no.
    Q.  Okay, I understand, okay.  Do you know
whether you are covered by accidental death,
disability or dismemberment insurance?
    A.  Yes.
    Q.  You are, okay.  Do you know whether you
are still covered by short-term-disability
insurance?
    A.  I think so.
    Q.  And you are currently having a dispute
with the long-term-disability-insurance carrier,
```

```
                    Gallo        199
UNUM, about whether they will pay benefits to you
for long-term disability, correct?
    A.  Well, UNUM rejected the appeal, as far as
I know.
    Q.  Do you know whether that is the end of the
dispute?
    A.  No because I hope that they will think
about it.
    Q.  Don't you have the ability to take a
further appeal?
    A.  I may consider that.
    Q.  You're considering that?
    A.  I'm considering that, yes.
    Q.  You're considering it, okay.
        The reason that UNUM rejected coverage was
because you had become a consultant, correct?
    A.  Yes, that's what they stated.
    Q.  They didn't state that Alitalia had
stopped paying premiums?
    A.  No, didn't mention that.
    Q.  Okay.  Mr. Gallo, at the deposition of Mr.
Galli, which, as I recall, was conducted, I think,
by Mr. Akin, as your attorney --
    A.  I think so.
```

4 (Pages 196 to 199)

One Penn Plaza, NYC             Toby Feldman, Inc.              tel (212) 244.3990
email@tobyfeldman.com     NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS     tel (800) 246.4950