Exhibit 7



350 Fifth Avenue
Suite 3700
New York, NY 10118

Tel.: (212) 903-3300
www.alitaliausa.com

March 13, 2007

Francesco Gallo
300 East 59th Street
New York, NY 10022

Dear Mr. Gallo,

As you know, by letter dated May 23, 2006, Alitalia gave you notice that it was cancelling your consultancy agreement of September 15, 2005 (the "Agreement"). The effective date of the cancellation is March 15, 2007, at the expiration of the initial term of eighteen months.

The "Agreement", which was not prepared by Alitalia, contains provisions providing for the continuation of employee benefits following your transition from employee status to consultant status. The "Agreement" may also provide for the continuation of those benefits following the termination of your consultancy, although we are advised that the language is ambiguous. Nevertheless, Alitalia has decided that it will continue the employee benefits that you currently enjoy until you turn age sixty-five, or pay you the equivalent value in a lump sum.

The following first group of benefits will continue unchanged, except that some or all of them may be affected and possibly discontinued in the event that your pending application for long term disability benefits is approved by the insurance carrier, to the same extent these benefits would be affected if you had remained an employee after September 15, 2005:

*Medical insurance coverage*
*Dental insurance coverage*
*First Rehab insurance*
*Life insurance*
*Accidental death, disability or dismemberment insurance*
*Short term disability insurance*
*Long term disability insurance*

A  00029

In addition, you enjoy payment of the following non-insurance expenses:

*Rental of parking garage*
*Car insurance*
*Car maintenance/inspection*
*EZ pass*
*Gasoline cards*
*Mobile phone/Blackberry expenses*

We have examined the cost of this second group of items over the last year, and calculate that it will cost you nearly $60,000 to cover these expenses to age 65. As per the "Agreement", paragraph 2(c), Alitalia will pay you that amount, and will not seek reimbursement of any part of it in the event you are approved for long term disability by the insurance carrier.

You are currently using a 1994 Cadillac owned by Alitalia. We will sign the ownership over to you if you wish. Please let me know, and if you wish to own the car Mr. Chiulli will contact you to effect the transfer of ownership.

As you will no longer be affiliated with Alitalia after March 15 we expect that you will return to us your Alitalia ID card and the building ID card.

As per Alitalia's policy you are entitled to enjoy the travel benefits, so please send us two passport size photos so that we can issue you an Alitalia retiree card.

We wish you well. If you have any questions, please contact me.

Very truly yours,

Andrea Porru
Director, Human Resources
The Americas

cc: Mr Thierry Aucoc
cc: Mr Daniele Landini
cc: Mrs Angela Ross

A  00030