# Exhibit 8

Case 1:07-cv-06418-CM-RLE   Document 27-10   Filed 04/28/2008   Page 1 of 5

## Ross Angela

**From:** Landini Daniele
**Sent:** Wednesday, April 04, 2007 6:49 PM
**To:** Porru Andrea
**Cc:** Aucoc Thierry; Ross Angela
**Subject:** RE: R: Francesco Gallo

Allego file delle comunicazioni di disdetta.
Recap in prima pagina con le disdette avvenute (anche telefoniche)
Seguono lettere di disdetta Parking lot e comunicazione al Garage dove si e' portata la macchina le ultime volte per la riparazione.
Un saluto.
DL

---
Daniele Landini
Alitalia S.p.A.
Director of Administration Area North America
350 Fifth Avenue - Suite 3700 - NYC - NY 10118
Phone       (+1) 212-903-3407
Fax         (+1) 212-903-3550
Mobile      (+1) 917-607-9993
Italian ph. (+39) 3472512074
@           Landini.Daniele@Alitalia.it
Skype       Daniele_Landini

---

**From:** Porru Andrea
**Sent:** Tuesday, April 03, 2007 3:56 PM
**To:** Landini Daniele
**Cc:** Aucoc Thierry; Ross Angela
**Subject:** R: R: Francesco Gallo

Grazie Daniele, se mi fai avere le copie le metto nel suo file.

Ciao
Andrea


-----Messaggio originale-----
**Da:** Landini Daniele
**Inviato:** martedì 3 aprile 2007 15.49
**A:** Porru Andrea
**Cc:** Aucoc Thierry; Ross Angela
**Oggetto:** RE: R: Francesco Gallo
**Priorità:** Alta

Caro Andrea,

A seguito della tua mail di seguito allegata, vorrei comuncarti che:

- abbiamo provveduto alla disdetta dei seguenti benefits di FG

    - parcheggio;
    - gasoline card;
    - EZ pass;
    - Manutenzione car (ho detto a Chiulli di non far passare + nulla e comunicare formalmente al fornitore che la manutazione e' a carico di FG);

4/5/2007

A 00450

> Telephone: abbiamo lasciato un mex sulla segreteria del cellulare di FG. Vediamo se entro venerdi risponde all'offerta di migrazione. In un caso o nell'altro chiudiamo il contratto per quella data (Venerdi pv).

Se hai bisogno delle copie delle disdette, please do not hesitate to ask.

Ciao e grazie
DL

---

Daniele Landini
Alitalia S.p.A.
Director of Administration Area North America
350 Fifth Avenue - Suite 3700 - NYC - NY 10118
Phone        (+1) 212-903-3407
Fax          (+1) 212-903-3550
Mobile       (+1) 917-607-9993
Italian ph.  (+39) 3472512074
@            Landini.Daniele@Alitalia.it
Skype        Daniele_Landini

---

**From:** Porru Andrea
**Sent:** Monday, April 02, 2007 4:32 PM
**To:** Landini Daniele
**Cc:** Aucoc Thierry; Ross Angela
**Subject:** R: R: Francesco Gallo

Daniele,
come da accordi domani mattina attiva la cessazione in blocco dei benefit elencati sotto + telefonata di Chiulli a gallo per linea telefonica.
Provvedi anche alla disattivazione del pass per building\uffici.

La materia è delicata e non dobbiamo fare errori, please segui Chiulli e tienimi aggiornato

Tks
Ciao
Andrea

-----Messaggio originale-----
**Da:** Landini Daniele
**Inviato:** venerdì 30 marzo 2007 13.13
**A:** Porru Andrea
**Cc:** Aucoc Thierry; Ross Angela
**Oggetto:** RE: R: Francesco Gallo

Andrea,
Saremo pronti al bonifico gia' Lunedi mattina.
Nel frattempo preparero email per Chiulli per la chiusura dei services.
Per la linea telefonica procediamo come da te richiesto.
Ciao,
DL

