Exhibit 9

## WIRE TRANSFER                                            M

| RIFERIMENTO | PER COMP. DA | PER COMP. A | S O | ZONA | COD. IMPUT. CONTO | COD. IMPUT. G | COD. IMPUT. S/C | DESCRIZIONE | AMMONT. NETTO DOLLARI/C |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  | 04 | 04 | 0 | 9009 | 000 | 9 | 9500 | F.G. (LTR. 3/30/07) | $47,000.00 |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

NOTE:                                                                $47,000.00

4/2/2007          PLEASE WIRE TRANSFER AS FOLLOWS:

FRANCESCO GALLO
HSBC
CHECKING ACCOUNT NO.: 011397764
Routing No.:                02100108 8

AZ/ACC-41

A   00031