Exhibit 10

Page 74

```
 1         MR. KORAL: Objection.
 2         THE WITNESS: I don't know.
 3    BY MR. AKIN:
 4       Q   Now, after signing the agreement, did
 5    Mr. Gallo leave Alitalia?
 6       A   No.
 7       Q   He stayed on?
 8       A   Yes.
 9       Q   What was his new title?
10       A   The same.
11       Q   Did he still work out of the same
12    office?
13       A   Yes.
14       Q   Was his job duties; the same?
15       A   Yes.
16       Q   Did he report to the same person?
17         MR. KORAL: Objection -- no.
18    Withdrawn.
19         THE WITNESS: No.
20    BY MR. AKIN:
21       Q   Who did he report to?
22       A   To Mr. Libutti.
23       Q   Now, you indicated before that
24    Mr. Libutti and Mr. Gallo were at equal
25    positions.
```

Page 75

```
 1    At what point in time, did Mr. Libutti
 2    become senior to Mr. Gallo?
 3       A   After the signature of the agreement.
 4       Q   So immediately upon signing the
 5    agreement, Mr. Gallo became a subordinate to
 6    Mr. Libutti?
 7       A   No, he was a consultant. So he was
 8    reporting, as a consultant, to Mr. Libutti.
 9       Q   And prior to signing the agreement --
10    just prior to signing the agreement, was he
11    reporting to Mr. Libutti?
12       A   No.
13       Q   Did anybody else report to
14    Mr. Libutti, as a consultant, besides
15    Mr. Gallo?
16       A   I don't think so.
17       Q   Did Mr. Libutti have any involvement
18    in Mr. Gallo signing this agreement?
19       A   No.
20       Q   Did Mr. Libutti have any opposition
21    to Mr. Gallo signing the agreement?
22       A   No.
23       Q   No input whatsoever?
24       A   No.
25       Q   Now, immediately prior to Mr. Gallo
```

Page 76

```
 1    signing the agreement, who reported to him?
 2         MR. KORAL: The "him" is Mr. Gallo?
 3         MR. AKIN: Mr. Gallo.
 4         MR. KORAL: Okay.
 5    BY MR. AKIN:
 6       Q   Right before he signed the agreement,
 7    who reported to him?
 8       A   Mr. D'Oro and Marta Lotti.
 9    And that's it.
10       Q   After signing the agreement, did
11    Mr. D'Oro and Marta Lotti still report to
12    Mr. Gallo?
13       A   I think so.
14       Q   What, if anything, changed about
15    Mr. Gallo's employment upon signing the
16    agreement?
17       A   Can you be more precise, please?
18       Q   Sure.
19    What, if anything, changed about
20    Mr. Gallo's relationship with Alitalia, after
21    signing the agreement?
22         MR. KORAL: Mr. Gallo's relationship
23    with Alitalia?
24         THE WITNESS: Nothing.
25
```

Page 77

```
 1    BY MR. AKIN:
 2       Q   Who is Gabriele Mariotti?
 3       A   Former employee of Alitalia.
 4       Q   When was his employment terminated?
 5         MR. KORAL: Objection.
 6    BY MR. AKIN:
 7       Q   When did he stop working for
 8    Alitalia?
 9       A   I think, maybe, 2007.
10    '6 or '7. I don't know.
11       Q   Do you know why?
12       A   He resigned, as far as I know.
13       Q   Did you know Mr. Gabriele Mariotti?
14       A   Yes.
15       Q   What time period?
16       A   I met him, first time, in '90 --
17       Q   So 19 --
18       A   1990.
19       Q   Was he working for Alitalia at that
20    time?
21       A   He joined Alitalia in '90.
22       Q   And was that in Rome?
23       A   Yes.
24       Q   When was Mr. Mariotti relocated to
25    New York?
```