# Exhibit 12

Page 146

BY MR. AKIN:
Q  Did Mr. Libutti ever speak to you about her?
A  No.
Q  The consultation agreement that Mr. Gallo had with Alitalia, whose decision was it to terminate that agreement?
A  It was made by the top management of the company.
Q  Who do you mean by "top management"?
A  The ones that I said before; so Mr. Spazzadeschi and Mr. Cestaro.
Q  Was that ever discussed with you?
A  No.
Q  Do you know who advised Mr. Gallo that he was terminated?
A  Me and Mr. Libutti.
Q  When?
A  May in 2006.
Q  In May of 2006?
A  May 2006, yes.
Q  Were you and Mr. Libutti together when you advised Mr. Gallo of his termination?
A  Yes.
Q  Where did it take place?

Page 147

A  At the office of Mr. Gallo.
Q  And what was said between you; what was said?
   MR. KORAL: Objection.
   THE WITNESS: What do you mean, "what was said"?
BY MR. AKIN:
Q  When you went to advise Mr. Gallo that he was terminated, how did the conversation start? How did it go?
   MR. KORAL: Objection.
   THE WITNESS: I just told him the decision of the company; the terminated agreement.
BY MR. AKIN:
Q  How long did the conversation take?
A  No more than ten minutes.
Q  Did Mr. Gallo inquire as to why he was being terminated?
A  Yes.
Q  And what did you respond?
A  It was a decision from the top management.
Q  Did you ever indicate whether you concurred or disagreed with the decision?

Page 148

   MR. KORAL: Objection.
   THE WITNESS: No.
   I just said, "It was a decision from the top management."
BY MR. AKIN:
Q  Did you in any way try to prevent the termination?
A  I had no chance.
   MR. KORAL: Objection.
BY MR. AKIN:
Q  Did you try?
A  I have no chance.
Q  What do you mean by that?
A  There was a decision coming from the top, so you cannot discuss.
Q  Were you consulted at all about terminating Mr. Gallo, by top management?
A  No.
Q  Was Mr. Libutti consulted at all?
A  No.
Q  Do you know why top management came to that decision, whether at that time or subsequently?
A  It was a result of an audit and a decision to clean the North America.

Page 149

Q  What audit are you talking about?
A  What?
Q  You said, "It was as a result of an audit."
   What was the audit?
A  It was an audit in 2004, I think, on North America.
Q  And what did the audit disclose, that resulted in Mr. Gallo's termination?
A  There was the audit regarded, as I mentioned before, when we were talking about Mr. Marchese.
Q  Right.
   It was the same audit?
A  Yes.
Q  Did you ever get a copy of that audit report?
A  I just saw the synthesis of it.
Q  Okay. Who has a copy of the audit report?
A  The auditing department in Rome.
Q  Okay.
REQ   MR. AKIN: We're going to ask that we be provided a copy of the audit report that Mr. Galli is speaking about?