Exhibit 13

# Alitalia

Centro Direzionale
Viale A. Marchetti, 111
00148 Roma

telefono 0665621
telegramma Alitalia - Roma
telex 626211

Roma, 11 Maggio 2006

Direzione Vendite
SVC/ROM

Gestione Personale
Commerciale e Staff
HRP/ROM

**NOTA per:**       M.Cestaro

G.Spazzadeschi

L.Travaglione

G. Schisano

L.Conforti

p.c.:       V.Mangano

C.Di Cicco

M.Granone

G.Libutti

**Oggetto: Memo follow up Audit Sede di New York**

Come da accordi con le linee competenti abbiamo effettuato insieme a Marco Scippa una serie di incontri per definire il piano audit New York.

Linee Aeree Italiane S.p.A.
Capitale Sociale Euro 1.297.294.799,38
Registro Imprese di Roma e

A 00018



Queste di seguito le principali rilevanze:

1) Situazione Scali

Per quanto riguarda gli Scali Nord America abbiamo provveduto ad un quasi totale reshuffle della struttura con le seguenti movimentazioni:

- Allontanamento dall'azienda dei capi scalo di Boston, Chicago e Toronto e contemporaneo rimpiazzo con personale trasferito

- Movimentazione dello scalo di Washington e Newark con sostituzione e reimpiego delle risorse movimentate

Tutto questo con effettività massima fine giugno (vedi all. 1)

*Follow up Linea Ground Operations, Vendite e Personale*

2) Situazione Amministrazione, Finanza e Controllo

Come da indicazione della linea funzionale abbiamo incontrato insieme alla funzione personale e a Giulio Libutti, area manager del Nord America, Marco Marchese, responsabile per l'Area Nord America per la funzione amministrazione, controllo e finanza, e gli abbiamo comunicato la decisione dell'azienda di terminare anticipatamente il suo contratto di lavoro.
Il colloquio che si è svolto in maniera civile ha portato a definire un iter di uscita "morbido" per la risorsa che farà formale passaggio di consegna con il sostituto per un periodo di circa due mesi, finirà il periodo di ferie di sua spettanza e quindi lascerà l'azienda.
Resta quindi fondamentale definire l'adeguata sostituzione con l'analisi delle possibili alternative (trasferimento di risorsa attualmente in Alitalia Servizi, reperimento di risorsa interna, assunzione dall'esterno in loco o trasferita) nei tempi più rapidi possibili

*Follow up Linea Amministrazione, Finanza e Controllo, Vendite e Personale*



### 3) Situazione Corporate Affairs

Anche in questo caso abbiamo incontrato il responsabile della funzione Francesco Gallo per comunicargli l'intenzione della azienda di interrompere il rapporto al più presto, secondo quanto previsto dal contratto di consulenza in essere, con la motivazione aziendale di dare un chiaro segnale di rinnovamento e chiarezza nei ruoli su tutta l'area del Nord America.

Il colloquio svoltosi insieme a Giulio Libutti ha portato a definire una veloce uscita di Francesco Gallo entro la fine del corrente mese di maggio.

Occorrerà quindi organizzare velocemente un passaggio di consegne su tutte le tematiche trattate da Francesco Gallo ed il reperimento di struttura interna/esterna per fronteggiare le problematiche esistenti ed emergenti specie in campo legale, regolamentare e lavoristico.

A tal proposito, ed anche per le altre questioni trattate in questa nota, si prenderà contatto con un avvocato per una corretta definizione della questione.

Prego inoltre la funzione del Personale di coordinare con tutte le funzioni aziendali coinvolte (legale, relazioni sindacali, auditing e sicurezza, Ground Operations, Cargo etc) l'informativa suddetta ed il piano di azione.

*Follow up Linea Legale, Auditing e Sicurezza, Vendite e Personale e altre linee coinvolte*

4) **Valutazione di provvedimenti a carico della Signora Concetta Stancapiano**

La risorsa in oggetto è la responsabile del non corretto inserimento di una tariffa nei sistemi (Toronto Larnaca a CAD 39 invece di 3900) che ha generato una serie di prenotazioni per circa 509 biglietti con un danno per Alitalia in via di valutazione finale ma che si aggirà nella peggiore delle ipotesi su circa 200.000 euro.

La situazione personale della risorsa, che ha comunicato di essere in stato di gravidanza, ne ha permesso al momento solo l'allontanamento dalla funzione espletata ed il reimpiego in altro settore.
Su questo caso sono in corso approfondimenti legali per valutare un possibile provvedimento disciplinare che possa anche condurre al licenziamento.
Le prime valutazioni sembrano escludere tale opportunità.

*Follow up Vendite e Personale*

Quanto sopra per vostra corretta informazione e necessari follow up.

