# Exhibit 14

**Galli Pierandrea**

| | |
|---|---|
| **Da:** | Bruni Luca |
| **Inviato:** | giovedì 25 maggio 2006 0.29 |
| **A:** | Di Cicco Claudio; Napoleoni Luigi; Scibilia Giovanni; Scippa Marco |
| **Cc:** | Spazzadeschi Gabriele; Conforti Leopoldo; Galli Pierandrea; Schisano Giancarlo; Mangano Vito; Travaglione Luigi; Granone Marco; Cesari Francesco; Voinich Vladimiro; Libutti Giulio |
| **Oggetto:** | R: USA Corporate Affairs |

Desideriamo informare la Direzione che a seguito della riorganizzazione attualmente in corso presso la struttura Alitalia di New York e' stato formalizzato l'interruzione del rapporto lavorale con Mr. Franco Gallo, responsabile ente Corporate Affaire NYC, decorrenza 31 maggio p.v e con Mr. Marco Marchese, Responsabile Amministrativo NYC con decorrenza effettiva successiva al passaggio di consegne (al fine di garantire il presidio delle attivita' controlling correnti e hand over).

Cordiali Saluti
LB

*Luca Bruni*
*Responsabile Personale Estero*
*Alitalia Linee Aeree Italiane SpA*
*Tel. +39 06 6562 4079*

---

**Da:** Libutti Giulio
**Inviato:** martedì 16 maggio 2006 23.20
**A:** Di Cicco Claudio; Scippa Marco; Voinich Vladimiro; Travaglione Luigi; Granone Marco; Cesari Francesco; Napoleoni Luigi; Scibilia Giovanni; Bruni Luca
**Cc:** Galli Pierandrea; Spazzadeschi Gabriele; Mangano Vito; Schisano Giancarlo; Conforti Leopoldo
**Oggetto:** USA Corporate Affairs

Vi informiamo che nel corso del prossimo mese a seguito della finalizzazione riorganizzativa che sta interessando la Struttura Alitalia Nord America, l'ente Corporate Affair NYC (ex Franco Gallo) sara' completamente azzerato a seguito dell'uscita delle professionalita' che ne appartenevano. Conseguentemente l'azienda in attesa di riorganizzarsi e ricreare le competenze specifiche locali, si trovera' ad affrontare un difficile periodo di gestione su alcuni aspetti di notevole importanza. Elenchiamo le principali attivita' attualmente seguite da Corporate Affairs NYC con indicato le funzioni aziendali di riferimento:

-RAPPORTI CON LA CIVIL AVIATION AUTHORIY (FAA WAS E NYC)
    CU NYC + LOCAL LEGAL COUNSEL
-RAPPORTI CON LE AUTORITA AEROPORTUALI LOCALI (PORTH AUTHORITY)    CU NYC + LOCAL LEGAL COUNSEL
-ASPETTI LEGALI (LAVORO, CORPORATE, TRASPORTO AEREO)
    LOCAL LEGAL COUNSEL
-RAPPORTI CON LE AUTORITA LAVORALI LOCALI (GESTIONE DEI PIANI SOCIALI)
    HUMAN RESOURCES
-GESTIONE DEL FONDO PENSIONE

VB 1

A 00025

DIREZIONE FINANZA
-RELAZIONI INDUSTRIALI E INTERNAL AFFAIRS
    HUMAN RESOURCES
-CRISIS MANAGEMENT
    OPERATIONS
-HEALTH AND INSURANCE PROGRAMM
    HUMAN RESOURCES
-RAPPORTI CON ARC (BSP LOCALE)
    CONTROLLER (YB)
-IMMIGRATION (VISTI), DOGANE
    CONTROLLER + HR
- TSA (SICUREZZA E ANTITERRORISMO)
    AUDIT + SICUREZZA

Le priorita sono rappresentate dalle attivita' correlate alla Sicurezza, Crisis e Fondo Pensione sulle quali richiediamo alle Direzioni competenti supporto e indicazioni, inoltre confermiamo l'urgenza delle seguenti azioni:
- individuazione della sostituzione dell'attuale YB NYC (Controller)
- individuazione del nuovo responsabile HR NYC (Human Resources)
- modalita' di presidio sui temi Local Legal (si richiede alla direzione competente di fornirci adeguato supporto per la definizione di quanto sopra).

