Exhibit 15

```
                    Gallo                    244
 1
 2        MR. KOCIAN: No.
 3    Q.  Okay. Well, clarify that. That's
 4  certainly what I understood.
 5        You thought it could be a going business
 6  but that your health interfered and it never got
 7  started?
 8    A.  Again, I repeat, I should talk to my CPA
 9  to have the answer on this. What I do know that I
10  lost money on shares.
11    Q.  Okay. Was anybody in business with you in
12  Travel Strategy Consultants?
13    A.  No.
14    Q.  That was your own private business?
15    A.  Yes.
16    Q.  Was it a corporation? It says LLC, sorry.
17  You were the sole participant in the LLC?
18    A.  That is right.
19    Q.  Did you earn any money from Travel
20  Strategy Consultants in 2007?
21    A.  I don't think so.
22    Q.  Did you earn --
23    A.  I don't think so, no. The answer is no.
24    Q.  Did you earn any money at all in 2007
25  except from investments?
```

```
                    Gallo                    245
 1
 2    A.  No.
 3    Q.  No, okay. Did you ever discuss Travel
 4  Strategy Consultants with anybody at Alitalia?
 5    A.  Might.
 6    Q.  You don't recall?
 7    A.  I don't recall.
 8    Q.  I'm going to show you a document that's in
 9  Italian, and it's Bates stamped A 3 through A 17.
10        (Defendants' Exhibit 11, document Bates
11        stamped A 3 through A 17, marked for
12        identification, as of this date.)
13    Q.  I'm not going to ask you to read the
14  entire thing.
15    A.  I hope not.
16    Q.  I don't want to use up my remaining hour
17  and a half on that.
18        I am going to ask if you have ever seen
19  any of this before. And that would be the first
20  page, the second page, or the pages that follow.
21        MR. KORAL: This is Defendants'
22        Exhibit 11. This is a highly confidential
23        document, Carolyn, I'm going to ask that you
24        not take it home with you.
25        MS. HORAN: Okay.
```

```
                    Gallo                    246
 1
 2        MR. KORAL: And there may be others that
 3  I'll go through with you on that, okay?
 4    Q.  Mr. Gallo, have you had an opportunity to
 5  glance at this? I understand you haven't read it
 6  all.
 7        And my question is, have you ever seen it
 8  before? Have you ever seen the first page of this
 9  before, the page that's stamped A 3?
10    A.  I don't think so.
11    Q.  Can you tell me who Mr. Gabriele
12  Spazzadeschi is?
13    A.  Gabriele Spazzadeschi, at least was, I
14  don't know if he still is, the CFO of Alitalia.
15    Q.  In Rome?
16    A.  Right.
17    Q.  He's the chief financial officer of the
18  entire --
19    A.  Company.
20    Q.  -- company?
21    A.  Or was at that time.
22    Q.  All right. And do you know who
23  Mr. Massimo Cestaro is?
24    A.  I believe he is the executive vice
25  president, HR, worldwide.
```

```
                    Gallo                    247
 1
 2    Q.  He was the successor to Mr. Cieli?
 3    A.  Right.
 4    Q.  Do you know approximately when he
 5  succeeded from Cieli?
 6    A.  I don't remember. Sometime in 2006.
 7    Q.  In 2006?
 8    A.  Probably, yes.
 9    Q.  Before you left Alitalia?
10    A.  Before I was terminated by Alitalia,
11  right.
12    Q.  Did you ever meet Mr. Cestaro?
13    A.  Never.
14    Q.  Did you ever speak with Mr. Cestaro?
15    A.  Never.
16    Q.  Did you ever speak with Mr. Spazzadeschi?
17    A.  Never.
18    Q.  And you never met him, I assume?
19    A.  No, never met him.
20    Q.  All right. And who is Roberto Renon?
21    A.  No idea.
22    Q.  Who is Dr. Giancarlo Schisano?
23    A.  The senior vice president, cargo,
24  worldwide, if I don't make mistake.
25    Q.  Okay. And do you know who Dr. Luigi
```

16 (Pages 244 to 247)

One Penn Plaza, NYC           Toby Feldman, Inc.                        tel (212) 244.3990
email@tobyfeldman.com    NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    tel (800) 246.4950