Exhibit 16

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

FRANCESCO GALLO,

         Plaintiff,

   -against-     CASE NO.
                   07 CV 06418 (CM)(HP)

ALITALIA - LINEE AEREE ITALIANE -
SOCIETA PER AZIONI, PIERANDREA GALLI,
and GIULIO LIBUTTI

         Defendants.
------------------------------------------X

         1633 Broadway
         47th Floor
         New York, New York 10019-7513

         January, 22, 2008
         1:25 p.m.

     DEPOSITION of GIULIO LIBUTTI, the Defendant in the above-entitled action, taken on behalf of the Plaintiff, held at the above time and place, and taken before Rachael Hodgson, a reporter and Notary Public within and for the State of New York.

Magna Legal Services

Page 66

G. LIBUTTI

1  
2  A. No.
3  Q. Did he ever tell you that he was being sexually
4  harassed by someone in Alitalia?
5  A. Not to me.
6  Q. Did he ever discuss that with anyone else?
7  A. No.
8  Q. That you know of?
9  A. I know the lawsuit that the letter he wrote.
10 Q. Right. Aside from that letter?
11 A. No.
12 Q. Did Mr. Gallo promote Mr. Oksuz?
13 A. Yes.
14 Q. And when was that?
15 A. February 2006, if I remember well.
16 Q. So is it fair to say that as a consultant Mr.
17 Gallo still had the ability to promote somebody?
18 A. No, he has not the ability. I was very upset
19 when I was back in the office that he signed the letter
20 instead of me.
21 Q. Did you go to Mr. Oksuz and tell him forget it, I
22 can't — you're not promoted anymore because Mr. Gallo
23 didn't have the authority?
24 A. No.
25 Q. Why is that?

Page 67

G. LIBUTTI

1  
2  A. Because the letter already had been signed and it
3  was a double signature. Not only Mr. Gallo but Mr.
4  Marchese. Mr. Gallo had not the authority to sign the
5  letter, but anyway the company letter has been written
6  to an employee so Mr. Gallo explained to me it was too
7  late to change and I say that the problem is not to
8  promote, we agreed, both agreed to promote him in the
9  that position. The discussion was the title. I was
10 mostly in favor of manager instead of vice president.
11 Was my complaint the title, not the promotion. So just
12 for the title I was consider is not the case to go to
13 Oksuz and say we're joking.
14 Q. You said were you angry, you were angry at
15 Francesco Gallo for doing that?
16 A. No, I say very upset but Franco Gallo explained
17 to me that it was the best choice. Again, I told him I
18 didn't agree, it was mistake for me I told him, but he
19 insisted. I said okay, it's your responsibility now to
20 make him as a really capable manager for the company.
21 Q. Did you ever tell Mr. Gallo you can't promote
22 anyone, you're a consultant?
23     MR. KORAL: Objection.
24 A. No, I told that, I told that this — I never told
25 something like this to him. The only case was that

Page 68

G. LIBUTTI

1  
2  letter.
3  Q. Did you ever tell that to Mr. Gallo about
4  anything, you can't do "X" because you're a consultant?
5  A. No.
6  Q. Why were you unhappy with the title?
7  A. Because from a cashier to vice president you jump
8  too much, you think so, and I was aware that probably
9  this change in organization maybe didn't like the
10 majority of employees that after many years they didn't
11 even reach the position of manager and somebody jumped
12 from cashier to be vice president.
13 Q. Do you know if Mr. Gallo was ultimately fired
14 from Alitalia?
15     MR. KORAL: Objection.
16 A. Sorry?
17 Q. Fired, terminated?
18 A. Who?
19 Q. Was he fired, Mr. Gallo?
20 A. I'm asking you to repeat the entire question.
21 Q. Was Mr. Gallo ever fired from Alitalia?
22 A. I don't know.
23 Q. Did anybody ever discuss with you firing Mr.
24 Gallo?
25 A. Never. You cannot fire a consultant as I know,

Page 69

G. LIBUTTI

1  
2  I'm sorry.
3  Q. In terms of the consultancy agreement, do you
4  know why the consultancy agreement was terminated?
5  A. No.
6  Q. Do you know whose decision it was to terminate
7  that agreement?
8  A. I left the United States in August 2006 so I
9  don't know.
10 Q. Did you ever tell anyone that Mr. Gallo was fired
11 because he was gay?
12 A. No.
13 Q. And that it was necessary to cleanup Alitalia?
14 A. No.
15 Q. Did you ever speak to Francesco Gallo's wife?
16 A. If I spoke with Francesco Gallo's wife?
17 Q. Yes.
18 A. Many times.
19 Q. Were you friends?
20 A. Yes.
21 Q. Are you friends?
22 A. I didn't speak with her when I left the United
23 States. She was the doctor of my children, don't forget
24 it.
25 Q. When was the last time you spoke with her?