Exhibit 17

# Alitalia

New York

PERSONAL & CONFIDENTIAL

May 23, 2006

Mr. Francesco Gallo
BU-NYC

Dear Mr. Gallo:

This letter serves as formal notice that Alitalia Linee Aeree Italiane, S.p.A. ("Alitalia") is formally canceling the Consulting Agreement (the "Agreement") between you and Alitalia, dates September 15, 2005, pursuant to provisions of paragraph 3 of that Agreement. Alitalia intends to fulfill all of its legal responsibilities during the remaining term of the Agreement (i.e., until March 15, 2007).

At the present time Alitalia does not have any further assignments for you o the type specified in the Agreement. However, Alitalia reserves the right to give you appropriate assignments as long as the Agreement remains in effect.

If you have any questions, kindly contact the undersigned.

Very truly yours,

Giulio Libutti
Sr. Vice President
North America & Mexico

RECEIVED
BY MAY 23 2006

350 Fifth Avenue
Suite 3700
New York, NY 10118

Tel.: (212) 903-3300
WWW.ALITALIAUSA.COM

