Exhibit 18

Page 82

```
 1                G. LIBUTTI
 2    A. Which machine?
 3    Q. Shredding, to shred documents.
 4    A. I don't know if there is one.
 5    Q. Okay. You've never seen one?
 6    A. No.
 7       MR. SMITH: Can you mark this, please.
 8       (Whereupon, the aforementioned documents was
 9       marked as Plaintiff's Exhibit Libutti 3 for
10       identification as of this date by the
11       Reporter.)
12       MR. KORAL: Why did you fold this one?
13       MR. SMITH: Why did I fold it; I'm going to
14    ask him about the second page.
15       MR. KORAL: I have no objection to these
16    documents that we produced.
17    A. Okay, second page. So?
18    Q. Can you please take a look at the e-mail towards
19 the bottom?
20    A. Here?
21    Q. Yes. And could you please read that to yourself.
22    A. In Italian?
23    Q. To yourself, I mean, not out loud.
24       MR. KORAL: He says just read it over.
25    A. Yes.
```

Page 83

```
 1                G. LIBUTTI
 2    Q. And who is that an e-mail to?
 3    A. Mail to some manager in head offices.
 4    Q. And who's it from?
 5    A. From me.
 6    Q. And what are you saying in the e-mail?
 7    A. The translation?
 8    Q. Or sum and substance.
 9       MR. KORAL: You want him to summarize it?
10    Q. Summarize it, please.
11    A. Yes, that we would like to inform you that the
12 corporate affair New York, it's going to be reorganized
13 and close -- that's closed and because one person, one
14 professional is leaving and consequently the company
15 will try to reorganize and to redistribute the
16 activities in other function.
17    Q. As you sit here today do you know why Mr. Gallo
18 was being asked to leave if his functions needed to be
19 distributed to other people?
20       MR. KORAL: Objection.
21    A. I don't know why he was asked to leave but more
22 than faction was just namely because they have new
23 activities, many of them. In some case they have
24 activity once a while but not everyday. So when you say
25 transfer, doesn't mean everyday people has to work on
```

Page 84

```
 1                G. LIBUTTI
 2 this, but in case receive some problem related to -- for
 3 example, crisis management; of course, you have to take
 4 care.
 5    Q. Do you know if Mr. Gallo was asked to leave
 6 because he was being accused of sexual harassment by
 7 Durson Oksuz?
 8    A. I don't know.
 9       MR. KORAL: Objection.
10    Q. After Mr. Gallo left was anyone rehired -- I'm
11 sorry, withdrawn -- was anyone hired by Alitalia to take
12 on his responsibilities?
13    A. No, not when I was in the United States.
14    Q. And how about after you left?
15    A. I don't know.
16       MR. SMITH: Can you please mark this.
17       (Whereupon, the aforementioned document was
18       marked as Plaintiff's Exhibit Libutti 4 for
19       identification as of this date by the
20       Reporter.)
21       MR. KORAL: Do you want him to read the
22    entire thing?
23       MR. SMITH: No, I just wanted him to look at
24    it.
25    Q. Do you recognize that document?
```

Page 85

```
 1                G. LIBUTTI
 2    A. Yes, I saw, yes.
 3    Q. When did you see that document?
 4    A. This document -- I don't remember the date.
 5    Q. Was it after 2006?
 6       MR. KORAL: Objection.
 7    A. If I read the date is, could be even 2005,
 8 beginning of 2006.
 9    Q. Is Mr. Gallo listed on that document?
10    A. I don't know who put this, that this was Mr.
11 Gallo activity. Yes, corporate and regulatory affairs,
12 yes.
13    Q. Did anyone else have that responsibility back in
14 the end of 2005, 2006, beginning of 2006?
15    A. Beginning of 2006 I think it's still Mr. Gallo
16 because it's also written here that -- it's written
17 relating to Mr. Gallo, it's very clear.
18       They said check the activities, reorganization,
19 activities of corporate affairs in financial controller
20 in order to check if they can make some synergies and
21 give some responsibility to corporate affairs to Mr.
22 Marchese, the financial controller, and will hand over
23 with Mr. Gallo and the third point is communicate with
24 Mr. Gallo that is contract of consultancy is going to be
25 end.
```