Exhibit 19

# NOTICE AND PROOF OF CLAIM FOR DISABILITY BENEFITS

**IMPORTANT: USE THIS FORM ONLY WHEN THE CLAIMANT BECOMES SICK OR DISABLED WHILE EMPLOYED OR BECOMES SICK OR DISABLED WITHIN FOUR (4) WEEKS AFTER TERMINATION OF EMPLOYMENT. OTHERWISE USE GREEN CLAIM FORM DB-300.**

## PART B – HEALTH CARE PROVIDER'S STATEMENT (Please Print or Type)

THE HEALTH CARE PROVIDER'S STATEMENT MUST BE FILLED IN COMPLETELY AND THE FORM MAILED TO THE INSURANCE CARRIER OR SELF-INSURED EMPLOYER, OR RETURNED TO THE CLAIMANT WITHIN SEVEN DAYS OF THE RECEIPT OF THE FORM. For Item 7d, give approximate date. Make some estimate. If disability is caused by or arising in connection with pregnancy, enter estimated delivery date under "Remarks".

1. Claimant's Name: FRANCESCO Gallo    2. Age: 59    3. Sex: ☒ Male  ☐ Female
4. Diagnosis/Analysis: Cortico Basal Degeneration    Diagnosis Code: 333.0
   a. Claimant's Symptoms: inability to use (R) upper + lower [extremities]
   b. Objective Findings: weakness, rigidity, marked [illegible]

5. Claimant Hospitalized? ☐ Yes  ☒ No    From ... To ...
6. Operation Indicated? ☐ Yes  ☒ No    a. Type ...  b. Date ...
7. Enter Dates for the Following:

| | Month | Day | Year |
|---|---|---|---|
| a. Date of your first treatment for this disability | | | 05 |
| b. Date of your most recent treatment for this disability | 07 | 18 | 06 |
| c. Date claimant was unable to work because of this disability | 05 | 25 | 06 |
| d. Date claimant will be able to perform usual work | | | permanent |

8. In your opinion, is this disability the result of injury arising out of and in the course of employment or occupational disease? ☐ Yes  ☒ No
   If yes, has form C-4 been filed with the Workers' Compensation Board? ☐ Yes  ☒ No
   Remarks (attach additional sheet, if necessary) ...

I affirm that I am a: ☐ Chiropractor  ☒ Physician  ☐ Psychologist  ☐ Dentist  ☐ Podiatrist  ☐ Nurse-Midwife
Licensed in the State of: New York    License Number: 028147

Health Care Provider's Signature: [signature]    Date: 7/18/06
Health Care Provider's Name (Please Print): Josie J. Cardona    Tel.No.: 212-746-2309
Office Address: 520 E. 72 ST, NY NY 10021

## EMPLOYER'S STATEMENT

Employer's Name: ALITALIA    Policy #: 056652    Div. #: ...
Employee's Date of Birth: 3/26/47    Effective Date of Coverage: 4/1/02
Is this claimant a N.Y. employee? ☒ Yes ☐ No    ☒ Full Time ☐ Part Time
Date of Employment: 9/30/1966
Normal work week (check boxes to show usual days worked): ☐S ☒M ☒T ☒W ☒T ☒F ☐S    Number of Hours: 8
Date Employee last worked: 5/20/06
Date Employee wages ceased: ...
Date Employee returned to work: N/A
Has Employment terminated? ☐ Yes ☒ No
If so, date of termination: ...
Was Employee laid off or was layoff contemplated prior to disability? ☐ Yes ☒ No
If so, give day of layoff: ...
Were wages continued during disability? ☒ Yes ☐ No
If yes, does the Employer request reimbursement? ☒ Yes ☐ No

Employer Reimbursement Request: If Yes, the Employer agrees to indemnify UnumProvident Corporation and hold the Company, its directors, officers, employees and agents harmless against any claim, loss, liability, suit or judgment (including attorneys' fees and cost of defense or investigation related thereto) that arises as a result of the Employer's obligation to pay benefits under the Policy on behalf of the Company. In addition, the Employer shall indemnify UnumProvident Corporation against any claim by an Insured for benefits that have been paid by the Employer and reimbursed by the Company.

