# Exhibit 20

to 7521809 (FISTD800), received at 02/06/2007 11:56:00 from (12129033588).  Page 8 of 9 pages (C)
02/06/2007 11:53    12129033588    ALITALIA    PAGE 08/09
JAN.16.2007 12:15 2127747806    CENTRAL ACCESSION OFFICE    #1360 P.001 /003



# UNUMPROVIDENT
## CLAIMANT'S SUPPLEMENTAL STATEMENT
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: 1-800-858-6843    Fax: 1-800-447-2498



0287500082786540 4

### ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

Name of Patient: Gallo, Francesco
Home Telephone Number: (272) 751-7380
Date of Birth: July 26, 1941
Social Security Number: 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
Employer Name/Address: Alitalia 5/30/06
Employer Telephone Number: N/A

Instructions: The following section must be completed and signed by the attending physician. The purpose of this report is to assist us in making a disability determination. If this claim is related to a normal pregnancy, complete the normal pregnancy section. Otherwise, please complete all applicable sections of this form and provide copies of supporting reports, such as office notes, medical records, consultations and/or testing. In all situations, you must complete the signature block at the bottom of this form.

### Normal Pregnancy
a) Expected Delivery Date:
Date First Unable to Work:    b) Actual Delivery Date:    c) Delivery Type: ☐ Vaginal  ☐ C-Section
Date Hospitalized:

### All Other Conditions:
**Patient Information**
a) Height: 6'7"  Weight: 169#    b) Date of first visit regarding current condition?
c) Date patient ceased work because of condition? 5/30/06   d) Did you advise patient to cease work? ☒ Yes ☐ No  If yes, when?
e) Has the patient been treated for the same/similar condition in the past? ☐ Yes ☐ No  If yes, when?
If yes, please describe: N/A

f) Is the patient's condition due to injury or sickness involving the patient's employment? ☐ Yes ☐ No ☐ Unknown

**Diagnosis and Treatment**
Primary Diagnosis: Corticobasal Degeneration (333.0)
a) What is the primary diagnosis preventing your patient from working? Same as above
Please include Primary ICD-9 and/or DSM-IV Multi-Axial Diagnoses and Codes
b) Date of last examination: 11/27/06
c) Describe Subjective Symptoms: Difficulty controlling arms R>L, tremors, ataxia, falls, loss of balance
d) Describe Objective Findings (MRIs, X-rays, EMG/NCV studies, Lab tests, clinical findings, GAF etc.): Parkinsonian features on exam, weakness RUE

Other Conditions (Please attach additional information as necessary)
Are there other conditions that prevent your patient from working? If so, please list with information as follows:
a) Secondary ICD-9:  Diagnosis: 401.9, 435.21, Post Stroke
Secondary ICD-9: Diabetes Diagnosis: 25660, 293.84 Depression + Anxiety 2° to 1° diagnosis
b) Describe Subjective Symptoms: Depression, need for meds
c) Describe Objective Findings (MRIs, X-rays, EMG/NCV studies, Lab tests, clinical findings, GAF etc.): MRI 10/04 showed previous L frontal infarct

**Treatment**
a) Describe the patient's current treatment program (include facilities name/address if applicable): Warfarin, anti-hypertensives, antidepressants
b) Medications (Please list all medications including dosage and frequency): See attached note
c) Has patient been hospitalized? ☐ Yes ☒ No  Date Hospitalized:
d) Was surgery performed? CPT 4 Code(s): ✗  through
Name/Address of facility:    Date Surgery Performed:
e) Is the patient still under your care? ☒ Yes ☐ No  Final Date of Treatment:

1308-89-NY-SG (1003)

A 00102

Fax to 7521809 (FISTD800) received at 02/06/2007 11:56:00 from (12129033588).   Page 9 of 9 pages (c)

02/06/2007 11:53   12129033588             ALITALIA                        PAGE  09/09
JAN.18.2007 12:16  2127747806              CENTRAL ACCESSION OFFICE        #1360 P.002/003

02875000627865405

**Claimant Name:** Gallo, Francesco     **Social Security Number:** 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

**Other Providers:** Please supply complete name, contact information and specialty of any other treating physicians or hospitals.

| Name | Specialty | Address | Phone # | Fax # | Treatment From | To |
|---|---|---|---|---|---|---|
| Michael Zullo | Cardiology | | | | | |
| Dr. Mejia | Tracheas | | All | letter | | |
| Dr. Stein | Psychology | | | | | |

**Physical Capabilities**

a) Patient's ability to: (Please Check Number of Hours Per Workday and How Often)

Sit / Stand / Walk — (checkboxes, mostly 0–2 hours, Continuously / Intermittently)

b) Patient's ability to: (Please Check)  Never 0% / Occasionally 1-33% / Frequently 34-66% / Continuously 67-100%

Climb / Twist/bend/stoop / Reach above shoulder level / Operate heavy machinery

c) Patient's ability to lift/carry: (Please Check)  Never 0% / Occasionally 1-33% / Frequently 34-66% / Continuously 67-100%

Up to 10 lbs. / 11 to 20 lbs. / 21 to 50 lbs. / 51 to 100 lbs.

d) Patient's ability to perform: (Please Check)   Never 0% / Occasionally 1-33% / Frequently 34-66% / Continuously 67-100%

Fine Finger movements / Hand-eye coordinated movements / Pushing/Pulling

Dominant Hand: ☒ Right  ☐ Left

**Psychological Factors**
Are there any cognitive deficits or psychiatric conditions that interfere with the patient's ability to perform his/her occupation? If so, please describe specifically how any identified condition prevents the patient from performing his/her occupation.

Depressed/anxious because of progressive disability

**Return to Work**
a) When do you expect improvement in the patient's capabilities?  permanent disability
b) Have you advised patient to return to work? ☐ Yes ☒ No  Expected Return to Work Date: n/a  ☐ Full Time  ☐ Part Time
If yes, please indicate any ongoing restrictions and limitations in the space provided below.
If no, please indicate the conditions and limitations that prevent the patient from returning to work in the space provided below.

c) RESTRICTIONS (activities patient should not do):
Totally restricted

d) LIMITATIONS (activities patient cannot do):
Totally restricted

**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of this claim form.

Print or Type Name: John J. Caronna      Degree: MD     Medical Specialty: Neurology
Street Address: 520 E 70 St
City: NYC  State:      ZIP Code: 10021     Telephone: (212) 746-2304   Fax: (212) 746-8742
Signature of Physician: [signed]        Date:
SSN or Employer's ID Number: 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

Are you, the physician, related to this patient? ☐ Yes ☒ No  If yes, what is the relationship?

A 00103