# Exhibit 21

1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

FRANCESCO GALLO,

                    Plaintiff,

        -against-

                            07 CV 06418
                              (CM)(HP)
ALITALIA-LINEE AEREE ITALANE
SOCIETA PER AZIONI, PIERANDREA
GALLI, and GIULIO LIBUTTI,

                    Defendants.

-----------------------------------x


            DEPOSITION OF FRANCESCO GALLO
            Thursday,  December 20, 2007
                  New York, New York
```

REPORTED BY:

Holly Hough

Francesco Gallo                                                            12/19/2007

```
                                    Gallo    110
 2  hospitalization in early 2002 after 9/11; do you
 3  recall whether you told Dr. Caronna about that?
 4      A.  I didn't have to tell, he was with me when
 5  I was hospitalized.
 6      Q.  In 2002 he was with you?
 7      A.  Yeah.
 8      Q.  He doesn't put that in the medical
 9  history.
10      A.  Bad guy.
11      Q.  You're sure he was with you in 2002?
12      A.  He was my neurologist.
13      Q.  Are you sure he was your neurologist in
14  2002?
15      A.  Yes.
16      Q.  The records we have don't begin until
17  2005, maybe 2004.  All right, but he was?
18      A.  Yeah.
19      Q.  So he certainly knew about that.  Under
20  "Plan," which you started to read, do you want to
21  read that now, please.
22          The first question I have for you is, did
23  you seek a second opinion at the Movement Disorders
24  Unit at New York Presbyterian Hospital?
25      A.  I didn't even know it.
```

```
                                    Gallo    111
 2      Q.  He states, "I have offered him a second
 3  opinion with the Movement Disorders Unit at New York
 4  Presbyterian Hospital."
 5      A.  I remember that he was mentioning that I
 6  had to do something.  And he tried to make a phone
 7  call.  Then, once I had been at Columbia with the
 8  specialist that saw me, I don't know if it's that
 9  one.
10      Q.  Did you ever get a second opinion that
11  you're aware of, somebody else who told you, yes,
12  what you have is corticobasal degeneration?
13      A.  I don't know.
14      Q.  Okay.
15      A.  It's so many, I mean, they talk among
16  themselves, I think.
17      Q.  All right.  The sentence before that, the
18  first full sentence on the last page.
19      A.  "I have told Mr. Gallo"?
20      Q.  "I have recommended," we're on the last
21  page.
22      A.  Yes.
23      Q.  "I recommended that he seek medical leave
24  and retire from his job."
25          Now do you remember the doctor saying that
```

```
                                    Gallo    112
 2  to you?
 3      A.  Yeah, but he has been saying also before.
 4      Q.  All right.  And at this point Alitalia had
 5  already told you that they didn't need your services
 6  any longer; is that correct, May 25, 2006?
 7      A.  Yes, at that time it was official, but
 8  this is, it's something that did not start at
 9  May 16th, it start five, six years before.
10      Q.  What started five, six years before?
11      A.  What I define a scheme, a horrible, a
12  horrible way to fire someone, not even having the
13  guts to say we don't need you anymore now, instead
14  to find that...
15      Q.  Are you saying that this process of what
16  I'll call getting rid of you started five or six
17  years before; is that what you're saying?
18      A.  Oh, yes.
19      Q.  Yes?
20      A.  Oh, yes.
21      Q.  Did you tell this to Dr. Caronna?
22      A.  What Dr. Caronna has to do with --
23      Q.  I'm just asking, did you.
24      A.  No, probably, I don't know.  I don't know
25  if I told Dr. Caronna.  Probably.
```

```
                                    Gallo    113
 2          MR. SMITH:  If you don't know, say you
 3      don't know, that's it, if you don't remember.
 4      A.  Yeah, you know, he posed the question
 5  which brings you --
 6          MR. SMITH:  Brings you back, right.
 7      Q.  And five or six years before means in 2000
 8  and 2001, that would be five or six?
 9      A.  Even before that.
10      Q.  Even before that?
11      A.  Yeah.
12      Q.  Did you tell any psychiatrist whom you saw
13  at any point that there was a horrible scheme to get
14  rid of you that began even before the year 2000?
15      A.  I believe so because that was the hardest
16  and horrible, I believe that was the first time that
17  I end up to psychiatrist, Dr. Colombo probably, I
18  think so, yes, Dr. Colombo, yeah.
19      Q.  Dr. Colombo?
20      A.  Yeah, Dr. Colombo, I believe.  I don't
21  know.  I don't remember.
22      Q.  But you think if you told anybody, you
23  told Darla Colombo?
24      A.  Yes, yes, yes, because at that time, yes,
25  yes.
```

29 (Pages 110 to 113)

Francesco Gallo                                                          12/19/2007

**Page 114**

