# Exhibit 23

```
                    Gallo              54
  1    A.  I think I did, yeah, if she asked me.
  2    Q.  Do you remember if you did?
  3    A.  No, I don't remember.
  4    Q.  Are you aware that Dr. Caronna certified
  5  that you were disabled and unable to work effective
  6  May 26th of 2006?
  7    A.  Yes, but Dr. Caronna also told me in 2005
  8  that probably, you know, I start to think about to
  9  work less, but yes, in June 2006, he told me.
 10    Q.  In June 2006 you know that Dr. Caronna
 11  said that you were too disabled to work, and as a
 12  result, you have been applying for disability
 13  benefits from UNUM because of disability?
 14    A.  Yeah, because I don't trust these doctors
 15  because they were telling me since, you know, 2001,
 16  '99 not to work anymore. And instead I continued to
 17  work and I have no problem whatsoever. So of course
 18  then when I reached this condition -- I bet I could
 19  work today.
 20    Q.  Okay.
 21    A.  I might use a wheelchair, but you know, I
 22  could work.
 23    Q.  Has any doctor told you you can work?
 24    A.  No. Forget doctors.
```

```
                    Gallo              55
  1    Q.  Have you told UNUM that you can work?
  2    A.  No.
  3    Q.  Have you told the Social Security
  4  Administration that you could work?
  5    A.  No.
  6    Q.  Do you know what the consequence would be
  7  if you told the Social Security Administration that
  8  you can work?
  9    A.  Well, Counsel, how about try, because if I
 10  could, why not? Yeah, the consequence is that I
 11  lose $2,000 a month pension, yeah. I wish I could
 12  work. I wish. If I could, yeah. Give me the
 13  possibility, I have no problem to give up, you know,
 14  the pension.
 15    Q.  Are you seeking employment at the present
 16  time?
 17    A.  No.
 18    Q.  Are you currently employed?
 19    A.  No, unfortunately.
 20    Q.  Okay. Let's take a look at the second
 21  paragraph, it gives a history of depression for
 22  several years.
 23        Do you recall when you were first
 24  diagnosed with depression, Mr. Gallo?
```

```
                    Gallo              56
  1    A.  Yes, around 2002, I believe, at the
  2  beginning.
  3    Q.  This is the hospitalization at
  4  Payne-Whitney Clinic after consequences of 9/11?
  5    A.  If it says consequences of 9/11, probably.
  6    Q.  I'm reading from the doctor's notes.
  7    A.  Oh. Yes, but that was the first time that
  8  I was diagnosed with depression.
  9    Q.  Did you tell Dr. Stein that having to deal
 10  with consequences of diverted passengers led you to
 11  difficulty with depression, getting worse?
 12    A.  No. Well, did not help, but I did not
 13  tell the doctor that the problem is visas.
 14    Q.  You didn't tell him that the problem was
 15  diverted passengers?
 16    A.  That we had the problem, sure. The world
 17  knew it.
 18    Q.  Did that lead to depression?
 19    A.  Probably contributed, sure.
 20    Q.  Contributed?
 21    A.  Yeah, I was by myself.
 22    Q.  And your doctor was Dr. Daria Colombo?
 23    A.  Colombo, yes.
 24    Q.  Is it correct that you stopped seeing her
```

```
                    Gallo              57
  1  after she had a maternity leave, and your feeling
  2  when you saw her again was that she could not be
  3  both attentive to her child and to you as her
  4  patient?
  5    A.  Well, she was not, I stopped to see her, I
  6  believe, two months prior delivery of the child, and
  7  at that time was going to her substitute doctor.
  8    Q.  Do you recall the name?
  9    A.  No, but should be in the list.
 10    Q.  I'm sorry I interrupted you.
 11    A.  That's okay. And yes, she was not as
 12  attentive as she used to be.
 13    Q.  And after you stopped seeing Dr. Colombo,
 14  Dr. New referred you to Dr. Faedda?
 15    A.  No, then I saw this -- yes, yes.
 16    Q.  And did you tell Dr. Stein that you did
 17  not get along with the doctor who Dr. New referred
 18  you to?
 19    A.  Oh, yes.
 20    Q.  And that you stopped your meds because you
 21  left that doctor and you just didn't follow up?
 22    A.  Yes.
 23    Q.  The next paragraph begins, "Wife is
 24  pediatric cardiologist and they have what he
```

15 (Pages 54 to 57)

