# Exhibit 24

```
                          Gallo         90
  2   therapist.  The only one that saw the therapist is
  3   me because she didn't want to come.
  4        Q.   You suggested that and she rejected the
  5   idea?
  6        A.   Right.  This goes back to 2005, not 2006.
  7        Q.   Okay.  All right.  Well, let's look at the
  8   last page of this document.  Do you recall seeing
  9   Dr. Stein in April of this year, of 2007?
 10        A.   Probably.
 11        Q.   According to Dr. Stein's notes, your
 12   decline in functioning continued and that you were
 13   increasingly dependant on your sister and her family
 14   to care for you.  Was that true in April of 2007?
 15        A.   They were helping me, yeah, they were
 16   helping me, yes.
 17        Q.   Did you tell Dr. Stein you had little
 18   capacity to walk and to care for yourself?
 19        A.   No, because otherwise, how could I go
 20   there?  I had difficulty, it was hard, but...
 21        Q.   Well, had somebody suggested you that use
 22   a wheelchair?
 23        A.   Yes, Dr. Caronna.
 24        Q.   When did he first suggest that?
 25        A.   Probably a year ago.
```

```
                          Gallo         91
  2        Q.   Okay.  And you rejected the idea?
  3        A.   Yes, because I believe that --
  4        MR. SMITH:  He just asked if you rejected
  5   the idea.
  6        A.   Yeah, I rejected the idea.
  7        Q.   Did Dr. Caronna explain why he wanted you
  8   to use the wheelchair?
  9        A.   Yes because -- yes.
 10        Q.   And what was the reason?
 11        A.   He was concerned about my stability, being
 12   that I was and I am on Coumadin, which is a blood
 13   thinner, and at any given time I could be subject to
 14   an hemorrhaging, an internal hemorrhaging.
 15        Q.   Wasn't it also because he was afraid you
 16   might fall?
 17        A.   Yes, consequentially.
 18        Q.   And that would cause an internal
 19   hemorrhage?
 20        A.   Yeah.
 21        Q.   Did you tell Dr. Stein that you had a
 22   recent visit to Dr. Caronna, who confirmed his
 23   diagnosis and the fact that there's no cure really
 24   for the basal-cortical condition?
 25        A.   I don't recall, yeah, probably if he say
```

```
                          Gallo         92
  2   so, but it's not true because a cure is going to
  3   come up, you know, they're doing studies.
  4        Q.   Okay.  Has Dr. Caronna told you that a
  5   cure is going to been found?
  6        A.   No, I didn't say that.
  7        Q.   But you believe that?
  8        A.   Yeah, because if you read about it.
  9        Q.   The last entry in Dr. Stein's notes is
 10   May 31st of 2007.  That would be, I guess, around
 11   Memorial Day; do you recall was your last visit to
 12   Dr. Stein sometime at the end of May 2007?
 13        A.   Yes.
 14        Q.   Did you tell Dr. Stein about some charity
 15   that you were working on?
 16        A.   Yes.
 17        Q.   What was that charity?
 18        A.   Well, it was and it is still a project.
 19   During my stay at the hospital, and I had occasion
 20   to hear or see that people were being discharged
 21   from the hospital because of financial difficulties
 22   and already had depression or mental illnesses, it's
 23   so devastating, depression is so horrible, to add
 24   the financial burden.  Unfortunately, the society is
 25   what it is.
```

```
                          Gallo         93
  2        So I thought that perhaps if I could have,
  3   with others, create a foundation and have the
  4   possibility to help people that did not have
  5   insurance, people that did need help or participate
  6   to these kind of rehabilitation that they could not
  7   do it.
  8        Q.   Did you incorporate a foundation?
  9        A.   No.
 10        Q.   And you have never solicited money from
 11   anybody for that foundation?
 12        A.   Not yet, not yet.
 13        Q.   Not yet.
 14        A.   If I feel better, but I haven't felt well
 15   enough to do it.
 16        Q.   But you were thinking about doing that in
 17   May?
 18        A.   Yes.
 19        Q.   Okay.  But you haven't felt well enough
 20   to--
 21        A.   No because then I went to Italy and I have
 22   been there a couple of months.
 23        Q.   A couple of months in Italy?
 24        A.   Right.
 25        Q.   Was that over the summer?
```

24 (Pages 90 to 93)

One Penn Plaza, NYC                Toby Feldman, Inc.                tel (212) 244.3990
email@tobyfeldman.com    NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    tel (800) 246.4950