# Exhibit 26

Francesco Gallo                                                                3/13/2008

```
                                                 Gallo                                    240
 1                    Gallo              240
 2      Q.  Okay.  Let's move about four pages down,
 3   and we're now at Schedule E, page 2.
 4         MR. KOCIAN:  The other binder.
 5      Q.  Are we on the same page?  This is actually
 6   on the top page.  Look at the top page.
 7         MR. KORAL:  I don't know why.  That's the
 8   way we received it.
 9      Q.  Mr. Gallo, under part 2, "Income or loss
10   from partnerships and S corporations."
11         And let me ask first, do you understand
12   what an S corporation is?
13      A.  I know what an S corporation, but --
14      Q.  I won't ask you to explain, I just want to
15   know if you have a general idea of what it is.
16      A.  I don't remember.
17      Q.  I will represent to you than an S
18   corporation is a closely held corporation under the
19   U.S. tax laws.
20         We have a listing for Travel Stradegy --
21   I'm assuming that's a typo -- Consultants, LLC; do
22   you see that?
23      A.  Yes.
24      Q.  What is that?
25      A.  This is something that my accountant
```

```
                    Gallo              241
 2   suggest me to do, and I went along with it.
 3      Q.  He suggested that you --
 4      A.  Yes.
 5      Q.  Wait, let me finish.
 6      A.  Oh, I'm sorry.
 7      Q.  He suggested that you create a business
 8   called Travel Strategy Consultants?
 9      A.  Right.  And I had the intention to do it,
10   to do something.  It's research more than anything
11   else.
12      Q.  So this is a business you were going to
13   start?
14      A.  Right.  I believe that I want to start it,
15   to activate it, but I never had it because they were
16   coming always through Alitalia request for
17   assistance, Eurofly, other company and so forth, so
18   I thought that I could have done something like
19   that.
20      Q.  In what year did you set up Travel
21   Strategy Consultants?
22      A.  Either 2005, 2006, I don't remember.
23      Q.  So it could have been while you were still
24   an Alitalia employee?
25      A.  Maybe, maybe.
```

```
                    Gallo              242
 2      Q.  All right.  And it could have been while
 3   you were an Alitalia consultant?
 4      A.  And could have been what?
 5      Q.  It could have been while you were an
 6   Alitalia consultant officially?
 7      A.  Maybe.  I don't remember.
 8      Q.  And it could have been after you stopped
 9   doing any work for Alitalia, correct?
10      A.  No, because I realized that I could not,
11   you know, pursue, at least at this time, because I
12   was having problem with my health.
13      Q.  I see.  Under Section H here in box 28, we
14   see a nonpassive loss of $41,263.  It's on the same
15   page, on the same page we were just at.
16      A.  Okay.
17      Q.  Do you see that it shows under --
18      A.  Which line?
19      Q.  H.  It shows a nonpassive loss from
20   Schedule K1 of $41,263.
21      A.  Okay.
22      Q.  How did you lose $41,263 from the Travel
23   Strategy Consultants business if it never got going
24   at all?
25         MR. KOCIAN:  Objection to form.
```

```
                    Gallo              243
 2      A.  I know that I lost a lot of money, I don't
 3   remember if it's 41 or more.
 4         THE REPORTER:  I'm having trouble hearing
 5   you.
 6      A.  I'm sorry, that I lost a lot of money for
 7   Wall Street.  I don't remember if this is the one.
 8      Q.  You know you lost a lot of money on Wall
 9   Street?
10      A.  Yeah.
11      Q.  Was that in connection with running Travel
12   Strategy Consultants?
13      A.  I don't know, I told you --
14      Q.  You did testify earlier --
15         MR. KOCIAN:  Counsel, just let him finish.
16      Q.  I'm sorry.  Did you have more to say?
17      A.  As I told you, these had been prepared by
18   my CPA, my CPA, my accountant, and I know very
19   little about it.
20      Q.  But you did testify that Travel Strategy
21   Consultants never became an active business, didn't
22   you?
23         MR. KOCIAN:  Objection.  I don't believe
24   that was his testimony.
25         MR. KORAL:  You don't believe?
```

15 (Pages 240 to 243)