Exhibit 28

Francesco Gallo                                              3/13/2008

Gallo        196

```
1              Gallo        196
2        A.  At a certain point I believe that the plan
3   changed and I find myself paying more for my
4   medication, more deductible, not always, but I have
5   a series of bills to be submitted for almost all-
6   year round because seems that Aetna either doesn't
7   like me anymore or whatever.  It is very hard.
8        Q.  Do you have any reason to believe that the
9   insurance coverage that you have now is different
10  from the insurance coverage that active employees
11  have?
12       A.  I don't know.  I do not know what the
13  active employees have.  What I do know, what was the
14  plan that I was enjoying.
15       Q.  Do you have any reason to believe that
16  active employees are enjoying different benefits
17  from the ones you have now?
18       A.  I have no idea.  I don't know.
19       Q.  You have never asked anybody who is still
20  an active employee?
21       A.  No.
22       Q.  You do have friends who are still active
23  employees, don't you?
24       A.  Yes, but I do prefer not to talk about
25  anything that has to do with benefits or work-
```

Gallo        197

```
1              Gallo        197
2   related matters.
3        Q.  Aren't you still receiving the First Rehab
4   insurance benefit?
5        A.  I hope so, when I was admitted, because
6   the last time there was about a year ago.
7        Q.  You haven't submitted anything to First
8   Rehab in a year?
9        A.  Yes, I did not.
10       Q.  Okay.  But you are still covered by First
11  Rehab, correct?
12       A.  I hope so.
13       Q.  Okay.  Are you still covered by dental
14  insurance?
15       A.  I think so.
16       Q.  Are you still covered for life insurance?
17       A.  I hope so, if something should happen to
18  me.
19       Q.  Did any life-insurance company ever tell
20  you that your insurance was no longer in force?
21       A.  No.
22       Q.  Were you ever offered an individual
23  conversion policy for life insurance?
24       A.  No.
25       Q.  All right.  So do you have any reason to
```

Gallo        198

```
1              Gallo        198
2   believe that you're not covered by the group life
3   insurance that Alitalia has for its employees?
4        A.  I try not to believe anything.
5        Q.  Do you have any reason to believe that you
6   are not covered by the same life insurance that
7   Alitalia employees are covered by?
8        A.  I do not know, sir.
9        Q.  I'll try it once more.  Do you have any
10  reason to believe that you aren't covered by the
11  same life insurance --
12       A.  No.
13       Q.  -- the other employees have?
14            MR. KOCIAN:  Objection.
15       A.  No, I have no reason to believe, no.
16       Q.  Okay, I understand, okay.  Do you know
17  whether you are covered by accidental death,
18  disability or dismemberment insurance?
19       A.  Yes.
20       Q.  You are, okay.  Do you know whether you
21  are still covered by short-term-disability
22  insurance?
23       A.  I think so.
24       Q.  And you are currently having a dispute
25  with the long-term-disability-insurance carrier,
```

Gallo        199

```
1              Gallo        199
2   UNUM, about whether they will pay benefits to you
3   for long-term disability, correct?
4        A.  Well, UNUM rejected the appeal, as far as
5   I know.
6        Q.  Do you know whether that is the end of the
7   dispute?
8        A.  No because I hope that they will think
9   about it.
10       Q.  Don't you have the ability to take a
11  further appeal?
12       A.  I may consider that.
13       Q.  You're considering that?
14       A.  I'm considering that, yes.
15       Q.  You're considering it, okay.
16            The reason that UNUM rejected coverage was
17  because you had become a consultant, correct?
18       A.  Yes, that's what they stated.
19       Q.  They didn't state that Alitalia had
20  stopped paying premiums?
21       A.  No, didn't mention that.
22       Q.  Okay.  Mr. Gallo, at the deposition of Mr.
23  Galli, which, as I recall, was conducted, I think,
24  by Mr. Akin, as your attorney --
25       A.  I think so.
```

One Penn Plaza, NYC            Toby Feldman, Inc.              tel (212) 244.3990
email@tobyfeldman.com   NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   tel (800) 246.4950