Exhibit 29

```
                  Gallo              22
 1
 2   going there for a day or two a week. It was not a
 3   transfer of my living there.
 4       Q.  I see. You would only stay there one or
 5   two days a week; is that correct?
 6       A.  That is correct.
 7       Q.  And the rest of the time you stayed --
 8       A.  In Manhattan, Manhattan.
 9       Q.  At the apartment on 59th Street?
10       A.  Right, or Pennsylvania.
11       Q.  Pennsylvania is your weekend house?
12       A.  Yes.
13       Q.  In the Poconos?
14       A.  Right.
15       Q.  Is there any other place that you have
16   stayed?
17       A.  Yes.
18       Q.  Where?
19       A.  Upstate New York.
20       Q.  What is Upstate New York?
21       A.  It's an old museum that I purchased.
22       Q.  An old museum?
23       A.  Right.
24       Q.  Where is this?
25       A.  It is near Monticello.
```

```
                  Gallo              23
 1
 2       Q.  Near Monticello in the Catskills?
 3       A.  Yes, Sullivan County.
 4       Q.  And is this old museum also a residence?
 5       A.  No, not yet, but it was in my dream to
 6   have it as a residence primarily for my children,
 7   but at this stage, I could not do it.
 8       Q.  Why can you not do it?
 9       A.  That much work. I could do, it's very
10   limited what I could do it. I hope that I will be
11   able to do more.
12       Q.  When did you purchase the former museum?
13       A.  '98, 1998, 1999.
14       Q.  What sort of museum was it?
15       A.  I'm referring as museum because it was a
16   natural-history museum. As a matter of fact, the
17   plaque is still there, but if you ask me what it is,
18   I would define it as a warehouse.
19       Q.  Is it an old farm that was turned into a
20   natural-history museum by somebody at some point?
21       A.  Almost, yes.
22       Q.  Okay. Approximately how many nights have
23   you spent there, let's say, during the year 2007?
24       A.  Year 2007, 10.
25       Q.  Ten, all right. And do you own that
```

```
                  Gallo              24
 1
 2   entirely by yourself?
 3       A.  You know, my wife and I.
 4       Q.  It is jointly owned by you and your wife?
 5       A.  Yes.
 6       Q.  Does she stay there?
 7       A.  Excuse me?
 8       Q.  Does she spend time there?
 9       A.  No.
10       Q.  All right, back to Dr. Stein.
11           MR. KORAL: I'm going to mark, as
12   Defendants' Exhibit 2, some notes we received
13   from Dr. Stein. The witness took them
14   yesterday. Have you contacted him?
15           MS. KURZON: Yes.
16           MR. KORAL: Oh, okay. It's not urgent.
17           (Defendant's Exhibit 2, notes of Dr.
18   Stein, marked for identification, as of this
19   date.)
20       Q.  Let me ask, are you currently engaged in a
21   dispute with UNUM Provident Insurance Company about
22   obtaining disability benefits?
23       A.  I'm searching for a specialized attorney
24   to do that for me.
25       Q.  All right. At this point you don't have
```

```
                  Gallo              25
 1
 2   an attorney representing you in that matter?
 3       A.  No. I was waiting for the final response.
 4   Should I read this?
 5       Q.  Sorry?
 6       A.  Should I read this?
 7       Q.  Yes, take a look at that, please. I'll
 8   ask you some questions in a moment.
 9       A.  What was the question?
10       Q.  I haven't asked one yet.
11       A.  Oh, I'm sorry.
12       Q.  The first question is, did you in fact
13   apply for benefits from the New York State Office of
14   Temporary and Disability Assistance?
15       A.  Yes.
16       Q.  Are you receiving those benefits now,
17   presently?
18       A.  Could you repeat the question?
19       Q.  Are you currently receiving those
20   benefits?
21       A.  From whom?
22       Q.  From the New York State Office of
23   Temporary and Disability Assistance.
24       A.  No.
25       Q.  Did you ever receive benefits from New
```

7 (Pages 22 to 25)

