# Exhibit 30

Francesco Gallo                                                   3/13/2008

Gallo     212

1
2   marked Galli Exhibit 3.  This is an exchange of
3   emails between Giulio Libutti and Francesco Cesari,
4   which was ultimately forwarded to you by
5   Mr. Libutti, correct?
6       A.  Yes.
7       Q.  What is the subject matter of this
8   exchange between Mr. Libutti and Mr. Cesari?
9       A.  Terminating employees.
10      Q.  Terminating which employees?  Which
11  employees?
12      A.  The one reported in the same document.
13      Q.  Well, they're station managers, aren't
14  they?
15      A.  Not all of them.
16      Q.  Not all of them?
17      A.  No.
18      Q.  All right.  Who is Petrillo?  Who was
19  Petrillo, I should say?
20      A.  Was a VIP, VIP manager and duty manager.
21      Q.  At JFK, correct?
22      A.  At JFK, yes.
23      Q.  All right.  And who was Triaca?  If you
24  don't know, you can say that.
25      A.  I know it.  Triaca was the duty manager,

Gallo     213

1
2   station manager in Boston, who passed away.
3       Q.  Who passed away?
4       A.  Uh-huh.
5       Q.  And Mario Bruno, who was he?
6       A.  Station manager in Chicago.
7       Q.  When did Mr. Triaca pass away?
8       A.  I believe six or seven months after he was
9   terminated.
10      Q.  Barreca was in Chicago.  And Morrow?
11      A.  Barreca?
12      Q.  I'm sorry, isn't that what you just said?
13      A.  No.  You asked me about Mario Bruno.
14      Q.  Oh, I'm sorry.
15      A.  And I told you Chicago.
16      Q.  Mario Bruno was Chicago, sorry.  And
17  Barreca?
18      A.  Barreca was, I don't know if he still is,
19  station manager in Toronto, Canada.
20      Q.  And Morrow?
21      A.  Duty manager at Newark.
22      Q.  Do you remember the name of the station
23  manager in Miami?
24      A.  Yes, last name Micheli, and the first
25  name, Essa.

Gallo     214

1
2       Q.  Okay.  And how about Mambro?
3       A.  Manager at catering, Kennedy Airport.
4       Q.  Were all these people terminated, the ones
5   whose names you've just explained?
6       A.  As of today?  I don't know.
7       Q.  Were they all terminated around March of
8   2006 or sometime after that?
9       A.  I don't know because I wasn't there.  I
10  think left this situation and by that time, I was
11  terminated myself.
12      Q.  Was it proposed to terminate all of those
13  people?
14      A.  To find any way, right, to substitute
15  them.
16      Q.  To replace them?
17      A.  Right.
18      Q.  Do you know why all these people at the
19  stations were being replaced?
20      A.  Same program.
21      Q.  Same program that you --
22      A.  Many years, too old.
23      Q.  Oh, you think it was because they were too
24  old?
25      A.  Not think, I know.

Gallo     215

1
2       Q.  Who told you that?
3       A.  Everyone, Libutti, Galli, everyone at
4   Alitalia knew it.
5       Q.  Did Libutti tell you, we are replacing
6   station managers because they're too old?
7       A.  Luca Bruni --
8       Q.  Answer my question about Libutti.  Did
9   Libutti tell you that they are replacing station
10  managers because they're too old?
11      A.  Yeah, sure, yeah.
12      Q.  He said that?
13      A.  Yes.
14      Q.  When?
15      A.  Many, many instances, but were not just
16  the station managers, were, you know.
17      Q.  We're talking about station managers now.
18      A.  Station managers.
19      Q.  And Mr. Galli also told you that they were
20  replacing station managers because they were too
21  old?
22      A.  He didn't tell me, but he was aware of.
23      Q.  All right.  Whose decision was it to
24  replace these people at the stations, if you know?
25      A.  Mr. Cesari, with concurrence of the

