# Exhibit 31

147

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

ESTER LORUSSO,

                Plaintiff,

    -against-

                1:07 CV 03583-LBS

ALITALIA-LINEE AEREE ITALIANE, SpA,

                Defendant.

-----------------------------------x

CONTINUED DEPOSITION OF FRANCESCO GALLO

Thursday, March 13, 2008

New York, New York

REPORTED BY:

Holly Hough

Francesco Gallo                                                3/13/2008

Page 162

```
                        GALLO                        162
 1
 2      A.   Yes.
 3      Q.   And Ms. Mariani refused this package?
 4      A.   Yes.
 5      Q.   Was Ms. Mariani subsequently terminated?
 6      A.   Yes.
 7      Q.   Do you recall when approximately?
 8      A.   No.
 9      Q.   Why was Ms. Mariani terminated?
10      A.   Because she would not accept the package.
11      Q.   Why was she offered the package?
12      A.   Hoping that she would accept it and leave
13   Alitalia.
14      Q.   Did management want Ms. Mariani to leave
15   Alitalia?
16      A.   Yes.
17      Q.   Why did management want Ms. Mariani to
18   leave Alitalia?
19      A.   It was part of the same project, people at
20   a certain age had to be replaced at due time by a
21   younger individual.
22      Q.   People of what age?
23      A.   In their 50s.
24      Q.   And how old was Ms. Mariani when she was
25   terminated?
```