# Exhibit 32

Francesco Gallo                                            12/19/2007

```
                    Gallo           162
 2  dinner?
 3    A.  No, we were in the office.
 4    Q.  Did they make a special visit to you to
 5  tell you this about Mariotti?
 6    A.  No special visit.  I was there with them
 7  because Mariotti had to be fired.
 8    Q.  Mariotti had to be fired in 2003 and 2004?
 9    A.  Yes.
10    Q.  Who said he had to be fired?
11    A.  Mr. Galli.
12    Q.  Did Mr. Galli say why?
13    A.  Didn't trust him.
14    Q.  Sorry?
15    A.  Did not trust him.
16    Q.  He didn't trust him, okay.  Did he say
17  anything else?
18    A.  He told me that he had a brother
19  homosexual and in Zurich, Germany, France, I don't
20  know where.
21    Q.  Who had a homosexual brother?
22    A.  Gabriele Mariotti.
23    Q.  Mariotti had a gay brother?
24    A.  And that was because he's an actor or
25  whatever.
```

```
                    Gallo           163
 2    Q.  Did Mr. Galli say that he didn't trust
 3  Mariotti because of Mariotti's brother?
 4    A.  No.
 5    Q.  Did he say why he didn't trust Mariotti?
 6    A.  No.
 7    Q.  Was Mariotti fired?
 8    A.  Was not, as far as I know, because I left
 9  Mariotti at Alitalia when I was fired, but I believe
10  that he resigned.
11    Q.  He resigned in 2006?
12    A.  Right.
13    Q.  Okay.  Why wasn't Mariotti fired in 2003
14  or '4 when Galli told you that he didn't trust him
15  and that he had to be fired?
16    A.  Mr. Mariotti was not the only one that was
17  in the list of people to be fired.
18    Q.  Let's talk about Mariotti.
19    A.  Okay.
20    Q.  I asked about Mariotti.
21    A.  Okay.
22    Q.  And some of the information you give is
23  very helpful, but answer the question first.
24    A.  Okay.  I did my best to make both of them
25  understand that Mariotti was a capable person and
```

```
                    Gallo           164
 2  very helpful, helpful to the organization.  And as a
 3  matter of fact, on more than one occasion, I asked
 4  the help of Mr. Marco D'Ilario, who did his best to
 5  retain Mr. Gabriele not to be fired.
 6    Q.  So the answer you have is that you spoke
 7  with Marco D'Ilario, who was able to prevent the
 8  firing of --
 9    A.  He was aware, as well, because in some
10  meetings every morning he was there.
11    Q.  He was aware --
12    A.  That they were after Mr. Mariotti.
13    Q.  Did you tell them that it would be illegal
14  to fire Mr. Mariotti because he is gay?
15    A.  Yes, many times.
16    Q.  Well, just talk about this one time.
17    A.  Okay.
18    Q.  What did they say in response to that?
19    A.  That they couldn't take it anymore for me
20  to be telling them all the time, this cannot be
21  done, that cannot be done, they were very, very
22  upset to my position that I used to take.
23    Q.  Did you tell Marco D'Ilario that it would
24  be illegal to fire Mariotti because he is gay?
25    A.  Yes, we spoke about many things.
```

```
                    Gallo           165
 2    Q.  And did Mr. Marco D'Ilario get upset?
 3    A.  No.  As I said, Mr. Marco D'Ilario
 4  intervened and helped the situation with Mr. Libutti
 5  not to be fired.
 6    Q.  Mr. Libutti?  I thought it was Mr. Galli.
 7    A.  Both of them.  Both of them.
 8    Q.  Mr. Libutti said he didn't trust
 9  Mr. Mariotti either?
10    A.  Yes, yes.
11    Q.  You're sure?
12    A.  Positive, yes.
13    Q.  And did Mr. Libutti say he wanted to fire
14  Mr. Mariotti because he is gay?
15    A.  Yes.
16    Q.  He said that too?
17    A.  Yes, not only, but there has been a time
18  an anonymous letter was received -- well, forget it.
19  You ask me the question.
20    Q.  I'm asking a question about what Libutti
21  and Galli said in your meeting; Libutti said he
22  wanted to fire Mariotti because he's gay?
23    A.  Not just Mariotti, everyone.
24    Q.  He wanted to fire all the gay people?
25    A.  Right, or lesbian.
```

