Exhibit 33

```
 2
 3              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 4    _____
 5    FRANCESCO GALLO,
 6              Plaintiff,
 7    -against-                              Case No.
                                             07CV06418(CM)(HP)
 8    ALITALIA-LINEE AEREE ITALIANE-
      SOCIETA PER AZIONI, PIERANDREA GALLI,
 9    and GIULIO LIBUTTI,
10              Defendants.
                                        )
      _____
11
12            DEPOSITION OF ANGELA M. ROSS
                  New York, New York
13              Wednesday, March 12, 2008
14
15
16
17
18
19
20
21
22   Reported by: CAPRICE LATHE
     Job No.:   10350
23
24
25
```

```
 1                    A. ROSS
 2            MR. KORAL:  Objection.
 3       A    Like what?
 4       Q    Do you believe that she was discriminated
 5  against?
 6       A    No.
 7       Q    Let's talk about the early retirement
 8  plan.
 9       A    Okay.
10       Q    People were offered the plan of Alitalia
11  originally if they were 50 or over; is that right?
12       A    55, with 15 years of service.  55 and over
13  with 15 years of service, that's the first ERP.  The
14  second ERP was the same.  The third ERP, which was
15  offered a year later, was age 50 with 15 years of
16  service.
17       Q    So it started with 55.  There was a second
18  one for 55.  And then?
19       A    Third one for 50.
20       Q    Are you aware of any employees that did
21  not accept the plan?
22       A    Yes.
23       Q    Can you name them for me, please?
24            MR. KORAL:  Objection.
25       A    I don't know if I remember them all,
```

```
 1                    A. ROSS
 2   but...
 3       Q    Who do you remember?
 4       A    People who didn't accept the plan?  Let's
 5   say it was Marylin Abbott, Anna Martori.
 6       Q    Abbot and who was the second one?
 7       A    Martori, M-A-R-T-O-R-I.
 8            And then it was Brown.  Then it was
 9   Bellantuono.  Then it was Cascione.  Then it was
10   Bove.
11       Q    Bove?
12       A    Yes.
13            Then it was Michieli-Phillips.  It
14   was Subrizi.  In cargo there was Ferrante.  San
15   Giamo.  Bentivegna.  Derienzo.  There was someone
16   else.  Berouzi.  Anna Mariani.  I don't remember
17   others.  These are the people who did not accept.
18       Q    Mariani, what's the first name?
19       A    Anna Mariani.
20       Q    Was she fired?
21       A    Yes.
22            MR. KORAL:  Objection.
23       A    Subsequently.  I don't know how many
24   months after the -- probably the second ERP.  Her
25   position was eliminated.
```

```
 1                      A. ROSS
 2      Q    So after the second ERP, she did not
 3 accept the second ERP?
 4      A    No.
 5      Q    And then her position was eliminated?
 6      A    Yes.  I don't know how many months after
 7 that.  I don't recall.
 8      Q    But it was months after?
 9      A    Certain of the years.  Because then in
10 2005 we offered a third one, she was no longer
11 there.
12      Q    Do you know if it was less than six
13 months?
14      A    I don't recall.
15      Q    How much time passed between the second
16 one and the third one?
17      A    The second one was offered in August of
18 2004 and the third one was offered in September of
19 2005, so a year.
20      Q    And Martori.
21      A    Martori initially accepted it, then she
22 withdrew it.  She changed her mind.
23      Q    Was this the first one, second one or
24 third one?
25      A    Second.  And then she was let go because
```