# Exhibit 35

```
 1                         A. ROSS
 2    you aware of any other employees that sued Alitalia?
 3         A    Offhand, I don't recall.  I'm sorry.
 4    Offhand, I don't know the names.
 5         Q    What was Mr. Futterman's first name?
 6         A    Kenneth.
 7         Q    So what is your current position at
 8    Alitalia, please?
 9         A    My position is manager of compensation and
10    benefits.
11         Q    And how long have you held that position?
12         A    With a different title, but doing the same
13    thing?  Since 1999.
14         Q    How long have you been working for
15    Alitalia?
16         A    Since 1974.  August 12.
17         Q    When you first started, what was your
18    position?
19         A    I was the secretary to the personnel
20    manager.
21         Q    Who was the personnel manager back then?
22         A    Fred Ricadone.
23         Q    Did you ultimately take on that position?
24         A    No.
25         Q    Briefly describe for me your employment
```