# Exhibit 36

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ESTER LORUSSO,

                            PLAINTIFF,

    -against-        Case No:
                      1:07 cv 03583-LBS

ORIGINAL

ALITALIA LINEE AEREE ITALIANE S.p.A.,

                           DEFENDANT.
------------------------------------------------X

           DATE: January 8, 2008
           TIME: 2:12 p.m.


    EXAMINATION BEFORE TRIAL of the
Defendant, ALITALIA LINEE AEREE ITALIANE S.p.A,
by a Witness, ANGELA ROSS, taken by the
Plaintiff, pursuant to Notice, and to the
Federal Rules of Civil Procedure, held at the
offices of The Ottinger Firm, P.C., 19 Fulton
Street, New York, New York 10019, before Nina
Velovic, a Notary Public of the State of New
York.

Page 14

1  ROSS
2  A. Early retirement plan or
3  resignation, information that we would get from
4  the manager of the person saying that the
5  position was either eliminated or the person
6  did not pass probationary period.
7  Q. So you're confident today that
8  Schedule A contains the name of every person,
9  every employee --
10 A. In New York.
11 Q. In New York --
12 A. Between 2004 and 2007 that
13 terminated for all these reasons.
14 Q. You mentioned ERP, early retirement
15 plan.
16 A. Yes.
17 Q. Did Alitalia in New York have any
18 early retirement plans during the time period?
19 A. Yes.
20 Q. Tell me about them.
21 MR. KORAL: Objection. Go ahead.
22 A. The first was in 2004.
23 Q. That was the first one?
24 A. Yes.
25 Q. Tell me about that one in 2004.