# Exhibit 37

ATD NO CAPS & 8MOS MED

Alitalia Confidential

| DIVISION | LOC | Date months | Age | Ext. date | Date separation | Yrs Svce | PREFIX | FNAME | LNAME | TITLE |
|---|---|---|---|---|---|---|---|---|---|---|
| PAX | NC | 11/25/1933 | 71 | 12/31/2004 | 4/21/1960 | 44 | Ms. | Caterina | Carrazza | Supervisor Group Desk |
| PAX | CV | 8/9/1938 | 66 | 12/31/2004 | 6/29/1962 | 42 | Ms. | Pasqua | Perrone | Inhouse Supervisor |
| PAX | RD | 8/18/1940 | 64 | 12/31/2004 | 5/7/1973 | 31 | Ms. | Rosanna | Sobrino | Supervisor Telephone Sales |
| PAX | RD | 9/22/1941 | 63 | 12/31/2004 | 1/11/1971 | 33 | Ms. | Marilyn | Jubbott | Supervisor Telephone Sales |
| PAX | CRMC | 8/12/1941 | 63 | 12/31/2004 | 2/9/1959 | 45 | Mr. | Wil | Lowell | CRMC NYC Supervisor |
| PAX | TS | 11/18/1943 | 61 | 12/31/2004 | 2/14/1967 | 37 | Mr. | Annamarie | Gloverelli | Manager Ticket Office |
| PAX | RD | 1/20/1943 | 61 | 12/31/2004 | 2/9/1970 | 34 | Mr. | Sydney | Lawrence | Supervisor Telephone Sales |
| PAX | SR | 5/1/1944 | 60 | 12/31/2004 | 1/28/1982 | 22 | Mr. | Marianne | Locatelello | Supervisor Customer Relations |
| PAX | CRMC | 7/22/1945 | 59 | 12/31/2004 | 2/14/1967 | 37 | Mr. | Louis | Bernstad | Sales Consultant |
| PAX | CRMC | 1/15/1945 | 59 | 12/31/2004 | 6/24/1969 | 35 | Ms. | Luciana | White | CRMC NYC Supervisor |
| PAX | RC | 3/30/1946 | 58 | 12/31/2004 | 3/4/1985 | 19 | Ms. | Dolores | King | Group Desk Rep |
| PAX | SU | 5/18/1946 | 58 | 12/31/2004 | 5/1/1974 | 30 | Ms. | Mina | Menzel | Mgr. Telesale Business Devel. |
| PAX | RC | 11/1/1946 | 58 | 12/31/2004 | 6/29/1966 | 38 | Ms. | Salvatore | Visone | Group Desk Rep |
| PAX | SR | 12/3/1946 | 58 | 12/31/2004 | 8/25/1969 | 35 | Ms. | Teresa | Paul | Manager Customer Relations |
| PAX | ZF | 12/13/1947 | 57 | 12/31/2004 | 8/12/1974 | 30 | Ms. | Angela | Ross | Manager, Compensation & Benefits |
| PAX | CRMC | 2/2/1947 | 57 | 12/31/2004 | 1/20/1978 | 26 | Ms. | Connie | DeVito-Pasare | Sales Consultant |
| PAX | MIA | 12/7/1948 | 56 | 12/31/2004 | 1/20/1974 | 30 | Ms. | Anna | Manon | Sales Consultant |
| PAX | CV | 3/19/1948 | 56 | 12/31/2004 | 9/7/1974 | 30 | Ms. | | Pilanda | Inhouse Agent |
| PAX | OM | 1/23/1949 | 55 | 12/31/2004 | 9/9/1968 | 36 | Ms. | Connie | | Analyst |

