Exhibit 38


PLAINTIFF'S EXHIBIT

3/04 #1
8/04 #2
9/05 #3

R = ~~BACKGROUND~~ RESIGNATION/RETIREMENT
NP = NON PERFORMANCE
JE = JOB ELIMINATION

| | Schedule A | | | |
|---|---|---|---|---|
| NAME | TITLE | BIRTH DATE | TERM. DATE | AGE AT TERM. |
| (2) ANGRISANI, K. | CUSTOMER SERVICE ANALYST | 7/12/1954 | 4/3/2006 | 52 |
| (3) ANTONELLE, L. | CONSOLIDAT. SLS. CONSULTANT | 2/3/1948 | 12/29/2006 | 58 |
| R AURICCHIO, M. | COSTOMER SERVICE REP. | 4/12/1972 | 4/17/2006 | 34 |
| JE BACKSTROM, P. | DIRECTOR CUST. SERV./CGO | 2/28/1957 | 3/30/2007 | 50 |
| JE BENTIVEGNA, V. | CGO TEL. SLS.,CUSTOMER SVCE REP | 9/18/1950 | 12/31/2007 | 57 |
| (1) BERTOLOTTI, L. | SALES CONSULTANT | 7/23/1945 | 7/1/2004 | 59 |
| R BESCHLOSS, M. | IN-HOUSE AGENT | 4/7/1972 | 5/16/2005 | 33 |
| (2) BONANNO, I. | MGR. INTERNAL SERVICES | 2/22/1944 | 6/30/2005 | 61 |
| R BOULOS, S. | SALES CONSULTANT | 4/13/1976 | 2/16/2004 | 28 |
| JE BRTALIK, G. | MGR. LEISURE SALES | 12/13/1950 | 9/6/2004 | 54 |
| R BRUNO, M. | TECHNICAL PURCHASING REP. | 5/15/1975 | 7/20/2007 | 32 |
| (1) CARNAZZA, C. | SUPERV. GROUP DESK | 11/25/1933 | 7/1/2004 | 71 |
| (2) CASCIANO, B. | SUPERV. BUDGET & CONTROL | 5/10/1945 | 12/31/2004 | 59 |
| R CERRATI, J. | MILLE MIGLIA DESK REP. | 4/28/1959 | 3/7/2005 | 46 |
| R CHILLEMI, T. | CUSTOMER RELAT. REP. | 9/17/1979 | 9/30/2004 | 25 |
| (2) CIMINO, I. | ACOUNTS CONTROL REP. | 11/16/1943 | 12/1/2004 | 61 |
| (2) CODIGLIA, A. | MARKETING COORD./CARGO | 4/19/1943 | 12/31/2004 | 61 |
| (2) COLUCCI, M. | MARKETING CONTROLLER/P.T. | 1/23/1936 | 12/1/2004 | 68 |
| (3) CORBANESE, A. | SUPERV. COMMUNIC. NETWORK | 2/7/1945 | 12/29/2006 | 61 |
| R DAGRI, G. | CUSTOMER RELAT. SUPERV./CGO | 3/16/1941 | 12/31/2004 | 63 |
| R DE BITETTO, P. | MGR. PRICING DISTRIB.DIRECT SLS. | 2/10/1967 | 7/24/2007 | 40 |
| (2) DE NITTO, C. | CARGO SECRETARY/JFK | 12/20/1946 | 12/31/2004 | 58 |
| R DI CLEMENTE, S. | MGR. EMPLOYEE RELATIONS | 12/21/1973 | 1/18/2006 | 33 |
| R DI GIOVANNA, F. | SUPERV. GROUP DESK | 5/12/1975 | 2/7/2005 | 30 |
| (3) DI GIROLAMO, L. | MGR. INTERNAL SERVICES | 10/10/1950 | 8/1/2006 | 56 |
| (3) D'ORO, O. | V.P. REGULATORY AFFAIRS | 2/17/1947 | 6/1/2006 | 59 |
| JE FALCO, M. | MAIL ROOM CLERK/DRIVER | 6/30/1948 | 12/31/2006 | 58 |
| R FAVANO, S. | SR. FLIGHT DISPATCHER | 2/10/1966 | 3/1/2005 | 39 |
| R FERRARA, V. | GENERAL MGR. TRAFFIC ACCOUNT. | 3/6/1944 | 6/16/2006 | 62 |
| (3) FERRO, J. | MGR. TOUR OPERATION | 1/8/1950 | 12/30/2005 | 55 |
| (2) FIORE, A. | ADMINISTRATIVE ASSISTANT | 11/1/1951 | 9/1/2006 | 55 |
| R FONTANILLA, R. | BUSINESS QUALITY ANALYST/CGO | 2/23/1977 | 6/3/2005 | 28 |
| R GADALETA, C. | TARIFFS ANALYST | 4/6/1977 | 6/6/2005 | 28 |
| (3) GALLO, F. | SR. VP CORP. & REGULAT.AFFAIRS | 7/26/1947 | 9/15/2005 | 58 |
| R GARGIULO, G. | TECHNICAL PURCHASING REP. | 2/14/1974 | 6/6/2005 | 31 |
| (2) GASPARRO, M. | DRIVER/CLERK | 7/2/1945 | 12/30/2005 | 60 |
| R GICALA, M. | CGO SALES REP. | 3/16/1958 | 4/15/2004 | 46 |
| (1) GIOVANNELLI, A.M. | MGR. TICKET OFFICE | 11/18/1943 | 12/30/2004 | 61 |
| (3) GLICKSON, R. | SR. ACCOUNTS CONTROL REP. | 10/12/1949 | 12/30/2004 | 55 |
| JE GRIGOLO, P. | EXECUTIVE ASSISTANT | 11/24/1959 | 1/22/2005 | 46 |
| R GRUPPUSO, F. | TICKET BY MAIL REP. | 1/27/1975 | 8/16/2004 | 29 |
| (2) GUIDOTTI, P. | DIRECTOR OPERATIONS/CARGO | 5/31/1944 | 12/29/2006 | 62 |
| R GUPTA, A. | CORPORATE DESK REP. | 9/29/1968 | 6/1/2007 | 39 |
| R HELD, D. | DUTY MANAGER/JFK | 12/6/1937 | 6/1/2004 | 67 |
| (3) KRANJAC, E. | SUPERV. REVENUE ACOUNTING | 2/4/1943 | 12/30/2004 | 61 |
| NP LA CENERE, A. | BGT & COST CONTROL ANALYST | 12/3/1979 | 5/30/2005 | 26 |
| (1) LAWRENCE, C. | SUPERV. TEL. SALES | 1/20/1943 | 6/1/2004 | 61 |
| (1) LICCIARDELLO, M. | SUPERV. CUSTOMER RELATIONS | 3/1/1944 | 12/30/2004 | 60 |
| R LOPEZ, E. | CORPORATE SLS. CONSULTANT | 8/26/1971 | 2/28/2007 | 36 |
| JE LORUSSO, E. | DIRECTOR, MKTG. COMMUNIC./CGO | 3/19/1957 | 3/31/2007 | 50 |
| (2) LOTTI, M. | DIRECTOR, PRESS & PUBLIC REL. | 7/20/1948 | 12/30/2005 | 57 |
| (1) LOWELL, M. | IN-HOUSE SUPERVISOR | 9/8/1938 | 6/1/2004 | 66 |
| (2) MAC DONALD, J. | EXECUTIVE SECRETARY | 8/4/1943 | 12/30/2005 | 62 |
| (2) MAINENTI, A. | INTERNAL SERVICES REP. | 5/11/1941 | 12/30/2004 | 63 |