---

Daniele Landini
Alitalia S.p.A.
Director of Administration Area North America
350 Fifth Avenue - Suite 3700 - NYC - NY 10118
Phone        (+1) 212-903-3407
Fax          (+1) 212-903-3550
Mobile       (+1) 917-607-9993
Italian ph.  (+39) 3472512074
@            Landini.Daniele@Alitalia.it
Skype        Daniele_Landini

---

**From:** Porru Andrea

4/5/2007

**Sent:** Friday, March 30, 2007 12:04 PM
**To:** Ross Angela; Landini Daniele
**Cc:** Aucoc Thierry
**Subject:** I: R: Francesco Gallo
**Importance:** High

Angela,
please prepara il bonifico di 47,000 USD per Gallo e mandiamolo lunedì.

Daniele,
appena abbiamo conferma di avvenuto pagamento pls attiva Chiulli per cessazione parcheggio car, gasoline card, EZpass, manutenzione car e contratto telefonico. Riguardo al numero di telefono possiamo chiedere a Dominik di chiamare Gallo per sapere se vuole tenere il numero come ha fatto Marchese. Se non ci da risposta positiva immediata please interrompiamo il contratto con società telefonica.

Grazie
ciao
Andrea

Andrea Porru
*Director*
*Human Resources Americas*
*ALITALIA*
*350 Fifth Avenue, Suite 3700*
*New York - NY 10118*
*Tel: 001 212 903 3415*
*Fax: 001 212 903 3535*
*Mob: 001 917 915 9692*

-----Messaggio originale-----
**Da:** Porru Andrea
**Inviato:** venerdì 30 marzo 2007 11.01
**A:** 'Mementofg@aol.com'
**Cc:** Aucoc Thierry; Landini Daniele; Ross Angela
**Oggetto:** R: R: Francesco Gallo

Dear Mr. Gallo,

you have written to me that you do not agree with my letter of March 13 regarding your benefits. Then you have declined my request to explain the reasons for your disagreement and have not even indicated what elements of my letter you find objectionable.

Given your silence, Alitalia intends to proceed with the payment outlined in my letter of March 13, with the following exception: as you have not agreed to accept ownership of the Alitalia automobile that we are willing to sign over to you, you will maintain the possibility to use it up to age sixty-five and Alitalia will continue to pay directly the insurance. This expense will not be included in your lump sum payment.

You will be responsible for all the other expenses linked to the use of the Alitalia car and Blackberry/cell phone. For these expenses Alitalia will pay to you via wire transfer, a revised lump sum of $ 47,000. by crediting your checking account which we have in our records.

Kindly contact me if you have any questions.

Wishing you well,

4/5/2007

A 00452

Andrea Porru
*Director*
*Human Resources Americas*
ALITALIA
*350 Fifth Avenue, Suite 3700*
*New York - NY 10118*
*Tel: 001 212 903 3415*
*Fax: 001 212 903 3535*
*Mob: 001 917 915 9692*

-----Messaggio originale-----
**Da:** Mementofg@aol.com [mailto:Mementofg@aol.com]
**Inviato:** martedì 20 marzo 2007 18.24
**A:** Porru Andrea
**Cc:** Conforti Leopoldo; Aucoc Thierry; Ruggiero.michele@alitalia.it; Ross Angela
**Oggetto:** Fwd: R: Francesco Gallo

Dear Mr. Porru:

    Thank you, for the prompt reply to my email.

Being myself, an American/Italian citizen, having eloquently served Alitalia Linee Aeree Italiane S.P.A.

for the last 38 years, 4 of which at the Home Office in Rome, having covered your present working position

As well as the one of Mr.Aucoc and last but not least, being myself, also, a shareholder of:

              "O U R"  C O M P A N Y
            (see your letter of march 13th, par#6)

I would like, to inform you that, a meeting with you, and/or Mr. Aucoc, would prove to be a futile one.

Therefore, I thank you All, for your time and consideration, given to my LOYAL meeting request.

Regards,
Francesco Gallo

---

AOL now offers free email to everyone. Find out more about what's free from AOL at AOL.com.

4/5/2007

A 00453