Cordiali saluti

*Pierandrea Galli*

Direttore Vendite - PD

*Marco Zuppa*

Responsabile
Gestione Personale
Commerciale e Staff



TRANSPERFECT

City of New York, State of New York, County of New York

I, Anne Lutz, hereby certify that the following documents are to the best of my knowledge and belief, true and accurate translations of A 00018 - A 00021 from Italian into English.

*Anne Lutz*

Sworn to before me this
April 18, 2008

*Signature, Notary Public*

Katharine L Pereksils
Notary Public, State of New York
No. 01PE6181423
Qualified in QUEENS County
Commission Expires Jan 28, 2010
Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM

**Alitalia**
Management Center
Viale A. Marchetti, 111
00148 Rome

telephone 0665621
cable Alitalia  Roma
telex 626211

Rome, May 11, 2006

Sales Department
SVC/ROM

Department of Commercial
Personnel and Staff
HRP/ROM

**NOTE to:**   **M. Cestaro**

**G. Spazzadeschi**

**L. Travaglione**

**G. Schisano**

**L. Conforti**

**c.c.:**   **V. Mangano**

**C. Di Cicco**

**M. Granone**

**G. Libutti**

Re: Memo follow-up Audit Headquarters of New York

As we agreed with the competent lines, we had, together with Marco Scippa, a series of meetings to define the audit plan in New York.

Linee Aeree Italiane S.p.A.                                        Team
Capital Euro [redacted] 1,297,294,799.38 [illegible]               [illegible]

A 00018

[logo]

Here are the main aspects:

## 1) Station Situation

Concerning the North American Stations, we almost did a total reshuffle of the structure, with the following changes:

- Discontinuation by the company of the managers of stations of Boston, Chicago and Toronto, while at the same time replacing them with personnel transferred.

- Moving the stations of Washington and Newark, with replacement and reemployment of the personnel moved.

All this effective by the end of June at the latest (see addendum 1)

*Follow up Ground Operations, Sales and Personnel Line*

## 2) Administrative, Financial and Control Situation

As indicated by the functional line, we met together with the personnel function and Giulio Libutti, area manager of North America, Marco Marchese, in charge of the North America area for the administrative control and finance function, and told him that the company decided to terminate his employment contract in advance.
The discussion took place in a civil manner and we decided to define a "soft" departure for the employee, who will assure the transition with the substitute for a period of approximately two months, will finish the holiday to which he is entitled and afterwards will leave the company.
Consequently, what is left to do is mainly to define the adequate substitution analyzing possible alternatives (transfer of the employee currently in Alitalia Services, finding internal employees, hiring outside that place or transfer) as soon as possible.

*Follow up Administration, Finance and Control, Sales and Personnel Line*

                                                      Team
                                                      [illegible]

A 00019

[logo]

### 3) Corporate Affairs Situation

In this case as well we met with the person in charge of the function, Francesco Gallo, to tell him that the company intends to terminate his employment as soon as possible, as indicated in the existing consulting contract, with the motivation for the company to give a clear signal of renewal and clarity concerning the roles in the entire North American Area.
The discussion took place together with Giulio Libutti, and was intended to define the quick departure of Francesco Gallo by the end of this month of May.
Consequently, we need to organize quickly a transition of the tasks on all the topics of which Francesco Gallo takes care and find an internal/external employee to face the existing and emerging problems, especially in the legal, regulatory and labor fields.
For this purpose, and also for the other questions discussed in this note, we will contact a lawyer to correctly define the question.
Furthermore, I am asking the personnel function to coordinate with all corporate functions involved (legal, union relations, auditing and safety, Ground Operations, Cargo etc.) the report mentioned above and the plan of action.

***Follow up, Legal, Auditing and Safety, Sales and Personnel Lines and other lines involved***

                                                           Team
                                                         [illegible]

A 00020

[logo]

### 4) Evaluation of measures to be taken against Mrs. Concetta Stancapiano

The employee in question is responsible for the incorrect entry of a rate in the systems (Toronto Larnaca to CAD 39 instead of 3,900) which generated a series of reservations for approximately 509 tickets with damage for Alitalia which is about to be finally calculated, but which, in the worst case scenario, will be approximately 200,000 euros.

The personal situation of the employee, who communicated that she was pregnant, did not allow for removing her now from her position and reemploying her in a different sector.
Concerning this case, a legal study is ongoing to evaluate the possible disciplinary measure that may go as far as firing.
The first evaluations seem to exclude such possibility.

*Follow up Sales and Personnel*

The above is for your correct information and the necessary follow up.


Best regards

[signature]                                  [signature]
Pierandrea Galli                             Marco Scippa

Sales Director – PD                          Manager
                                             Commercial Personnel
                                             and Staff


                                             Team
                                             [illegible]

A 00021