Grati di un vostro riscontro cordialmente salutiamo


**Giulio Libutti**
**Senior Vice President**
**North America & Mexico**
**Tel. 2129033439**
**libutti.giulio@alitalia.it**


**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
BUDAPEST
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Anne Lutz, hereby certify that the following documents are to the best of my knowledge and belief, true and accurate translations of A 00024 - A 00026 from Italian into English.

_____
Anne Lutz

Sworn to before me this
April 18, 2008

_____
Signature, Notary Public

Katharine L Perekslis
Notary Public, State of New York
No. 01PE6181423
Qualified in QUEENS County
Commission Expires Jan 28, 2012
Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

**Galli Pierandrea**

| | |
|---|---|
| **From:** | Bruni Luca |
| **Sent:** | Thursday, May 25, 2006 12:29 AM |
| **To:** | Di Cicco Claudio; Napoleoni Luigi; Scibilia Giovanni; Scippa Marco |
| **Cc:** | Spazzadeschi Gabriele; Conforti Leopoldo; Galli Pierandrea; Schisano Giancarlo; Mangano Vito; Travaglione Luigi; Granone Marco; Cesari Francesco; Voinich Vladimiro; Libutti Giulio |
| **Subject:** | R: USA Corporate Affairs |

We wish to inform Management that following the reorganization currently ongoing at the Alitalia structure in New York, we formalized the termination of the employment contract with Mr. Franco Gallo, manager of Corporate Affairs NYC, effective 31 May of this year and with Marco Marchese, NYC Administrative Manager effective as of the end of the transition period (in order to guarantee the protection of current controlling and handover activities).

Best Regards,

LB

*Luca Bruni*
*Manager of Foreign Personnel*
*Alitalia Linee Aeree Italiane SpA*
*Tel. + 39 06 6562 4079*

| | |
|---|---|
| **From:** | Libutti Giulio |
| **Sent:** | Tuesday, May 16, 2006 11:20 PM |
| **To:** | Di Cicco Claudio; Scippa Marco; Voinich Vladimiro; Travaglioine Luigi; Granone Marco; |
| **Cc:** | Cesari Francesco; Napoleoni Luigi; Scibilla Giovanni; Bruni Luca; Galli Pierandrea; Spazzadeschi Gabriele; Mangano Vito; Schisano Giancarlo; Conforti Leopoldo |
| **Subject:** | USA Corporate Affairs |

We are informing you that next month, following the end of the reorganization of the Alitalia North America Structure, the Corporate Affair NYC section (ex Franco Gallo) will be brought completely to zero following the termination of its professional functions.

Consequently, the company, while waiting to reorganize and recreate specific local competences, will have to face a difficult period of performance in certain particularly important aspects. We list the main activities currently carried out by Corporate Affairs NYC, indicating the corporate functions in reference:

-RELATIONS WITH THE CIVIL AVIATION AUTHORITY (FAA WAS AND NYC)
CU NYC + LOCAL LEGAL COUNSEL
-RELATIONS WITH LOCAL PORT AUTHORITIES (PORT AUTHORITY)
NYC + LOCAL LEGAL COUNSEL
-LEGAL ASPECTS (LABOR, CORPORATE, AIR TRANSPORT)
LOCAL LEGAL COUNSEL
-RELATIONS WITH LOCAL LABOR AUTHORITY (MANAGEMENT OF LAYOFF PLANS)
HUMAN RESOURCES
-MANAGEMENT OF THE PENSION FUND

A 00025

DEPARTMENT OF FINANCE
-INDUSTRIAL AND INTERNAL AFFAIRS RELATIONS
HUMAN RESOURCES
-CRISIS MANAGEMENT
OPERATIONS
-HEALTH AND INSURANCE PROGRAM
HUMAN RESOURCES
-RELATIONS WITH ARC (LOCAL BSP)
CONTROLLER (YB)
-IMMIGRATION (VISAS), CUSTOMS
CONTROLLER + HR
-TSA (SAFETY AND ANTITERRORISM)
AUDIT + SAFETY

The priorities are the activities related to Safety, Crisis and Pension Fund in which we are requesting the competent Departments to support and give us indications; in addition, we confirm the urgency of the following actions:
- identification of the replacement of the current YB NYC (Controller)
- identification of the manager HR NYC (Human Resources)
- modalities of protection on Local Legal topics (we are asking the competent department to give us suitable support to define the above).

Thanking you for your answer, we send you our best regards

**Giulio Libutti**
**Senior Vice President**
**North America & Mexico**
**Tel. 2129033439**
**libutti.giulio@alitalia.lt**

A 00026