Was Employee on the job when disability occurred? ☒ Yes ☐ No
Has claim been filed for Workmen's Compensation? ☐ Yes ☒ No
Is Employee member of a union that provides payment of weekly cash benefits? ☐ Yes ☒ No
If yes, give name and address of union: ...

### Earnings 8 weeks prior to disability

| Week Ending | | | No. Days Worked | Amount |
|---|---|---|---|---|
| | Mo. | Day | Yr. | | |
| 1 | 4 | 9 | 06 | 5 | [illegible] |
| 2 | 4 | 16 | 06 | 5 | [illegible] |
| 3 | 4 | 23 | 06 | 5 | [illegible] |
| 4 | 4 | 30 | 06 | 5 | [illegible] |
| 5 | 5 | 7 | 06 | 5 | [illegible] |
| 6 | 5 | 14 | 06 | 5 | [illegible] |
| 7 | 5 | 21 | 06 | 5 | PERSONAL [illegible] |
| 8 | 5 | 28 | 06 | 5 | [illegible] |

Signed: [signature]    Employer: ALITALIA    Date: 11/6/06
Telephone Number: 212-903-3XXX

THE WORKER'S COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION.

DB-450 Reverse (11-05)    Mail To: Unum Life Insurance Company of America, Portland Customer Care Center, P.O. Box 9500, Portland, ME 04104-5058, Phone: 800-858-6843, Fax: 800-447-2498

A 00104

## NOTICE AND PROOF OF CLAIM FOR DISABILITY BENEFITS

**CLAIMANT: READ THE FOLLOWING INSTRUCTIONS CAREFULLY**

1. USE THIS FORM IF YOU BECOME SICK OR DISABLED WHILE EMPLOYED OR IF YOU BECOME SICK OR DISABLED WITHIN FOUR (4) WEEKS AFTER TERMINATION OF EMPLOYMENT. USE GREEN CLAIM FORM DB-300 IF YOU BECOME SICK OR DISABLED AFTER HAVING BEEN UNEMPLOYED MORE THAN FOUR (4) WEEKS.
2. YOU MUST COMPLETE ALL ITEMS OF PART A - THE "CLAIMANT'S STATEMENT". BE ACCURATE. CHECK ALL DATES.
3. BE SURE TO DATE AND SIGN YOUR CLAIM (SEE ITEM 12). IF YOU CANNOT SIGN THIS CLAIM FORM, YOUR REPRESENTATIVE MAY SIGN IT IN YOUR BEHALF. IN THAT EVENT, THE NAME, ADDRESS AND REPRESENTATIVE'S RELATIONSHIP TO YOU SHOULD BE NOTED UNDER THE SIGNATURE.
4. DO NOT MAIL THIS CLAIM UNLESS YOUR HEALTH CARE PROVIDER COMPLETES AND SIGNS PART B - THE "HEALTH CARE PROVIDER'S STATEMENT".
5. YOUR COMPLETED CLAIM SHOULD BE MAILED WITHIN THIRTY (30) DAYS AFTER YOU BECOME SICK OR DISABLED TO YOUR LAST EMPLOYER OR YOUR LAST EMPLOYER'S INSURANCE COMPANY.
6. MAKE A COPY OF THIS COMPLETED FORM FOR YOUR RECORDS BEFORE YOU SUBMIT IT.