```
 2  Q.  Did you tell Dr. --
 3  A.  Dr. Colombo, and also this doctor that I
 4  don't like.
 5  Q.  Dr. Faedda?
 6  A.  Yes.
 7  Q.  You are aware that --
 8  A.  Finished with this?
 9  Q.  I think so, yes.  You are aware that
10  Dr. Caronna filled out a form for UNUM?
11  A.  Yes.
12  Q.  Saying that you were totally disabled and
13  unable to work as of May 26th?
14  A.  Yes.
15  Q.  Of 2006?
16  A.  Yes.
17  Q.  And that was true?
18  A.  Yes, I spoke to Alitalia about it.
19      MR. KORAL:  The next document is going to
20      be marked Defendants' Exhibit 6.  It is a
21      letter from Dr. Caronna to Dr. Stefan Stein,
22      dated April 14, 2007.
23  A.  Now I understand why they charge so much.
24  I just discovered that they do more work behind your
25  back.  Sorry.
```

**Page 115**

```
 2      (Defendants' Exhibit 6, letter, April 14,
 3      2007, to Dr. Stein, marked for identification,
 4      as of this date.)
 5  Q.  You have never seen this document before,
 6  have you, Mr. Gallo?
 7  A.  No, sir.
 8  Q.  Look at the section called "Review of
 9  Systems," on the first page it states that
10  "Mr. Gallo was frequently tearful and asked what the
11  point of his living was, although he said that he
12  loves his children and he denied that he was
13  actively suicidal at this time.
14      Were you frequently tearful in the
15  presence of Dr. Caronna; is this accurate?
16  A.  Yeah, well, sometime, I don't know.
17  Q.  Well, did you weep on visits with
18  Dr. Caronna, maybe not every visit but some visits?
19  A.  Probably sometime, yes.
20  Q.  Did you deny that you were actively
21  suicidal, at least as of April 2007?
22  A.  Possibly.
23  Q.  Let's take a look at the second paragraph
24  of this document.  It states that "He came," that's
25  you came, "to Dr. Caronna on April 12th with a chief
```

**Page 116**

```
 2  complaint of some low-back pain and multiple falls
 3  related to his condition."  Is that correct?
 4  A.  Yes.
 5  Q.  Do you still experience multiple falls?
 6  A.  Yes, but now I acquired the technique that
 7  I could control it because you feel it.  It's
 8  something, it's like a bell because the inside of
 9  your body has some kind of tremors.  So you know
10  almost that it's coming.  So when you walk, you walk
11  always close to a wall, you know that if you have to
12  fall down, try to go with your behind down, and all
13  these things.
14  Q.  But you hadn't learned these techniques as
15  of April 12, 2007; is that right?
16  A.  Well, but this was always, you know, under
17  the advice of the doctors to behave in a certain
18  ways.
19  Q.  The doctors weren't advising you to fall,
20  were they?
21  A.  No, no, but, but if that was the case, how
22  should I, if I could, how should I to fall.
23  Q.  I understand.
24  A.  And it worked.
25  Q.  Have you continued to have frequent falls
```

**Page 117**

```
 2  since April of 2007?
 3  A.  Sometime, but not as much as frequent,
 4  probably because I'm more aware.
 5  Q.  When did you start falling?
 6  A.  Beginning of last year.
 7  Q.  Beginning of last year means the beginning
 8  of 2006?
 9  A.  No, beginning of, I'm sorry, 2007.
10  Q.  In early this year you began?
11  A.  Yes.
12  Q.  And you weren't falling during 2006?
13  A.  No.  I think once.
14  Q.  All right.  When did Dr. Caronna start
15  recommending that you use a wheelchair?
16  A.  I believe in 2007.  Well, I started before
17  with a cane, he want me to, you know, use a cane.
18  Q.  A cane, okay.
19  A.  Yes.
20  Q.  In 2007 or earlier?
21  A.  End of 2006.
22  Q.  2006?
23  A.  Yeah.
24  Q.  He states that since he last saw you,
25  "Francesco believe he is getting worse."
```

30 (Pages 114 to 117)