One Penn Plaza, NYC                 Toby Feldman, Inc.                tel (212) 244.3990
email@tobyfeldman.com      NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    tel (800) 246.4950

```
                    Gallo                    58
 1  describes as a bad marriage."
 2       Do you recall saying that to Dr. Stein?
 3    A.  Not exactly, but close to it.
 4    Q.  Do you recall telling Dr. Stein that you
 5  and your wife were together for the children and
 6  that she was going to Italy with the younger
 7  children and that you would stay in New York with
 8  the older one for the summer and then return to
 9  Italy with him for vacation?
10    A.  Yes.
11    Q.  Do you recall telling Dr. Stein that you
12  currently were feeling okay on your medications,
13  this is after you came out of Payne-Whitney?
14    A.  Yes.
15    Q.  That you were somewhat depressed but were
16  not having any other suicidal ideations?
17    A.  Yes.
18    Q.  That you were looking forward to your new
19  life after leaving your job and had lots of plans
20  and goals?
21    A.  I don't remember.
22    Q.  You don't remember if you said that or
23  not, okay.  I want to call your attention to the
24  date of this entry.  It says 7/11 of '06.
```

```
                    Gallo                    59
 1    A.  Yeah.
 2    Q.  Do you recall how long you were in
 3  Payne-Whitney?
 4    A.  The last time?
 5    Q.  Yes.
 6    A.  I believe a week, 10 days, because I
 7  fought so much with them because July 4th was coming
 8  up, I believe, because they didn't want me, didn't
 9  want to release me.  And at the end, you know, I was
10  released.
11    Q.  If I represent to you that you went in
12  around June 20th and got out about 10 days later,
13  does that sound about right?
14    A.  Right, yeah.
15    Q.  You didn't really have to wait a month to
16  see Dr. Stein, you saw him on July 11th, according
17  to those notes anyway?
18    A.  Yeah, as soon as, you know, the doctor was
19  able to --
20    Q.  To see you?
21    A.  Right.
22    Q.  Okay.  We will look at Dr. Caronna's
23  records later, but are you aware that you've been
24  diagnosed by Dr. Caronna with corticobasal
```

```
                    Gallo                    60
 1  degeneration, both chronic and progressive?
 2    A.  Yes.
 3    Q.  All right.  Has Dr. Caronna told you that
 4  this will lead to complete disability?
 5    A.  May.
 6    Q.  Is that what Dr. Caronna said, that it
 7  may?
 8    A.  Yes.
 9    Q.  And he said possibly with dementia?
10    A.  Yeah, but I'm going to fight.
11    Q.  Okay.  According to Dr. Stein's notes, you
12  were told of this diagnosis in late May, presumably
13  of 2006, but he says that you never discussed this
14  diagnosis with the Payne-Whitney Clinic in-patient
15  staff when you were hospitalized; is that true?
16    A.  Dr. Caronna is part of the same
17  institution.  He's there.
18    Q.  Dr. Caronna is not in Payne-Whitney, is
19  he?
20    A.  He's in New York Hospital, two flights
21  down.  And he used to come up, you know.
22    Q.  But the question is did you discuss
23  Dr. Caronna's diagnosis of corticobasal degeneration
24  with the Payne-Whitney psychiatrists.
```

```
                    Gallo                    61
 1    A.  I don't remember if they asked me.
 2  Probably, yeah, I don't know.
 3    Q.  You just don't remember?
 4    A.  Right.
 5    Q.  Okay.  He ends this entry with, "I am
 6  attempting to enroll patient in day-treatment
 7  program at Columbia outpatient."
 8    A.  He did.
 9    Q.  But you said that it then turned out Aetna
10  wouldn't pay for it, so you had to give the
11  outpatient up?
12    A.  I paid.
13    Q.  So you did actually go to the treatment
14  program?
15    A.  But they're not the same, not at Cornell,
16  the one I went before.  Dr. Stein wanted me to go to
17  this other one here at Columbia.
18    Q.  Columbia, which is up at Presbyterian
19  Hospital?
20    A.  Right.
21    Q.  Actually, I thought Payne-Whitney Clinic
22  was up at Presbyterian; it's down at New York
23  Hospital?
24    A.  Yeah, it's under --
```

16 (Pages 58 to 61)

One Penn Plaza, NYC                 Toby Feldman, Inc.                          tel (212) 244.3990
email@tobyfeldman.com      NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS          tel (800) 246.4950