One Penn Plaza, NYC              Toby Feldman, Inc.                    tel (212) 244.3990
email@tobyfeldman.com    NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    tel (800) 246.4950

```
                    Gallo              26
 2   York State?
 3       A.  No, absolutely.  I never apply for either.
 4       Q.  I'm sorry, you must have misunderstood my
 5   question because you just said that you did apply.
 6       A.  No, I thought that I applied to UNUM.
 7       Q.  Yes, UNUM we will talk about.
 8       A.  And Social Security, which is a federal
 9   agency and not New York State.
10       Q.  Well, I'm looking at the top of this page,
11   which is from Dr. Stein's records.
12       A.  Never seen before.
13       Q.  And it says New York State Office of
14   Temporary and Disability Assistance.
15       A.  Never received a penny, unfortunately.
16       Q.  You did apply for federal Social Security
17   disability benefits?
18       A.  Pension, yes.
19       Q.  Benefits?
20       A.  Yes.
21       Q.  Yes, okay.  And did you receive those?
22   Were you granted those?
23       A.  Yes.
24       Q.  And you are currently receiving --
25       A.  My pension.
```

```
                    Gallo              27
 2       Q.  Well, let me finish my question.
 3       A.  Okay.
 4       Q.  You are currently receiving Social
 5   Security disability benefits?
 6       A.  Yes.
 7       Q.  And that's what you meant when you said,
 8   "my pension"?
 9       A.  Yeah.
10       Q.  Are you aware that Dr. Stein diagnosed you
11   with major depressive disorder, recurrent, severe,
12   with psychosis; are you aware that he made that
13   diagnosis?
14       A.  No.
15       Q.  He never discussed that with you?
16       A.  Dr. Stein spoke very little about it.
17       Q.  Specifically he never said --
18       A.  Focused more on medication.
19       Q.  He never spoke to you or told you that he
20   thought you had major depressive disorder, recurrent
21   and severe, with psychosis, okay.
22       A.  The only thing that he was interested in,
23   I was depressed.
24       Q.  At the time you saw Dr. Stein, you were
25   depressed?
```

```
                    Gallo              28
 2       A.  He was telling me that I was depressed,
 3   and I knew that I was.
 4       Q.  And he was giving you medications to deal
 5   with the depression?
 6       A.  Right.
 7       Q.  I'm not sure if I ever asked you what the
 8   Seroquel -- oh, I did, as part of a cocktail that is
 9   intended to deal with depression?
10       A.  Right.
11       Q.  He says on the first page of this document
12   that there is hopelessness.  Were you feeling
13   hopeless at the time you were seeing Dr. Stein?
14       A.  Sometime.
15       Q.  Do you feel that way now?
16       A.  Sometime.  In this moment, no.
17       Q.  All right.  Passive suicidal ideation; do
18   you experience passive suicidal ideation now?
19           MR. SMITH:  Just objection.  Do you know
20   what passive suicidal ideation means?
21           THE WITNESS:  I think so.
22           MR. SMITH:  Okay.
23           THE WITNESS:  If I want to kill myself or
24   not.
25           MR. SMITH:  No, there is an adjective
```

```
                    Gallo              29
 2   there, "passive."  I was wondering if you don't
 3   know what it means, then...
 4           THE WITNESS:  I do not know what
 5   passive -- I mean, literally passive I know
 6   what that means.  I know what suicidal is.
 7       Q.  You had suicidal ideation in the past?
 8       A.  Yes.
 9       Q.  Do you experience it these days?
10       A.  No.
11       Q.  No.  You have never done anything about
12   any suicidal ideation that you have had; you never
13   made a suicide attempt, for example?
14       A.  No.
15       Q.  Have you ever tried?
16       A.  Attempt no, but plan, yes, plan.
17       Q.  Planned?
18       A.  Uh-huh.
19       Q.  When did you plan a suicide?
20       A.  Two or three times.
21       Q.  Two or three times.  When was the most
22   recent?
23       A.  When it was communicated to me that I was
24   fired by Alitalia.
25       Q.  That was the most recent time that you
```

8 (Pages 26 to 29)

One Penn Plaza, NYC                Toby Feldman, Inc.                    tel (212) 244.3990
email@tobyfeldman.com     NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    tel (800) 246.4950