One Penn Plaza, NYC                    Toby Feldman, Inc.              tel (212) 244.3990
email@tobyfeldman.com        NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS     tel (800) 246.4950

Page 216

```
 1              Gallo            216
 2   responsible sales manager of North America.
 3       Q.  What do you mean by the responsible sales
 4   manager of North America?
 5       A.  These are example, Cesari, Francesco and
 6   Libutti, Giullio.
 7       Q.  Giulio Libutti was the Senior Vice
 8   President for Sales in North America, correct?
 9       A.  Yes, sir.
10       Q.  How do you know that it was his decision
11   to terminate people at the stations?
12       A.  Because I knew it.  We discussed several
13   times because were not just, you know, the
14   operational managers or employees.
15       Q.  Do you know why Mr. Libutti forwarded this
16   exchange with Mr. Cesari to you?
17       A.  Yes.
18       Q.  Why?
19       A.  To find the solution to terminate them.
20       Q.  He needed you to find the solution to
21   terminate them?
22       MR. KOCIAN:  Objection.
23       Q.  Is that right?
24       A.  That's what he did all the time, yes.
25       Q.  That's what he did all the time?
```

Page 217

```
 1              Gallo            217
 2       A.  Yes.
 3       Q.  Did you find any solutions to terminate
 4   any of these people?
 5       A.  I was working on it.  And what I did
 6   propose was to find an agreement, a settlement, to
 7   have these people replaced if they didn't want
 8   lawsuit.
 9       Q.  You proposed to Mr. Libutti that each of
10   these individuals who were to be terminated should
11   be given some kind of package as a settlement?
12       A.  Right, yes.
13       Q.  Okay.  What did Mr. Libutti say to that
14   proposal?
15       A.  I don't remember.
16       Q.  Did you make that proposal in writing,
17   say, in an email?
18       A.  No, absolutely.
19       Q.  No, absolutely?
20       A.  No.
21       Q.  You just spoke with him?
22       A.  Yes.  These issues of this particular
23   nature, nothing in writing.
24       Q.  Well, Mr. Libutti forwarded this writing
25   you to, didn't he?  I mean, didn't he put things in
```

Page 218

```
 1              Gallo            218
 2   writing?
 3       A.  Libutti, no, he did not.  Only put in
 4   writing was Cesari.
 5       Q.  Well, Cesari was responding to an email
 6   from Libutti, wasn't he?
 7       A.  Right, but as you can see --
 8       Q.  What was Cesari's position at this time,
 9   if you know?
10       A.  I believe that he was responsible for the
11   foreign stations, overseas airports where Alitalia
12   worked.
13       Q.  He was based in Rome, correct?
14       A.  He was based up to a certain time in Rome,
15   Fiumicino, then I believe was transferred to Milano,
16   but at this time, I believe he was in Rome, right.
17       Q.  And he was responsible for all the
18   overseas airports, the operations in all overseas
19   airports?
20       A.  I believe so.
21       Q.  Okay.
22       A.  Or certain parts, if not all worldwide.
23       Q.  And the station is the same thing as
24   airport; is that correct?
25       A.  Yes.  Actually, it's an Alitalia presence
```

Page 219

```
 1              Gallo            219
 2   in an airport.
 3       Q.  And the people associated with the
 4   stations, they reported to Cesari?
 5       A.  Functionally, yes.
 6       Q.  And for human resources, they reported to
 7   New York?
 8       A.  To New York, right.
 9       Q.  Is that correct?
10       A.  That is correct.
11       Q.  And at the time that you left Alitalia in
12   May of 2006, had any of these people been
13   terminated?
14       A.  At that time I don't recall, but --
15       MR. KORAL:  I'm sorry, could you read that
16       answer back?
17       A.  I did not finish my answer.
18       Q.  Oh, okay.
19       A.  I was thinking.  The question was?
20       (Pending question was read.)
21       A.  I don't recall.  I don't think so.
22       Q.  Okay.  Did anybody ever tell you --
23       A.  Excuse me, excuse me.  I believe could be
24   Petrillo, which he accepted package, could be the
25   only one.
```