42 (Pages 162 to 165)

One Penn Plaza, NYC                Toby Feldman, Inc.                tel (212) 244.3990
email@tobyfeldman.com    NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    tel (800) 246.4950

Francesco Gallo                                      12/19/2007

```
                                      Gallo      166
 2   Q.  Did he give you a list?
 3   A.  He had a list.
 4   Q.  How do you know?
 5   A.  He was right in front of me, on a yellow
 6   pad.
 7   Q.  It was a list of gay people and lesbians?
 8   A.  Yeah, people that had to be let go.
 9   Q.  Because they were gay and lesbian?
10   A.  Because they were gay, lesbian, old,
11   physical defect, you name it.
12   Q.  Well, you name it. Is that what he told
13   you, I have a list here of people who are gay, old,
14   have physical defects, you name it, and they're on
15   my list; is that what he said?
16   A.  That's what he wanted it. That's what he
17   told me was his plan.
18   Q.  What did he say? Did he say we're going
19   to fire all the gay, old and physical-defect people?
20   A.  Yes, talking about some people.
21   Q.  Some people or all?
22   A.  Some people with physical defect.
23   Q.  What people with physical defects did
24   Mr. Libutti want to fire at this conversation in
25   2003 or 2004?
```

```
                                      Gallo      167
 2   A.  One was Angela Ross.
 3   Q.  Mr. Libutti wanted to fire Angela Ross?
 4   A.  Oh, yes.
 5   Q.  All right. Did you get Mr. D'Ilario to
 6   protect Angela Ross, as well?
 7   A.  No.
 8   Q.  Was she fired?
 9   A.  As long -- I don't think so, as long as I
10   was there, she was not fired.
11   Q.  What was her physical defect?
12   A.  Well, he was criticizing because she was
13   wearing all the time pants. And he was saying, God
14   knows what kind of hair she must have on her legs.
15   Well, she's sick and she was sick and she is sick, I
16   don't know.
17   Q.  Was she sick then?
18   A.  She had cancer.
19   Q.  Do you know that?
20   A.  I was at the hospital with her. What do
21   you mean, do I know that?
22   Q.  I'm asking then. Was she sick then?
23   A.  Yes.
24   Q.  All right. And did he say I'll fire her
25   because she has cancer or because she has hairy legs
```

```
                                      Gallo      168
 2   or she may have hairy legs; what did he say?
 3   A.  Didn't like.
 4   Q.  He said he didn't like her?
 5   A.  Right.
 6   Q.  Why wasn't she fired, if you know?
 7   A.  Because I raised hell.
 8   Q.  You raised hell on behalf of Angela?
 9   A.  Sure, not the only one.
10   Q.  You raised hell on behalf of everybody on
11   the list?
12   A.  Almost, almost, some, yeah.
13   Q.  Was anybody fired from that list that you
14   know of?
15   A.  There were seven, at least.
16   Q.  On that list, the list that Libutti
17   supposedly showed you at this meeting in 2003 or
18   2004 where you learned for the first time that
19   Libutti thought and Galli thought that Mariotti was
20   gay, that meeting.
21   A.  Counsel, he was writing names, then he
22   make a ball, discuss and throw out. So there are
23   many, many things, depends on his mind, on a daily
24   mind, what was go through.
25   Q.  Who got fired because they were gay, to
```

```
                                      Gallo      169
 2   your knowledge?
 3   A.  I don't remember.
 4       MR. SMITH: Just gay or perceived gay?
 5   A.  Gay, perceived gay, whatever.
 6   Q.  I'll get to perceived gay. All right. Do
 7   you know of anybody who was fired because he was
 8   perceived to be gay?
 9   A.  Some people in Reservation Office.
10   Q.  Do you know the names of any of them?
11   A.  I don't remember.
12   Q.  Did you approve those firings?
13   A.  Maybe some of them, yes, maybe some of
14   them, yeah.
15   Q.  Do you remember the names of anybody you
16   approved to be fired because that person was gay or
17   perceived to be gay?
18   A.  Yeah, I'm sure of one, but I don't
19   remember the name, it is more than --
20   Q.  Do you remember anybody who was fired
21   because she was lesbian or perceived to be lesbian?
22   A.  I think so.
23   Q.  Can you give me any names?
24   A.  Probably some participated because the
25   aim, the strategy, at least my strategy, was to try
```