GRP #1 4004

Redacted

YB NO CAPS & 6MOS MED

Alitalia Confidential

| Division | LOC | Date retd/b | Age | Ret. Date | Date separation | Yrs Srv. | PREFIX | FNAME | LNAME | TITLE | Yearly Salary | Severance/Ret. (inc cola) | Medical 6 months | Total Sever. + Medical | Prylunch Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAX | YB | NYC | 12/24/1930 | 71 | 12/31/2001 | 1/27/1964 | 40 | Ms. | Antonietta | Melli-Grisando | Supervisor Credit & Collections | | | | | |
| PAX | YB | NYC | 7/8/1933 | 70 | 12/31/2001 | 3/6/1961 | 43 | Ms. | Orietta | Rubeis | Receptionist | | | | | |
| PAX | YB | NYC | 1/12/1936 | 68 | 12/31/2001 | 12/23/1957 | 47 | Ms. | Marina | Calucci | Marketing Controller | | | | | |
| PAX | YB | NYC | 9/11/1941 | 63 | 12/31/2001 | 6/15/1964 | 40 | Ms. | Amandeus | Palmeri | Internal Services Rep | | | | | |
| PAX | YB | NYC | 11/16/1943 | 61 | 12/31/2001 | 8/20/1964 | 20 | Ms. | Imperatrice | Chiuro | Accounts Control Rep | | | | | |
| PAX | YB | NYC | 2/22/1944 | 60 | 12/31/2001 | 3/27/1967 | 37 | Ms. | Isabella | Bonelino | Manager Internal Services | | | | | |
| PAX | YB | NYC | 3/6/1944 | 60 | 12/31/2001 | 4/19/1971 | 33 | Mr. | Virgilio | Perani | Manager General & Traffic Accounting | | | | | |
| PAX | YB | NYC | 12/10/1945 | 59 | 12/31/2001 | 9/9/1973 | 31 | Ms. | Bruna | Graziano | Supervisor Budget & Control | | | | | |
| PAX | YB | NYC | 5/1/1946 | 58 | 12/31/2001 | 5/22/1973 | 28 | Ms. | Rosa | Bellamuono | Financial Analyst | | | | | |
| PAX | YB | NYC | 6/5/1946 | 58 | 12/31/2001 | 4/12/1967 | 37 | Ms. | Giuseppe | Desclone | Supervisor Accounts Control Rep | | | | | |
| PAX | YB | OH | 2/25/1948 | 56 | 12/31/2001 | 1/3/1995 | 24 | Mr. | Nicholas | Kerofelee | Supervisor Field Offices & Stations | | | | | |

Redacted

ERP #2 2004

CGO NO CAPS 6 MOS MED

| DIVISION | | LOC | Date assunzione | Age | Eff. Date | Data assunzione | Yrs Svce. | PREFIX | FNAME | LNAME | TITLE | Yearly Salary | Severance Amt. No Caps | Medical 6 Mos. | Total Sever. + Medical | Payback Test |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CGO | KF | LGA | 4/8/1939 | 65 | 12/31/2004 | 5/20/1968 | 36 | Mr. | Antonio | Valentino | Superv. Station Operat. | | | | | |
| CGO | YW | JFK | 5/28/1940 | 64 | 12/31/2004 | 6/25/1962 | 42 | Ms. | Clara | Turchi | Secretary | | | | | |
| CGO | YW | NYC | 3/16/1941 | 63 | 12/31/2004 | 3/1/1961 | 43 | Mr. | Gino | Degri | Customer Relat. Superv. | | | | | |
| CGO | SR | JFK | 3/16/1941 | 63 | 12/31/2004 | 3/31/1969 | 35 | Mr. | Francesco | De Vito | Superv. Station Operat. | | | | | |
| CGO | KF | LAX | 10/4/1941 | 63 | 12/31/2004 | 1/24/1960 | 44 | Mr. | John | Ravera | Superv. Station Operat. | | | | | |
| CGO | KF | MIA | 11/2/1941 | 63 | 12/31/2004 | 10/4/1965 | 39 | Ms. | Adriana | Codigha | Mktg. Coord. | | | | | |
| CGO | YW | NYC | 4/19/1943 | 61 | 12/31/2004 | 4/1/1974 | 30 | Ms. | Elizabeth | Kranjac | Superv. Cgo Acctg. | | | | | |
| CGO | YW | NYC | 2/4/1943 | 61 | 12/31/2004 | 4/1/1966 | 38 | Mr. | Joseph | Sposito | Sales Rep. (SUPERV.) | | | | | |
| CGO | UF | SFO | 10/18/1943 | 61 | 12/31/2004 | 3/21/1967 | 37 | Mr. | Peter | Guidotti | Cgo Operations Mgr. | | | | | |
| CGO | KF | JFK | 5/31/1944 | 60 | 12/31/2004 | 2/3/1975 | 29 | Mr. | Brian | Trombley | Sales Rep. | | | | | |
| CGO | UF | CHI | 5/21/1944 | 60 | 12/31/2004 | 4/20/1981 | 23 | Mr. | Siamak | Behrouzi | Superv. Station Operat. | | | | | |
| CGO | UF | ORD | 10/5/1945 | 59 | 12/31/2004 | 1/17/1979 | 25 | Mr. | Ernest | Laskey | Sales Supervisor | | | | | |
| CGO | KF | BOS | 5/15/1945 | 59 | 12/31/2004 | 7/2/1973 | 31 | Ms. | Vicky | Pads | Admin. Coord. | | | | | |
| CGO | UF | NYC | 8/26/1945 | 59 | 12/31/2004 | 6/1/1973 | 31 | Mr. | Ettore | Pasqualone | Tel.Sls.Cust.Srvce Sup. | | | | | |
| CGO | YW | NYC | 10/8/1945 | 59 | 12/31/2004 | 8/12/1974 | 30 | Ms. | Carmela | De Nitto | Sls. Support/Secretary | | | | | |
| CGO | FH | JFK | 12/20/1946 | 58 | 12/31/2004 | 9/11/1967 | 37 | Mr. | Walter | Paradisi | Sls. & Mktg. Devel. | | | | | |
| CGO | UX | NYC | 3/6/1947 | 57 | 12/31/2004 | 4/1/1974 | 30 | Ms. | Raquel | Glickson | Sr. Accts. Control Rep. | | | | | |
| CGO | YW | NYC | 10/12/1949 | 55 | 12/31/2004 | | | | | | | | | | |