A 00379

| | Name | Position | DOB | Date | Age |
|---|---|---|---|---|---|
| (3) | MANUELIAN, M. | SUPERV. CREDIT & COLLECTION | 5/8/1951 | 10/2/2006 | 55 |
| (2) | MANZI, R. | CORPORATE SLS. CONSULTANT | 6/28/1953 | 12/30/2005 | 52 |
| END OF CONTRACT | MARCHESE, M. | COMPTROLLER | 9/22/1963 | 11/1/2006 | 43 |
| JE | MARIANI, A. | MGR., INTERLINE BUSINESS DEV. | 5/16/1946 | 4/29/2005 | 59 |
| R | MARIOTTI, G. | DIRECTOR SLS. & MKTG. COORD. | 4/17/1962 | 10/30/2006 | 44 |
| (2) | MARTINELLI, V. | MGR. GROUP & TELEPHONE SLS. | 3/4/1951 | 5/1/2006 | 55 |
| NP | MARTORI, A. | CUSTOMER RELATIONS REP. | 3/19/1948 | 1/16/2006 | 58 |
| R | MARZELLA, C. | STATION COORDINATOR/CGO | 8/16/1963 | 6/27/2005 | 42 |
| R | MASSIE, L. | ACCOUNTS CONTROL REP. | 2/19/1965 | 11/2/2007 | 42 |
| R | MATTIA, J. | SALES IN HOUSE REP. | 4/16/1968 | 11/9/2007 | 39 |
| (2) | MELI-GRISANZIO, A. | SUPERV. CREDIT & COLLECTION | 12/4/1930 | 12/30/2004 | 74 |
| (1) | MICHAEL, S. | I.T. SUPERVISOR | 9/2/1949 | 12/30/2004 | 55 |
| JE | MIOLOVIC, T. | MGR. EMPLOYEE RELATIONS | 8/3/1974 | 10/5/2006 | 32 |
| (3) | MIRO, R. | SUPERV. PAX REVENUE ACCOUNTING | 10/18/1953 | 4/3/2006 | 53 |
| R | MOELLER, A. | DIRECTOR, MKTG & BUS.DEVEL/CGO | 11/1/1959 | 12/16/2005 | 46 |
| R | MURA, S. | CARGO ANALYST | 10/13/1959 | 6/8/2007 | 48 |
| NP | N'DIAYE, L. | CUST. SERVICE REP. | 12/14/1962 | 1/17/2007 | 45 |
| R | NOTO, G. | ACCOUNTING ANALYST | 10/11/1974 | 9/5/2005 | 31 |
| R | OKSUZ, D. | V.P. REGULATORY AFFAIRS | 8/10/1973 | 8/18/2006 | 33 |
| R | OLIVA, F. | ACCOUNTS CONTROL REP. | 11/26/1953 | 9/28/2007 | 54 |
| (3) | O'NEILL, T. | DIRECTOR, SLS & ALLIANCE COORDINAT | 8/27/1955 | 8/1/2006 | 51 |
| R | ORLANDO, G. | MGR. BUDGET & COST CONTROL | 10/19/1960 | 4/30/2007 | 47 |
| (2) | PACIS, V. | ADMIN. COORD./CGO | 8/25/1945 | 6/30/2005 | 60 |
| R | PAOLANTONIO, S. | CGO TEL. SLS./CUSTOMER SVCE REP. | 3/8/1955 | 7/11/2004 | 49 |
| (2) | PARADISI, W. | MARKETING DEVELOPM. REP./CARGO | 3/6/1947 | 11/16/2004 | 57 |
| (2) | PASQUALONE, E. | SUPERV.TEL. SLS./CUST.SVCE/CGO | 10/8/1945 | 12/30/2006 | 60 |
| (1) | PATTI, T. | MGR. COSTOMER RELATIONS | 12/13/1947 | 12/30/2004 | 57 |