**PART A - CLAIMANT'S STATEMENT (Please Print or Type) ANSWER ALL QUESTIONS**

1. My name is FRANCESCO GALLO   Social Security Number: 1 0 9 4 2 3 0 2 3
2. Address 300 EAST 54th ST. APT. 3205 NEW YORK, NY 10022
3. Tel. No. 212-751-7380    4. My age is 59    5. Married (Check one) ☒ Yes ☐ No
6. My disability is (if injury, also state how, when and where it occurred) PARALYSIS
7. I became disabled on 05 / 16 / 2006    a. I worked on that day ☒ Yes ☐ No
   b. I have since worked for wages or profit.  ☐ Yes ☒ No  If "Yes", give dates

8. Give name of last employer. If more than one employer during the last eight (8) weeks, name all employers.

| EMPLOYERS | | | DATES OF EMPLOYMENT | | AVERAGE WEEKLY WAGES (Include Bonuses, Tips, Commissions, Reasonable Value of Board, Rent, etc.) |
|---|---|---|---|---|---|
| BUSINESS NAME | BUSINESS ADDRESS | TELEPHONE NO. | FROM Mo. Day Yr. | THROUGH Mo. Day Yr. | |
| Alitalia Airlines | | 212-903-428? | 09 30 1969 | 05 18 2006 | $4,500.00 |

9. My job is or was _____

10. For the period of disability covered by this claim
    a. Are you receiving wages, salary or separation pay:  ☐ Yes ☒ No
    b. Are you receiving or claiming:
       (1) Workers' compensation for work-connected disability ☐ Yes ☒ No
       (2) Unemployment Insurance Benefits ☐ Yes ☒ No
       (3) Damages for personal injury ☐ Yes ☒ No
       (4) Benefits under the Federal Social Security Act for long-term disability ☒ Yes ☐ No
    IF "YES" IS CHECKED IN ANY OF THE ITEMS IN 10a OR 10b, COMPLETE THE FOLLOWING:
    I have ☐ received  ☐ claimed  from Social Security  for the period ____ to ____

11. I have received disability benefits for another period or periods of disability within the 52 weeks immediately before my present disability began.  ☐ Yes ☒ No
    If "Yes", fill in the following: I have been paid by _____ From ____ To ____

12. I have read the instructions above. I hereby claim Disability Benefits and certify that for the period covered by this claim I was disabled; and that the foregoing statements, including any accompanying statements, are to the best of my knowledge true and complete.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD PRESENTS, CAUSES TO BE PRESENTED, OR PREPARES WITH KNOWLEDGE OR BELIEF THAT IT WILL BE PRESENTED TO OR BY AN INSURER, OR SELF-INSURER, ANY INFORMATION CONTAINING ANY FALSE MATERIAL STATEMENT OR CONCEALS ANY MATERIAL FACT SHALL BE GUILTY OF A CRIME AND SUBJECT TO SUBSTANTIAL FINES AND IMPRISONMENT.

Claim signed on 07/18/2006

If signed by other than claimant, print below: name, address, and relationship of representative.

IF YOU HAVE ANY QUESTIONS ABOUT CLAIMING DISABILITY BENEFITS, CONTACT THE NEAREST OFFICE OF THE NYS WORKERS' COMPENSATION BOARD, OR WRITE TO: WORKERS' COMPENSATION BOARD, DISABILITY BENEFITS BUREAU, 180 BROADWAY-MENANDS, ALBANY, NY 12241-0005

¿TIENE DUDAS RELACIONADAS CON LA RECLAMACION DE BENEFICIOS POR INCAPACIDAD, COMUNIQUESE CON LA OFICINA MAS CERCANA DE LA JUNTA DE COMPENSACION OBRERA DE NUEVA YORK, O ESCRIBA A: WORKERS' COMPENSATION BOARD, DISABILITY BENEFITS BUREAU, 180 BROADWAY-MENANDS, ALBANY, NY 12241-0005

DB-450 (11-96)    **HEALTH CARE PROVIDER MUST COMPLETE PART B ON REVERSE**    OCT 18 2006

PERSONNEL ADMINISTRATION

A 00105