9 (Pages 216 to 219)

Francesco Gallo                                                    3/13/2008

```
                 Gallo          220
1
2     Q.  Oh, you think Petrillo was given the
3  package before you left?
4     A.  The settlement, whatever it was, Petrillo
5  and Morrow, if I recall well.
6     Q.  You're not sure?
7     A.  I'm not sure.
8     Q.  So some packages already had been prepared
9  by the time you left Alitalia in May?
10    A.  Yes.
11    Q.  Who prepared the packages?
12    A.  What do you mean by who prepared the
13 packages?
14    Q.  Who decided what to offer these people;
15 did you make any decisions about that?
16    A.  No.
17    Q.  Did Mr. Libutti?
18    A.  I think it was Mr. Cesari.
19    Q.  It came from Rome?
20    A.  And his boss, right.
21    Q.  Okay.  It came from Rome?
22    A.  Yes.
23    Q.  Did you discuss packages with Mr. Cesari?
24    A.  I might.
25    Q.  You don't recall?
```

```
                 Gallo          221
1
2     A.  I don't recall.
3     Q.  Did anybody ever tell you that the
4  terminations of people at the stations had to do
5  with a, quote, "cleanup," close quote, that had been
6  ordered from Rome of North American operations?
7     A.  Cleanup?
8     Q.  Yes.
9        THE WITNESS:  I'm sorry.
10       (Pending question was read.)
11    A.  See, the word "cleanup" to me it's --
12       MR. KOCIAN:  He's asking you a specific
13    question.  In fact, he put it in quotes.  Do
14    you recall hearing that?
15    A.  No, it was not, what I recall was not just
16 the airport, it was Alitalia North America.
17    Q.  So you did hear that Alitalia North
18 America was having terminations because of a, quote,
19 "cleanup," close quote, of North America?
20    A.  No, because of a plan, Alitalia wanted to
21 replace older people.
22    Q.  The question is, did you ever hear the
23 term, "cleanup of North America."
24    A.  The term, "cleanup," yes, I heard several
25 times.
```

```
                 Gallo          222
1
2     Q.  From whom?
3     A.  Mr. Libutti.
4     Q.  He told you that there was a cleanup?
5     A.  And other people.
6     Q.  Let's start with Mr. Libutti; what did he
7  tell you?
8     A.  Tell me, and said also to other people,
9  that North America needed a good cleanup, too many
10 gays, too many old people, too many no look.
11    Q.  That's what Libutti said?
12    A.  Yes.
13    Q.  Did he say that was on orders from Rome or
14 that was his own idea?
15    A.  I don't know.  I don't remember.
16    Q.  You said he said it to you several times?
17    A.  Yes.
18    Q.  You said other people said it, as well?
19    A.  To other people, as well.
20    Q.  Oh, he said it to other people; how do you
21 know that?
22    A.  Because he said to other people as about
23 me, as well.
24    Q.  That's not really an answer to the
25 question.
```

```
                 Gallo          223
1
2        How do you know that Mr. Libutti told
3  other people that North America needed a cleanup?
4     A.  Because someone else told me that he refer
5  to me to be cleaned up.
6     Q.  Who told you that?
7     A.  I don't remember.  I'm trying to remember
8  the name, but it's a lady that was working not too
9  far from Mr. Libutti's office.
10    Q.  A lady working not too far from
11 Mr. Libutti's office?
12    A.  I don't remember the name.
13    Q.  Was she a manager?
14    A.  I believe she was a specialist, not a
15 manager.
16    Q.  Was she sitting at a desk outside
17 Mr. Libutti's office?
18    A.  Yes.
19    Q.  But you can't recall her name?
20    A.  I'm trying.
21    Q.  Was she a secretary?
22    A.  No, no, no, was not a secretary.
23    Q.  But she didn't have a private office of
24 her own?
25    A.  Actually, if I recall well, he made a
```

10 (Pages 220 to 223)