43 (Pages 166 to 169)

```
                    Gallo              170
 to solve these problems with early retirement or
 special packages.
         When I left Alitalia, I had at least two
 persons that I had to find a solution to fire
 because the lesbian, and old, I don't know if then
 she was fired or not, I don't know.
    Q.   What's the name of the employee you're
 thinking of?
    A.   That's what I am wondering.
    Q.   You said you had a list, you said you had
 a list at the time you left Alitalia, a list of
 people that you had to find solutions for.
    A.   No, no, no, it was a list of people, you
 know, that he gave me a series of names.
    Q.   Libutti gave you a list of names; is that
 what you're saying?
    A.   Libutti gave me a list of names that had
 to be terminated.
    Q.   When was that?
    A.   It was more than one occasion.
    Q.   We will go to every one of those
 occasions. You told me so far that Libutti kept
 writing names down on a list and then rolling them
 up in a ball and throwing them away.
```

```
                    Gallo              171
    Did he ever give you a list in that
 meeting in 2003 or 2004?
    A.   No, but I wrote the list in my mind.
    Q.   Did he ever give you a list at some
 subsequent time?
    A.   Oh, yes, many times.
    Q.   Yes, many times?
    A.   Yes.
    Q.   Where are those lists?
    A.   Destroyed or passed over to, asked Angela
 or Linda in Personnel Department to create a list,
 but in order that they could not understand what
 actually wanted to read, utilizing an excuse how to
 prepare such a list.
    Q.   Do you have any of those lists today?
    A.   No, I don't have, as of today, I think
 that I gave to you everything that I had.
    Q.   Yes, we will get to that. I'm just asking
 if you have any of those lists.
    A.   As of today, no.
    Q.   All right. Were any of those lists in the
 boxes that you packed when you left Alitalia?
    A.   No, because those lists are being kept in
 Personnel, personally given by me to Angela Ross,
```

```
                    Gallo              172
 but again, this list, these lists, are prepared, and
 even Angela knows are done for.
    Q.   When did you give Angela Ross lists?
    A.   Many times.
    Q.   Okay, many times. When is the last time
 you gave her a list of people to be fired?
    A.   It was in conjunction to the last
 early-retirement plan that I proposed.
    Q.   This was a list of people who were
 eligible for early retirement?
    A.   Some of them. As a matter of fact, in
 order to have some people to reenter in the package,
 we moved the age of the employees from 55 to 50, 53,
 I don't remember.
    Q.   Tell me when again, what was this list you
 gave to Angela, you said it was in conjunction with
 the last early-retirement plan?
    A.   Yes.
    Q.   Wasn't that in 2005?
    A.   Yeah, but it took, whenever, 2005, we had
 three early retirement.
    Q.   We will talk about the early-retirement
 plans later. I'm talking about lists right now.
         What did this list that you gave to Angela
```

```
                    Gallo              173
 Ross consist of; what names were on the list?
    A.   Actually, I requested Angela to prepare a
 list and see if the people that Mr. Libutti and
 Alitalia don't want anymore could be in the list of
 those people. After analyzed, I give back the list
 to Angela.
    Q.   This was a list of people who would be
 eligible for early retirement, correct?
    A.   Yeah, but I did not know demographic. I
 did not know if passing a preretirement package,
 those people that desired to fire would have been
 eligible or not, so I was forced to ask.
    Q.   Did you make any notations on the list
 Angela gave you?
    A.   On some of them, maybe.
    Q.   Maybe, you just don't remember?
    A.   Maybe that I don't remember, right, but
 some probably.
    Q.   I don't remember is all you have to say.
    A.   Right.
    Q.   You don't remember whether you made
 notations on the list. Did you discuss the list
 with Angela in any way?
    A.   Some of them.
```

44 (Pages 170 to 173)

One Penn Plaza, NYC          Toby Feldman, Inc.              tel (212) 244.3990
email@tobyfeldman.com    NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    tel (800) 246.4950