ERP #2 2004

Redacted

**EMPLOYEES BY AGE** ERP-005    AIR TRANSPORT DIVISION/USA
(SALES AND ADMINISTRATION)

| OFF | LOC | FNAME | LNAME | TITLE | Birth Date | Age | Eff. Date | Date of Hire | Yrs Svce |
|---|---|---|---|---|---|---|---|---|---|
| SR | NYC | Marilyn | Abbott | Manager Customer Relations | 9/22/1941 | 64 | 12/31/2005 | 1/11/1971 | 34 |
| BU | NYC | Giuliana | Mac Donald | Executive Assistant | 8/4/1943 | 62 | 12/31/2005 | 1/13/1971 | 34 |
| AI | NYC | Isabella | Benanno | Manager Internal Services | 2/22/1944 | 61 | 12/31/2005 | 3/27/1967 | 38 |
| CCY | NYC | Virgilio | Ferrara | Manager General & Traffic Accounting | 3/6/1944 | 61 | 12/31/2005 | 4/19/1971 | 34 |
| BJ | NYC | Michael | Gasparro | Driver/Clerk | 7/2/1945 | 60 | 12/31/2005 | 5/24/1971 | 34 |
| XX | NYC | Paul | Corbanese | Superv. Telecommunications | 2/7/1945 | 60 | 12/31/2005 | 9/11/1989 | 16 |
| YY | NYC | Vicky | Paolo | Admin. Coord. | 8/26/1945 | 60 | 12/31/2005 | 7/2/1973 | 32 |
| RC | NYC | Salvatore | Visone | Group Desk Rep | 11/1/1946 | 59 | 12/31/2005 | 6/29/1966 | 39 |
| SU | NYC | Anna | Mariani | Manager Interline Business Development | 5/16/1946 | 59 | 12/31/2005 | 5/1/1974 | 31 |
| RC | NYC | Dolores | Kizio | Group Desk Rep | 3/20/1946 | 59 | 12/31/2005 | 3/4/1985 | 20 |
| YB | NYC | Rosa | Bellantuono | Financial Analyst | 5/11/1946 | 59 | 12/31/2005 | 5/22/1997 | 8 |
| ZF | NYC | Angela | Ross | Manager, Compensation & Benefits | 2/23/1947 | 58 | 12/31/2005 | 8/12/1974 | 31 |
| BU | NYC | Orlando | D'Oro | VP Corporate & Regulatory Affairs | 2/17/1947 | 58 | 12/31/2005 | 10/22/1973 | 32 |
| BU | NYC | Francesco | Gello | Sr VP Corporate & Regulatory Affairs | 7/26/1947 | 58 | 12/31/2005 | 9/30/1968 | 37 |
| CCY | NYC | Giuseppe | Cascione | Sr Accounts Control Rep | 6/5/1948 | 57 | 12/31/2005 | 4/11/1967 | 38 |
| CV | NYC | Anna | Martori | Leisure Agency Development Rep. | 3/19/1948 | 57 | 12/31/2005 | 5/1/1974 | 31 |
| CRMC | MIA | Ana | Battevaz | Retail Sales Consultant MIA | 2/9/1948 | 57 | 12/31/2005 | 12/6/1995 | 10 |
| TB | CHI | Nicola | Karyoukis | Supervisor Budget Control Field Offices/Stations | 12/23/1948 | 57 | 12/31/2005 | 1/3/1995 | 10 |
| TAI | NYC | Michael | Falco | Mailroom clerk/Driver | 6/30/1948 | 57 | 12/31/2005 | 10/16/2002 | 3 |
| UL | NYC | Marta | Lotti | Director Press & Public Relations | 7/20/1948 | 57 | 12/31/2005 | 8/28/1967 | 38 |
| CV | NYC | Linda | Antonelle | Sales Supervisor | 2/2/1948 | 57 | 12/31/2005 | 7/22/1974 | 31 |
| OM | NYC | Connie | P'tanza | Analyst | 1/23/1949 | 56 | 12/31/2005 | 9/9/1968 | 37 |
| VM | NYC | Marie | Zazzi | Tariff & Filing Coordinator | 10/18/1949 | 56 | 12/31/2005 | 5/7/1973 | 32 |
| GA2000 | NYC | John | Ferro | Manager Sales, GA2000 | 1/8/1950 | 55 | 12/31/2005 | 5/31/1971 | 34 |