| R | PERISSI | DIRECTOR, I.T. | 3/4/1954 | 6/1/2005 | 51 |
| DECEASED | PERSICO, D. | MGR. INTERNET UNIT | 9/10/1960 | 7/31/2007 | 47 |
| (2) | PETRILLO, O. | STATION COORDINATOR/JFK | 8/16/1937 | 4/15/2006 | 69 |
| R | PICONE, R. | SUPERV. CONSOLIDATION | 8/27/1963 | 3/16/2006 | 43 |
| (2) | PILLONI, A. | MAIL CLERK/DRIVER | 2/20/1953 | 12/30/2005 | 52 |
| (1) | PITANZA, C. | ANALYST | 1/23/1949 | 12/30/2005 | 56 |
| (2) | PREVID, L. | TECHNICAL PURCHASING REP. | 2/22/1942 | 6/30/2005 | 63 |
| NP | PURPURA, S. | STATION COORD./JFK | 6/8/1974 | 11/5/2005 | 31 |
| R | QUAGLIA, S. | STATISTICAL ANALYST | 9/12/1981 | 5/18/2007 | 26 |
| (3) | RACLI, J. | SUPERV. CONSOLIDATION | 4/4/1951 | 11/1/2005 | 54 |
| R | RAHI, A. | TARIFFS ANALYST | 4/27/1975 | 10/12/2007 | 32 |
| R | RASIZZI, C. | CGO SALES REP. | 7/30/1981 | 7/11/2007 | 26 |
| (2) | RICHARDS, C. | RECEPTIONIST | 2/6/1934 | 12/1/2004 | 70 |
| R | RUSSO, A. | DUTY MANAGER/JFK | 11/24/1973 | 10/16/2006 | 33 |
| (2) | SALLUSTI, G. | MANAGER, MAINTENANCE | 5/7/1933 | 8/1/2006 | 73 |
| R | SANGIAMO, R. | MGR. CUSTOMER SERVICE CARGO | 6/27/1954 | 12/19/2007 | 53 |
| R | SANTANA, M. | TICKET BY MAIL REP. | 2/4/1977 | 11/15/2004 | 27 |
| R | SAVELLA, N. | CGO ACCOUNTS CONTROL REP. | 11/30/1976 | 5/2/2004 | 28 |
| (1) | SCIARRINO, F. | SUPERV. TEL. SALES | 8/16/1940 | 6/1/2004 | 64 |
| R | STRINO, P. | DIRECTOR REGULATORY AFFAIRS | 9/13/1975 | 8/22/2007 | 32 |
| R | SWINTON, N. | SUPERV. CUSTOMER SVCE/CGO | 5/12/1975 | 3/9/2007 | 32 |
| JE | TAMAYO, C. | MGR. LEISURE AGENCY DEVELOPM. | 7/8/1960 | 9/10/2004 | 44 |
| NP | TEDESCO, C. | DIRECTOR FINANCE & ACCOUNTING | 5/23/1949 | 11/8/2004 | 55 |
| (2) | TURCHI, C. | ASSIST. TO V.P. CARGO | 5/28/1940 | 12/30/2004 | 64 |
| DECEASED | TYBURSKI, J. | STATION MANAGER/JFK | 5/3/1940 | 6/1/2005 | 65 |
| (2) | VALENTINO, A. | CARGO STATION COORD. | 4/8/1939 | 11/1/2004 | 65 |
| R | VALLS, M. | CASH MANAGEMENT REP. | 8/28/1958 | 2/1/2007 | 49 |
| R | VEGA, M. | GROUP DESK REP. | 5/18/1959 | 1/10/2005 | 46 |
| R | VELAZQUEZ, M. | SUPERV. CUSTOMER RELATIONS | 2/17/1978 | 7/7/2005 | 27 |
| R | VILLALTA, E. | LEISURE SALES CONSULTANT | 8/10/1979 | 9/11/2007 | 28 |