Francesco Gallo                                                    12/19/2007

```
                    Gallo          174
 1
 2    Q.  Some of them you discussed with Angela?
 3    A.  Some of them, right.
 4    Q.  Did you tell Angela that there were people
 5  on that list who Libutti wanted to fire?
 6    A.  No, I would never say that to Angela.
 7    Q.  Did you say that to anybody?
 8    A.  Absolutely not.
 9    Q.  All right. How did you know which people
10  Libutti wanted to fire?
11    A.  How did I know it? Because he asked me.
12    Q.  Did he give you a list?
13    A.  No.
14    Q.  What people did he ask you to fire?
15    A.  Many.
16    Q.  Do you know the names of any?
17    A.  LoRusso, Mariotti, Angela Ross, Linda
18  Monsariti, I don't remember her last name.
19    Q.  Was Ms. LoRusso eligible for early
20  retirement?
21    A.  She was not.
22    Q.  Was Angela Ross eligible for early
23  retirement?
24    A.  Yes.
25    Q.  Did she take it?
```

```
                    Gallo          175
 1
 2    A.  No, she did not.
 3    Q.  Was she fired anyway?
 4    A.  I prepared a document for her.
 5    Q.  You prepared a document to fire her?
 6    A.  No.
 7    Q.  My question was, was she fired anyway.
 8    A.  I don't know what happened as of today,
 9  but as long as I've been in Alitalia, she was not
10  fired.
11    Q.  Do you know of anybody who was fired who
12  Mr. Libutti asked you to fire?
13    A.  I can't recall. Mariani.
14    Q.  Libutti asked you to fire Mariani?
15    A.  Yeah.
16    Q.  Did he tell you why he was asking you to
17  fire Mariani?
18    A.  Because she's a miniata.
19    Q.  And what does miniata mean in English?
20    A.  Whore.
21    Q.  Okay. Was she a lesbian whore?
22    A.  I don't know. I don't think so.
23    Q.  Okay. Was she an elderly whore?
24    A.  Excuse me?
25    Q.  Was she elderly?
```

```
                    Gallo          176
 1
 2    A.  What elderly? I don't know to be elderly.
 3  What do you mean? What is old? What is the age?
 4    Q.  I don't know what you mean. You're the
 5  one who used the word "older" all over your
 6  complaint. You said he said I want to fire older
 7  people and that was --
 8    A.  After 50, you know, already, maybe even 45
 9  at Alitalia.
10    Q.  Seriously? Was she over 50?
11    A.  I believe so, yes.
12    Q.  Was he seriously calling her a whore?
13       MR. SMITH: All right.
14    Q.  I'm not saying it's impossible to be whore
15  over 50. I want to know, was that a serious
16  accusation against her?
17       MR. SMITH: Wait, wait. Objection.
18       MR. KORAL: Why? Okay, well, he can
19  answer. It's certainly not privileged.
20       MR. SMITH: Are you asking him to
21  speculate as to why?
22       MR. KORAL: He may know whether it was
23  serious or whether Mr. Libutti was joking. And
24  I don't want to explain my questions too much
25  because it would be tipping off the witness too
```

```
                    Gallo          177
 1
 2  much.
 3       MR. SMITH: You can ask him if you ask him
 4  the question differently, and I won't say how.
 5       MR. KORAL: You can make an objection and
 6  if it's a bad question, the judge will
 7  ultimately not allow the answer. That's what
 8  objections are for.
 9    Q.  But I will rephrase it and say, do you
10  think Mr. Libutti was serious when he called Anna a
11  whore?
12    A.  I think so, yes.
13    Q.  All right. Who else got fired besides
14  Anna Mariani?
15    A.  There were other people. I don't remember
16  the name, but I can report to you the job position
17  if that helps, the job that they were doing.
18    Q.  All right, tell me what job.
19    A.  Was the secretary of Mr. Marchese.
20    Q.  Marchese's secretary?
21    A.  Right.
22    Q.  She got fired?
23    A.  Yes.
24    Q.  She got fired because she was a lesbian?
25    A.  I didn't say that.
```

One Penn Plaza, NYC                Toby Feldman, Inc.                tel (212) 244.3990
email@tobyfeldman.com    NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    tel (800) 246.4950