| ZF | NYC | Linda | Lopez | Payroll & Benefits Rep | 8/28/1950 | 55 | 12/31/2005 | 4/1/1974 | 31 |
| AI | NYC | Luigi | Di Girolamo | Manager Internal Services | 10/10/1950 | 55 | 12/31/2005 | 8/11/1980 | 25 |
| VM | NYC | Vittorio | Martinelli | Manager Group Sales | 3/4/1951 | 54 | 12/31/2005 | 3/19/1969 | 36 |
| CV | NYC | Josephine | Radi | Supervisor Consolidation | 4/4/1951 | 54 | 12/31/2005 | 6/26/1972 | 33 |
| CCY | NYC | Mariam | Manuellan | Supervisor Credit and Collection | 5/6/1951 | 54 | 12/31/2005 | 4/1/1974 | 31 |
| CRMC | CHI | Gerardo | Milotti | Retail Sales Consultant CHI | 1/4/1951 | 54 | 12/31/2005 | 5/26/1981 | 24 |
| BU | NYC | Angela | Fiore | Secretary | 11/1/1951 | 54 | 12/31/2005 | 6/16/1972 | 33 |
| RC | NYC | Laurel | Brown | Supervisor T.O. Groups | 8/25/1952 | 53 | 12/31/2005 | 1/16/1978 | 27 |
| CV | NYC | Ramona | Manzi | Corporate Sales Consultant NYC | 6/29/1953 | 52 | 12/31/2005 | 7/12/1971 | 34 |
| CCY | NYC | Rosaria | Miro | Supervisor Pax Revenue Accounting | 10/18/1953 | 52 | 12/31/2005 | 8/12/1974 | 31 |
| AI | NYC | Antonio | Pilloni | Mailroom clerk/Driver | 2/20/1953 | 52 | 12/31/2005 | 9/16/1987 | 18 |
| SR | NYC | Kathleen | Angrisani | Customer Relations Analyst | 7/12/1954 | 51 | 12/31/2005 | 6/8/1981 | 24 |
| CV | MIA | Yvette | Skilling | Corporate Sales Consultant MIA | 2/14/1954 | 51 | 12/31/2005 | 4/25/1983 | 22 |
| XX | NYC | Stefano | Perissi | Director Inform. Technology | 3/4/1954 | 51 | 12/31/2005 | 10/1/1984 | 21 |
| OM | NYC | Timothy | O'Nelli | Director Sales & Alliance Coordination | 8/27/1955 | 50 | 12/31/2005 | 7/24/1978 | 27 |
| CV | CHI | June | Belsanti-Marsano | Corporate Sales Consultant CHI | 4/23/1955 | 50 | 12/31/2005 | 7/21/2003 | 2 |
| CV | NYC | Florence | Meier | Corporate Sales Consultant NYC | 7/4/1956 | 49 | 12/31/2005 | 5/21/1979 | 26 |
| CCY | NYC | Franca | Liberatore | Sr Accounts Control Rep | 11/14/1956 | 49 | 12/31/2005 | 4/13/1981 | 24 |
| CV | DIS | James | Prano | Manager Offline Sales Development USA & MEX | 2/27/1957 | 48 | 12/31/2005 | 10/10/1978 | 27 |
| GA2000 | NYC | Ester | Lorusso | Managing Director GA2000 | 3/19/1957 | 48 | 12/31/2005 | 4/9/1979 | 26 |
| TS | NYC | Elizabeth | Santella | Manager Ticket Office | 10/21/1957 | 48 | 12/31/2005 | 1/6/1986 | 19 |
| CV | NYC | Lucia | Alia | Manager Corporate Unit | 8/28/1957 | 48 | 12/31/2005 | 8/8/1990 | 15 |
| TS | NYC | Aida | Abdul-Nabi | Ticket Office Rep | 1/17/1958 | 47 | 12/31/2005 | 6/1/1988 | 17 |
| XX | NYC | Leonardo | Antoneli | Mgr. Information Technology | 5/5/1958 | 47 | 12/31/2005 | 7/15/1996 | 9 |
| CCY | NYC | Dominick | Chiulli | Supervisor CGO Revenue Accounting | 10/23/1959 | 46 | 12/31/2005 | 3/29/1982 | 23 |