| VISONE, S. | GROUP DESK REP. | 11/1/1946 | 12/30/2005 | 59 |
|---|---|---|---|---|
| VOLI, M. | SUPERVISOR SALES/NYC | 8/12/1941 | 11/16/2004 | 63 |
| WENDT, K. | H.R. REP. | 10/16/1977 | 11/1/2004 | 27 |
| WULFF, C. | CORP. SUPPORT UNIT REP. | 9/24/1979 | 6/1/2006 | 27 |
| ZAGARI, A.M. | INCENTIVE SALES REP. | 4/28/1979 | 4/6/2007 | 28 |
| ZAZZI, M. | TARIFF & FILING COORDINATOR | 10/18/1949 | 6/12/2006 | 57 |

# VEDDERPRICE

VEDDER PRICE P.C.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NEW YORK 10019
212-407-7700
FAX: 212-407-7799

DANIEL C. GREEN
212-407-7735
dgreen@vedderprice.com

CHICAGO • NEW YORK CITY • WASHINGTON, D.C. • ROSELAND, NJ

January 4, 2008

**BY E-MAIL**

Carrie Kurzon, Esq.
The Ottinger Firm
South Street Seaport
19 Fulton Street, Suite 408
New York, New York 10038

Re: Lorusso v. Alitalia Linee Aeree Italiane, S.p.A.
Index No. 07-CV-03583(LBS)(RLE)

Dear Carrie:

I write in order to supplement Defendant's Response to Plaintiff's First Set of Interrogatories dated December 21, 2007 with the names of, and data relating to, former employees of Alitalia's New York offices who departed the company after that date but prior to the close of the year:

| NAME | TITLE | TERM. DATE | AGE AT TERMINATION |
|---|---|---|---|
| DeRienzo, S. | Manager, Cargo Stations Coordination | 12/31/2007 | 54 |
| D'Ascanio, B. | Senior Accounts Control Representative | 12/31/2007 | 43 |

Please don't hesitate to call me if you have any questions.



A 00382

VEDDERPRICE

Carrie Kurzon, Esq.

January 4, 2008
Page 2

Very truly yours,

Daniel C. Green

Enclosures
cc:   Alan M. Koral, Esq.

   Mr. Andrea Porru

   Robert Ottinger, Esq.

A 00383