Francesco Gallo                                              12/19/2007

```
                    Gallo              178
 1
 2   Q.  I'm asking.
 3   A.  No.
 4   Q.  Did she get fired because she had a
 5   physical disability?
 6   A.  I believe that she was fired because --
 7   Q.  Answer my question.
 8   A.  Yeah.
 9   Q.  Did she get fired because she had a
10   physical disability?
11   A.  I don't know.
12   Q.  All right. And then you started to say
13   you believe she was fired for what reason?
14   A.  If I recall, primarily because she refused
15   to do personal request, personal work for Libutti,
16   Marchese or whoever else was there.
17   Q.  Okay. All right. At this rate, we're
18   going to be at it for a month, but your initial Rule
19   26 disclosures state that Mr. DiDomenico has
20   information about the unlawful discriminatory and
21   retaliatory motivating factors of Defendants.
22        What information does Mr. DiDomenico have
23   about the defendants' motivations that were
24   discriminatory or retaliatory?
25   A.  That Alitalia was firing me as a
```

```
                    Gallo              179
 1
 2   retaliation of the allegation that I tried to stop
 3   such practices.
 4   Q.  What does Mr. DiDomenico know about it?
 5   A.  There were many telephone conversations
 6   that he had with Mr. Giulio Libutti. They were very
 7   good friends.
 8   Q.  Did Mr. DiDomenico ever tell you that
 9   Mr. Giulio Libutti's motive for firing you, assuming
10   Mr. Libutti had anything to do with it --
11   A.  He didn't tell me.
12   Q.  Let me finish. He didn't tell you that?
13   A.  Directly, no.
14       MR. SMITH: Counsel, please ask your
15   question, that's fine, but after this I
16   recommend we take a five-minute break to
17   refresh.
18       MR. KORAL: Fine. The room is a little
19   warm.
20   Q.  So Mr. DiDomenico never told you that
21   Mr. Libutti said anything about firing you in
22   retaliation or for discrimination?
23   A.  To me personally?
24   Q.  Mr. DiDomenico.
25   A.  He did not have the courage to, but he
```

```
                    Gallo              180
 1
 2   made sure that I knew it.
 3   Q.  Mr. DiDomenico made sure that you knew it?
 4   A.  Yes.
 5   Q.  Okay. How did he do it?
 6   A.  Talking to Mr. Fanti, talking to
 7   Mr. Mazzucco, talking to Gabriele Mariotti, talking
 8   to people that --
 9   Q.  So nothing really more than you have
10   already told me?
11   A.  Yeah.
12   Q.  Okay.
13       MR. SMITH: Okay, let's take a break.
14       MR. KORAL: Okay. I thought maybe we
15   could finish with Mr. DiDomenico. It's just
16   one more question, because I think it's going
17   to be a short answer.
18       MR. SMITH: Franco, are you okay?
19       THE WITNESS: One more question, yeah,
20   sure.
21   Q.  It also says, "as well as Plaintiff's
22   defamation claim."
23       What does Mr. DiDomenico know about your
24   defamation claim, anything that you haven't told me
25   already?
```

```
                    Gallo              181
 1
 2   A.  That Mr. Libutti was making defamation
 3   comments about me all over.
 4   Q.  What comments was he making that were
 5   defamatory? And if it's a long answer, we can
 6   break.
 7   A.  No. That I was gay, and that I was not to
 8   work for Alitalia here, so Libutti, Galli, had to
 9   pursue the elimination of Gallo from North America.
10   Q.  That's the defamatory statements that
11   you're talking about?
12   A.  Yeah.
13       MR. KORAL: Let's take our break.
14       THE VIDEOGRAPHER: The time is 3:37 p.m.
15   We're going off the record.
16       (A brief recess was taken.)
17       THE VIDEOGRAPHER: The time is 3:50 p.m.
18   We're back on the record.
19       MR. KORAL: All right. I believe that
20   Derek Smith has a statement he needs to make.
21       MR. SMITH: Yes. I'm just going to say
22   that with deference to my client's health
23   condition and the fact that we have been on the
24   record starting a little after 10:00 today, I
25   don't know exactly how many hours of testimony,
```

46 (Pages 178 to 181)

One Penn Plaza, NYC                 Toby Feldman, Inc.                    tel (212) 244.3990
email@tobyfeldman.com     NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS     tel (800) 246.4950