| CV | NYC | Danna | Persico | Manager Internet Sales | 9/10/1960 | 45 | 12/31/2005 | 1/16/1984 | 21 |
| CCY | NYC | Assunta | Russo | Supervisor Accounts Payable | 11/3/1960 | 45 | 12/31/2005 | 4/13/1987 | 18 |
| TS | NYC | Caterina | Borruso | Supervisor Ticket Office | 8/5/1961 | 44 | 12/31/2005 | 5/10/1995 | 10 |
| VM | NYC | Robert | Hunt | Tariffs Analyst | 9/17/1961 | 44 | 12/31/2005 | 10/30/2000 | 5 |
| RC | NYC | Hilda | Gonzalez-Matos | Sr Supervisor Adhoc Groups & Incentives | 10/12/1961 | 44 | 12/31/2005 | 8/21/2000 | 5 |
| VM | NYC | Zeljka | Srdanovic | Contract Analyst | 2/6/1961 | 44 | 12/31/2005 | 1/23/2002 | 3 |
| CV | NYC | Jill | Kuenzli | Group Desk Rep | 1/4/1962 | 43 | 12/31/2005 | 8/21/1990 | 15 |
| VM | NYC | Gabriele | Mariotti | Director Pricing & Direct Sales | 4/17/1962 | 43 | 12/31/2005 | 11/1/2000 | 5 |
| TS | NYC | Idrissa | N'Djaye | Rate Desk Rep | 12/14/1962 | 43 | 12/31/2005 | 3/14/2000 | 5 |
| CRMC | DCA | Nicholas | De Bari | District Sales Manager DCA | 7/9/1962 | 43 | 12/31/2005 | 4/1/1989 | 16 |
| CV | NYC | Robert | Picone | Supervisor Leisure Agency Development | 8/27/1963 | 42 | 12/31/2005 | 3/10/1986 | 19 |
| YB | NYC | Marco | Marchese | Chief Financial Officer, The Americas | 9/22/1963 | 42 | 12/31/2005 | 10/1/2003 | 2 |
| CV | DCA | Alton | Watts | Corporate Sales Consultant DCA | 7/16/1963 | 42 | 12/31/2005 | 4/12/2004 | 1 |
| CRMC | CHI | Gina | Mrozek | Retail Sales Consultant CHI | 3/8/1963 | 42 | 12/31/2005 | 1/17/2005 | 0 |
| CRMC | NYC | Giancarlo | Pistolesi | Retail Sales Consultant NYC | 4/12/1964 | 41 | 12/31/2005 | 6/11/2001 | 4 |
| YW | NYC | Bruno | D'Ascanio | Sr. Acct. Control Rep. | 11/18/1964 | 41 | 12/31/2005 | 6/26/1989 | 16 |
| CCY | NYC | Lisa | Massie | Accounts Control Rep | 2/19/1965 | 40 | 12/31/2005 | 10/9/2000 | 5 |
| CV | NYC | Maria | Laterza | Leisure Agency Development Rep. | 5/8/1966 | 39 | 12/31/2005 | 2/20/1987 | 18 |
| TS | NYC | Nico-o | Cimilluca | Ticket Office Rep | 11/21/1967 | 38 | 12/31/2005 | 9/16/1996 | 9 |
| CV | NYC | Paola | De Biletto | Web Site Development | 2/10/1967 | 38 | 12/31/2005 | 3/19/2001 | 4 |
| CV | NYC | Lucia | Ragno | Supervisor Retail Sales Unit | 10/2/1967 | 38 | 12/31/2005 | 6/18/2001 | 4 |
| TS | NYC | Joseph | Mattia | Rate Desk Rep | 4/16/1968 | 37 | 12/31/2005 | 3/1/1990 | 15 |
| OM | NYC | Grace | Di Franco | Alliance & Special Projects Analyst | 5/18/1968 | 37 | 12/31/2005 | 7/7/1999 | 6 |
| VM | NYC | Concetta | Stancamplano | Tariffs & Filing rep | 7/4/1968 | 37 | 12/31/2005 | 5/18/2000 | 5 |
| CV | NYC | Anurag | Gupta | Corporate Support Unit Rep | 9/28/1968 | 37 | 12/31/2005 | 11/18/2002 | 3 |
| CV | NYC | John | Di Rienzo | Sales Planning Coord. | 5/9/1968 | 37 | 12/31/2005 | 4/7/2003 | 2 |

*Does not include Dirigenti or Italian Contracts

EMPLOYEES BY AGE   ERP 2005   AIR TRANSPORT DIVISION/USA
(SALES AND ADMINISTRATION)

| OFF | LOC | FNAME | LNAME | TITLE | Birth Date | Age | Eff. Date | Date of Hire | Yrs Svcs |
|---|---|---|---|---|---|---|---|---|---|
| YB | NYC | Gianfranco | Orlando | Manager Budget & Control | 10/19/1969 | 36 | 12/31/2005 | 8/17/1998 | 7 |
| OM | NYC | Roberto | Reynoso | Sales and Contract Analyst | 4/9/1970 | 35 | 12/31/2005 | 12/9/2002 | 3 |
| CV | BOS | Elio | Lopez | Corporate Sales Consultant BOS | 8/26/1971 | 34 | 12/31/2005 | 7/19/2004 | 1 |
| SR | NYC | Maria | Auricchio | Customer Relations Analyst | 4/12/1972 | 33 | 12/31/2005 | 12/21/1998 | 7 |
| OM | NYC | Paola | Saraceni | Analyst | 11/4/1972 | 33 | 12/31/2005 | 11/5/1998 | 7 |
| ZZ | NYC | Francesca | Forte | Trade Marketing & Communication Coord. | 10/10/1972 | 33 | 12/31/2005 | 6/7/1999 | 6 |
| SA | NYC | Lisa | Del Percio - Evans | Executive Assistant | 12/19/1972 | 33 | 12/31/2005 | 5/1/2002 | 3 |
| ZF | NYC | Stephanie | Di Clemente | Manager, Employee Rel. & Org. Dev. | 12/21/1973 | 32 | 12/31/2005 | 4/12/1999 | 6 |
| CCY | NYC | Dursun | Oksuz | Cashier | 8/10/1973 | 32 | 12/31/2005 | 12/16/2004 | 1 |
| CV | NYC | Sandra | Varsi | Group Sales Contract Admin. | 2/13/1974 | 31 | 12/31/2005 | 12/21/1998 | 7 |
| CCY | NYC | Giorgio | Noto | Accounting Analyst | 10/11/1974 | 31 | 12/31/2005 | 11/13/2002 | 3 |
| CCY | NYC | Michael | Ferrone | Accounts Control Rep | 12/10/1974 | 31 | 12/31/2005 | 3/3/2003 | 2 |
| CV | NYC | Fabio | Cardinale | Supervisor Tour Operations | 7/25/1975 | 30 | 12/31/2005 | 4/29/1998 | 7 |
| VM | NYC | Corrado | Gadaleta | Tariffs Analyst | 4/6/1977 | 28 | 12/31/2005 | 4/28/1999 | 6 |
| CV | NYC | Giuseppe | Musacchia | Supervisor Corporate Support Unit | 1/10/1978 | 27 | 12/31/2005 | 5/16/1997 | 8 |
| SR | NYC | Makini | Velazquez | Supervisor Customer Relations | 2/17/1978 | 27 | 12/31/2005 | 3/19/2001 | 4 |
| CV | NYC | Francesca | Floridia | Corporate Support Unit Rep | 12/1/1979 | 26 | 12/31/2005 | 4/27/1999 | 6 |
| CV | NYC | Danielle | Cruz | Internet Sales Rep. | 8/15/1979 | 26 | 12/31/2005 | 6/1/2001 | 4 |
| TS | NYC | AnnaMaria | Zagari | MilleMiglia Rep | 4/28/1979 | 26 | 12/31/2005 | 6/10/2002 | 3 |
| YB | NYC | Alexandra | La Cenere | Budget & Control Analyst | 12/3/1979 | 26 | 12/31/2005 | 1/24/2005 | 0 |

(CARGO)

| OFF | LOC | FNAME | LNAME | TITLE | Birth Date | Age | Eff. Date | Date of Hire | Yrs Svcs |
|---|---|---|---|---|---|---|---|---|---|
| KF | MIA | John | Ravera | Superv. Station Operat. | 11/2/1941 | 64 | 12/31/2005 | 1/24/1960 | 45 |
| KF | JFK | Peter | Guidotti | Cgo Operations Mgr. | 5/31/1944 | 61 | 12/31/2005 | 3/21/1967 | 38 |
| UF | CHI | Brian | Trombley | Sales Rep. | 5/21/1944 | 61 | 12/31/2005 | 2/3/1975 | 30 |
| FM | JFK | Ettore | Pasqualone | Tel.Sls.Cust.Svce Superv. | 10/8/1945 | 60 | 12/31/2005 | 6/1/1973 | 32 |
| KF | ORD | Siamak | Behrouzi | Superv. Station Operat. | 10/5/1945 | 60 | 12/31/2005 | 4/20/1981 | 24 |
| UF | BOS | Ernest | Laskey | Sales Supervisor | 5/15/1945 | 60 | 12/31/2005 | 1/17/1979 | 26 |
| FM | JFK | Vincenza | Bentivegna | Tel.Sls.Cust.Svce Rep. | 9/18/1950 | 55 | 12/31/2005 | 1/16/1970 | 35 |
| UF | MIA | Antoine | Farah | Sales Supervisor | 4/21/1950 | 55 | 12/31/2005 | 7/16/1984 | 21 |
| YW | NYC | Clara | Chernin | Assistant | 2/25/1951 | 54 | 12/31/2005 | 6/24/1974 | 31 |
| UF | LAX | Anthony | Sebastiano | Sales Rep. | 7/19/1951 | 54 | 12/31/2005 | 4/8/1985 | 20 |
| UX | JFK | Frank | Ferrante | Sales Manager | 4/19/1952 | 53 | 12/31/2005 | 12/18/1989 | 16 |
| KF | JFK | Severio | De Rienzo | Station Mgr. | 7/27/1953 | 52 | 12/31/2005 | 7/21/1980 | 25 |
| FM | JFK | Rita | Sangiamo | Tel.Sls.Cust.Svce Superv. | 6/27/1954 | 51 | 12/31/2005 | 11/27/1978 | 27 |
| KF | EWR | Michael | Gadaleta | Superv. Station Operat. | 8/5/1954 | 51 | 12/31/2005 | 5/1/1974 | 31 |
| KF | ORD | Giovan | Grana | Superv. Station Operat. | 3/31/1955 | 50 | 12/31/2005 | 10/5/1998 | 7 |
| KF | JFK | Steven | Moncada | Sales Coordinator | 1/3/1956 | 49 | 12/31/2005 | 2/7/1979 | 26 |
| VY | NYC | Paul | Backstrom | Customer Svce Rep. | 2/28/1957 | 48 | 12/31/2005 | 10/1/1979 | 26 |
| FM | LAX | Meron | Ahadu | Cgo Cust.Svce Coord. | 11/6/1957 | 48 | 12/31/2005 | 1/16/1989 | 16 |
| FM | JFK | Wendy | Thomas | Tel.Sls.Cust.Svce Rep. | 7/30/1958 | 47 | 12/31/2005 | 4/10/2000 | 5 |
| UF | JFK | Salvatore | De Castro | Sales Rep. | 3/7/1958 | 47 | 12/31/2005 | 3/1/1996 | 9 |
| UX | CHI | Anthony | Manzo | Sales Supervisor | 9/7/1958 | 47 | 12/31/2005 | 5/18/1992 | 13 |
| YW | NYC | Alexander | Moeller | Mktg. Dev. Mgr. | 11/1/1959 | 46 | 12/31/2005 | 6/19/2000 | 5 |
| KF | JFK | William | Bettinelli | Superv. Station Operat. | 12/24/1960 | 45 | 12/31/2005 | 11/20/1981 | 24 |
| KF | JFK | Rory | Doodnauth | Superv. Station Operat. | 7/11/1960 | 45 | 12/31/2005 | 1/2/2001 | 4 |
| UX | MIA | John | Menendez | Sales Manager | 9/24/1960 | 45 | 12/31/2005 | 1/29/1981 | 24 |
| UF | LAX | Nancy | Nicholas | Sales Rep. | 4/29/1960 | 45 | 12/31/2005 | 5/26/1987 | 18 |
| UF | DTT | Paul | Leugers | Sales Rep. | 10/22/1961 | 44 | 12/31/2005 | 5/10/1999 | 6 |
| KF | ORD | Misrad | Keserovic | Superv. Station Operat. | 4/28/1962 | 43 | 12/31/2005 | 1/29/2001 | 4 |
| KF | ORD | Refik | Causevic | Superv. Station Operat. | 9/10/1965 | 40 | 12/31/2005 | 8/14/2000 | 5 |
| UF | ATL | Nick | St. Lewis | Product & Corporate Mgr. | 12/24/1965 | 40 | 12/31/2005 | 11/1/1999 | 6 |
| UF | CHI | Aldo | Todaro | Sales Rep. | 2/1/1965 | 40 | 12/31/2005 | 12/23/2002 | 3 |
| KF | IAD | Yosef | Yigzaw | Station Coordinator | 3/24/1967 | 38 | 12/31/2005 | 7/19/2004 | 1 |
| UX | CHI | Mayra | Martinez | Sls. Support/Secretary | 10/17/1968 | 37 | 12/31/2005 | 10/2/2000 | 5 |
| KF | MIA | Nestor | Rodriguez | Superv. Station Operat. | 11/11/1970 | 35 | 12/31/2005 | 5/14/2001 | 4 |
| SR | JFK | Emma | Lawrence | Customer Relat. Rep. | 12/14/1971 | 34 | 12/31/2005 | 4/24/2000 | 5 |
| UF | HOU | Kathryn | Stone | Sales Rep. | 2/8/1972 | 33 | 12/31/2005 | 10/1/1999 | 6 |
| YW | NYC | Randy | Fontanilla | Business Quality Analyst | 2/23/1977 | 28 | 12/31/2005 | 12/16/2004 | 1 |
| YW | NYC | Kevin | Ucker | Marketing Analyst | 3/21/1977 | 28 | 12/31/2005 | 12/1/2004 | 1 |

(SCALO)

| OFF | LOC | FNAME | LNAME | TITLE | Birth Date | Age | Eff. Date | Date of Hire | Yrs Svcs |
|---|---|---|---|---|---|---|---|---|---|
| MM | JFK | Gianni | Sallusti | Manager Maintenance | 5/7/1933 | 72 | 12/31/2005 | 11/16/1990 | 15 |
| KK | JFK | Oreste | Petrillo | Station Coordinator | 8/16/1937 | 68 | 12/31/2005 | 1/2/1964 | 41 |
| KK | JFK | Josephine | Tyburski | Station Mgr. | 5/3/1940 | 65 | 12/31/2005 | 11/26/1960 | 45 |
| KK | BOS | Bruno | Truoca | Station Manager | 9/9/1940 | 65 | 12/31/2005 | 12/1/1996 | 9 |
| KK | ORD | Mario | Bruno | Station Manager | 3/11/1942 | 63 | 12/31/2005 | 3/19/1962 | 43 |
| MN | JFX | Lolita | Previd | Tech. Purchasing Rep. | 2/22/1942 | 63 | 12/31/2005 | 9/11/1967 | 38 |
| KK | MIA | Roberto | Raspanti | Station Coordinator | 2/5/1944 | 61 | 12/31/2005 | 5/1/1967 | 38 |
| KK | MIA | Daniele | Subrizi | Station Coordinator | 1/28/1945 | 60 | 12/31/2005 | 4/28/1969 | 36 |
| KK | EWR | Barry | Morrow | Customer Svce Mgr. | 7/19/1946 | 59 | 12/31/2005 | 3/16/1972 | 33 |
| KK | BOS | Michele | Bova | Station Coordinator | 5/26/1947 | 58 | 12/31/2005 | 4/1/1999 | 6 |
| KH | JFK | Erminio | Di Mambro | Catering Mgr. | 5/4/1948 | 57 | 12/31/2005 | 5/23/1972 | 33 |
| KK | MIA | Isa | Michieli Phillips | Station Manager | 1/23/1948 | 57 | 12/31/2005 | 10/1/1990 | 15 |
| KK | BOS | Franca | Letizia | Station Coordinator | 5/6/1951 | 54 | 12/31/2005 | 7/9/1973 | 32 |
| MN | MIA | Sergio | Marasculo | Material Handling Agent | 5/12/1952 | 53 | 12/31/2005 | 1/3/1995 | 10 |
| KK | EWR | Rosario | Garaffa | Station Coordinator | 3/7/1955 | 50 | 12/31/2005 | 9/16/2003 | 2 |

*Does not include Dirigenti or Italian Contracts

- EMPLOYEES BY AGE

ERP 2005

AIR TRANSPORT DIVISION/USA
(SALES AND ADMINISTRATION)

| OFF | LOC | FNAME | LNAME | TITLE | Birth Date | Age | Eff. Date | Date of Hire | Yrs Since |
|---|---|---|---|---|---|---|---|---|---|
| KK | EWR | Gaetano | Messina | Station Mgr. | 8/14/1957 | 48 | 12/31/2005 | 5/1/2000 | 5 |
| KK | ORD | Elizabeth | De Santo | Station Coordinator | 7/1/1957 | 48 | 12/31/2005 | 7/16/1991 | 14 |
| KK | EWR | Marcelo | Bonechi | Station Coordinator | 1/16/1958 | 47 | 12/31/2005 | 7/16/2004 | 1 |
| KK | ORD | Lorella | Georgen | Station Coordinator | 10/2/1962 | 43 | 12/31/2005 | 4/1/1987 | 18 |
| OW | JFK | Giuseppe | Forte | Sr. Flight Dispatcher | 1/30/1965 | 40 | 12/31/2005 | 8/1/1995 | 10 |
| OW | JFK | Sonya | Dunne-Narelli | Flight Dispatcher | 9/7/1966 | 39 | 12/31/2005 | 4/4/2005 | 0 |
| KK | IAD | Raffaello | Hortonano | Station Coordinator | 12/15/1968 | 37 | 12/31/2005 | 11/22/2004 | 1 |
| KK | JFK | Antonio | Russo | Station Coordinator | 1/24/1973 | 32 | 12/31/2005 | 6/15/2003 | 5 |
| OW | JFK | Salvatore | Gambrone | Flight Dispatcher | 8/30/1974 | 31 | 12/31/2005 | 12/16/1998 | 7 |
| KK | JFK | Giuseppe | Garofalo | Tech, Purchasing Rep. | 2/14/1974 | 31 | 12/31/2005 | 5/1/1998 | 7 |
| NN | JFK | Sandra | Purpura | Station Coordinator | 6/6/1974 | 31 | 12/31/2005 | 9/10/2003 | 2 |
| NN | JFK | Marcello | Bruno | Tech, Purchasing Rep. | 5/15/1975 | 30 | 12/31/2005 | 9/10/2001 | 4 |



A00597