Exhibit 39

Francesco Gallo                                        3/13/2008

```
                    Gallo                292
 1
 2   show up anymore.
 3       Q.  Okay.
 4       A.  Okay.
 5       Q.  All right.  And have you discussed any of
 6   Mr. Oksuz' allegations with him since that meeting
 7   over coffee?
 8       A.  Since that over coffee, no.
 9       Q.  How many times did you see Pierandrea
10   Galli after you became a consultant?  How many times
11   did you speak with him, let's say?
12       A.  Spoke to him quite often on the phone.
13   Saw him, I would say, three or four times.
14       Q.  Did he make harassing remarks about your
15   perceived sexual orientation on the times that you
16   spoke with him on the phone?
17       A.  Well, I believe that, if that perspective,
18   not on the phone.
19       Q.  Well, on the three or four times --
20       A.  In person.
21       Q.  The three or four times that you saw him
22   in person, he made harassing remarks about your
23   sexual orientation?
24       A.  I believe so, yes, but even before, even
25   before.
```

```
                    Gallo                293
 1
 2       Q.  I'm asking only about after
 3   September 15th.
 4       A.  Yeah.
 5       Q.  Do you remember any remarks he made
 6   ridiculing your perceived sexual orientation?
 7       A.  It was, you know, a bunch, you're a bunch
 8   of frocci, bunch of lesbian, this place is becoming,
 9   things of this nature.
10       Q.  He said that after September 15th?
11       A.  Yeah.
12       Q.  Each time he saw you, he said those
13   things?
14       A.  Not each time, no, absolutely.  Did I say
15   that?
16       Q.  No, I'm asking, did he say it each time?
17       A.  No.
18       Q.  How about your age, did he make harassing
19   remarks about your age in any of the communications
20   you had with him, either in person or on the
21   telephone?
22       A.  Yes.
23       Q.  After September 15th?
24       A.  Yes.
25       Q.  He made fun of your age?
```

```
                    Gallo                294
 1
 2       A.  Not fun.  He made reference and made me
 3   feel that I was old enough to leave and that was a
 4   good thing for me to leave Alitalia.
 5       Q.  Can you remember anything specific that he
 6   said to you?
 7       A.  He actually was, was against, at least
 8   what he was telling me, Alitalia situation, Rome,
 9   because of political war inside and so forth.  And I
10   said, you know, good for you that if you wanted, you
11   could tell them to go to hell or to leave.
12       Q.  Okay.  Anything else that you remember?
13       A.  Not that I remember.
14       Q.  Did Mr. Galli make any harassing remarks
15   about your citizenship after September 15th?
16       A.  Yes.
17       Q.  Mr. Galli did?
18       A.  Yes, yes, yes.
19       Q.  What did he say?
20       A.  Huh?
21       Q.  What did he say?
22       A.  Now you became another, another one, and
23   not consider that Galli's son was born in the United
24   States.
25       Q.  Galli's son is an American citizen?
```

```
                    Gallo                295
 1
 2       A.  Yes, that's what I'm saying.
 3       Q.  And he made fun of you for being an
 4   American citizen?
 5       A.  He said, you know, all this time, you
 6   know, buh, buh, buh, buh, buh.
 7       Q.  I didn't understand that.
 8       A.  You waited all this time, since I did
 9   become American citizen only in 2005.
10       Q.  You were on a green card before that?
11       A.  Yes, permanent resident, yes.
12       Q.  From 1968 until 2005?
13       A.  No, 1968, '68. '67, I believe, '67, '66.
14       Q.  You have had a green card from the late
15   '60s until 2005?
16       A.  Yes.
17       Q.  When you became an American citizen?
18       A.  Yes.
19       Q.  And Mr. Galli made fun of you being an
20   American citizen?
21       A.  Yes.
22       Q.  Did he tell you he didn't want you to be
23   an American citizen?
24       A.  Sure, I wanted.
25       Q.  Oh, he did want?
```

28 (Pages 292 to 295)

One Penn Plaza, NYC                 Toby Feldman, Inc.                    tel (212) 244.3990
email@tobyfeldman.com        NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   tel (800) 246.4950

Francesco Gallo                              3/13/2008

```
                    Gallo              296
 1  A.  I wanted.
 2  Q.  No, the question is did he want.
 3  A.  Huh?
 4      MR. KOCIAN: Listen to the question.
 5      THE WITNESS: I'm trying to.
 6  Q.  Did he oppose your being an American
 7  citizen?
 8  A.  No, he could not oppose because he did not
 9  have the authority to oppose.
10  Q.  I didn't ask about his authority. Did he
11  tell you that he didn't want you to be an American
12  citizen?
13  A.  No.
14  Q.  All right. How about your disability; did
15  Mr. Galli make any harassing remarks about your
16  disability after September 15th of 2005?
17  A.  Yes.
18  Q.  He did?
19  A.  Yes.
20  Q.  How many times?
21  A.  On the telephone, several times.
22  Q.  Can you remember any remarks that he made?
23  A.  That what I was telling him about the
24  retaliation and harassing behavior of Mr. Libutti
```

```
                    Gallo              297
 1  was in my head because I was a psychiatric
 2  mental-ill person.
 3  Q.  Mr. Galli said that?
 4  A.  Yes.
 5  Q.  More than once?
 6  A.  At least twice.
 7  Q.  At least twice, okay. Were you and Mr.
 8  Galli friends?
 9  A.  Very good friends.
10  Q.  Very good friends. And he was saying
11  these terrible things to you?
12  A.  Mr. Galli changed completely behavior
13  toward me when he came to, when he came back to the
14  United States. He created, that's what my sensation
15  is with Libutti and some people in Rome, this plot,
16  this horrible -- shall we define --
17  Q.  You said he created that when he came back
18  to the United States; do you mean in 2003?
19  A.  Yes.
20  Q.  He started plotting against you then?
21  A.  Oh, yes, probably departed from Rome with
22  that in mind because at least that's what Libutti
23  stated. That's what I asked him. And he said it
24  was my imagination.
```

```
                    Gallo              298
 1  Q.  That happened in 2003, that he said it was
 2  in your imagination?
 3  A.  Right. No, no, no, also in 2005 and 2006.
 4  Q.  Was Mr. Libutti a good friend of yours?
 5  A.  No.
 6  Q.  You were not friends?
 7  A.  Friends, but not, nothing to do at
 8  Mr. Galli's level.
 9  Q.  You weren't as close as you were with Mr.
10  Galli?
11  A.  No, no.
12  Q.  You used to have morning coffee with him?
13  A.  Every morning.
14  Q.  Whenever the two of you were in the office
15  at the same time, you'd have coffee, right?
16  A.  Yeah, he was calling me. He expected me
17  to go there. And if I was not going there, he would
18  call me on the phone.
19  Q.  Okay. To have you come in and talk?
20  A.  Yes.
21  Q.  Didn't you have dinners together with your
22  wives present?
23  A.  Dinners, I believe once or twice because I
24  was forced to go.
```

```
                    Gallo              299
 1  Q.  How many times after September 15th of
 2  2005 did Mr. Libutti make harassing comments about
 3  your age to you?
 4  A.  Every time he had the opportunity to.
 5  Q.  Every morning that you had coffee?
 6  A.  No, no.
 7  Q.  So not that often?
 8      MR. KOCIAN: Objection.
 9  A.  I mean, if you want a number, I don't have
10  that.
11  Q.  You don't have a number, okay. Do you
12  remember any specific remarks he made about your
13  age?
14  A.  Yeah, I believe that in one instance, even
15  Mr. D'Ilario was present, that he referred to me as
16  an old man, but seems like --
17  Q.  Mr. Libutti referred to you as an old man
18  how many times?
19  A.  Several times.
20  Q.  Several?
21  A.  On one occasion, Mr. D'Ilario was present.
22  Q.  How many times did Mr. Libutti make
23  harassing comments to you about your perceived
24  sexual orientation after September 15, 2005?
```

29 (Pages 296 to 299)

```
                  Gallo            300
 1
 2     A.  About two or three times.
 3     Q.  Okay.  How about your citizenship, how
 4  many times did he make disparaging or harassing
 5  comments about your citizenship after September 15,
 6  2005?
 7     A.  Well, it was making reference, I don't, I
 8  don't know the number of times, but more than one
 9  time.
10     Q.  More than 10 times?
11     A.  Five, six times.
12     Q.  Okay.  Are you aware that Mr. Libutti was
13  interested in becoming an American citizen?
14     A.  No, he wanted his daughter.
15     Q.  Sorry?
16     A.  He wanted to have the work permit for his
17  daughter.
18     Q.  He wanted a green card for his daughter?
19     A.  Eventually green card, you don't have a
20  green card --
21     Q.  So you're not aware that Mr. Libutti was
22  interested in becoming an American citizen?
23     A.  Oh, he wanted, sure, yes, he asked me.
24     Q.  Oh, he did?
25     A.  Yes, he asked me, yes.
```

```
                  Gallo            301
 1
 2     Q.  He asked you, okay.
 3     A.  Permanent resident, no American citizen.
 4  I believe it's two different issues, permanent
 5  residency in the United States.
 6     Q.  So you think that he wasn't interested in
 7  being a citizen?
 8     A.  He was interested in having the permanent
 9  residence in the United States.  They gave him the
10  possibility to work to him, his wife and his
11  children.
12     Q.  What about citizenship?
13     A.  He never mentioned citizenship to me.
14     Q.  He never mentioned citizenship to you,
15  okay.
16     A.  He was talking about my citizenship,
17  becoming American.
18     Q.  Are you aware that Mr. D'Ilario is
19  interested in becoming an American citizen?
20     A.  I heard yesterday --
21     MR. KOCIAN:  Objection.
22     A.  -- that Mr. D'Ilario said that he was
23  interested in becoming a permanent resident of the
24  United States.  I did not hear citizen.
25     Q.  Finally, how many times did Mr. Libutti
```

```
                  Gallo            302
 1
 2  make harassing comments to you about your
 3  disabilities after September 15th?
 4     A.  Many times.
 5     Q.  Many times.  More than five?
 6     A.  More than five, yes.
 7     Q.  More than 10?
 8     A.  Yes.
 9     Q.  What did he say that was harassing about
10  your disabilities?
11     A.  Making reference, you know, I don't
12  remember, he was talking about Sciarresi's situation
13  when he was in the mental institution.  And he was
14  saying, you know, you should have been put together.
15  He also told me that --
16     Q.  Let me interrupt you.  I only want things
17  he said after September 15, 2005.
18     A.  Yes.
19     Q.  Because Sciarresi was 2004 that he was in
20  the mental institution.
21     A.  Yeah, but we were talking about Sciarresi,
22  not every day, but at least once a month.
23     Q.  Okay.
24     A.  About his case.
25     MR. KOCIAN:  I understand, Counsel, that
```

```
                  Gallo            303
 1
 2  we're past the cut-off time.
 3     MR. KORAL:  This is going to take me not
 4  five minutes.  And we probably won't have to
 5  have a dispute.
 6     Q.  So let me just ask you again, do you
 7  remember any other remarks that he made that were
 8  harassing about your disabilities?
 9     A.  Yes.  Didn't feel well, you don't do this,
10  and you could do this, you know, when you reach a
11  certain age, some of this disease comes from, you
12  know, the fact that you reach an age, you think
13  you're always 20 years of age, these kind of
14  remarks.
15     Q.  Okay.  And about how often did he make
16  these kinds of remarks after September 15, 2005?
17     A.  Counsel, I did not count.  I understand.
18  I don't know how many times.
19     Q.  Was it more than 10?
20     A.  I told you more than 10, yes.
21     Q.  More than 20?
22     A.  No.  I don't know.
23     Q.  Did you complain about Mr. Libutti's
24  remarks about your disability, sexual orientation,
25  age or citizenship to anybody in Rome after
```

30 (Pages 300 to 303)

One Penn Plaza, NYC             Toby Feldman, Inc.              tel (212) 244.3990
email@tobyfeldman.com    NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    tel (800) 246.4950

```
                        Gallo          304
 1  September 15, 2005?
 2      A.  Just in Rome?
 3      Q.  Well, anybody else in the company, let's
 4  say that. That is a good corrective.
 5      A.  Galli.
 6      Q.  After September 15, 2005, you complained
 7  to Galli?
 8      A.  Yes.
 9      Q.  Okay.
10      A.  I even called in two instances because --
11      Q.  Okay.
12      A.  -- I call him.
13      Q.  About Libutti's remarks?
14      A.  Yes, yes.
15      Q.  Did you complain to anybody about Galli's
16  remarks?
17      A.  Excuse me?
18      Q.  Did you complain to anybody about Galli's
19  remarks?
20      A.  No.
21      Q.  No, okay. And as to Libutti's remarks,
22  did you complain to anybody besides Galli?
23      A.  Probably Conforti.
24      Q.  Do you remember complaining to Conforti?
```

```
                        Gallo          305
 1      A.  Yes, yes.
 2      Q.  After September 15, 2005?
 3      A.  Yes.
 4      Q.  How many times?
 5      A.  It was in the occasion, actually, of when
 6  he gave me those documents. That was it.
 7      Q.  Anybody besides Conforti and Galli in two
 8  phone calls?
 9      A.  I don't remember.
10      Q.  I have a final question for you, and then
11  we're done.
12          You and Mr. Ferrara came to the Alitalia
13  offices on a Saturday in early June of 2006 after
14  you had left Alitalia; do you remember why you came?
15      A.  When?
16      Q.  Saturday, in early June 2006.
17      A.  Oh, to take our personal stuff, yes, yes.
18      Q.  You still had personal stuff in the
19  office?
20      A.  Remaining stuff, right.
21      Q.  You did.
22          MR. KORAL: Okay, I'm finished.
23      A.  And I believe it was no more than 20
24  minutes, half hour.
```

```
                        Gallo          306
 1      MR. KORAL: Okay, I'm finished.
 2      MR. KOCIAN: Okay, terrific.
 3      THE VIDEOGRAPHER: This is the end of the
 4  deposition. We are off record at 2:23 p.m.
 5  This is the end of tape three.
 6      (Time noted: 2:23 p.m.)
```

```
                                   307

                    ACKNOWLEDGEMENT

            STATE OF NEW YORK)
                             ss
            COUNTY OF NEW YORK)

        I, FRANCESCO GALLO, hereby certify, I have
    read the transcript of my testimony taken under oath
    in my deposition of March 13, 2008; that the
    transcript is a true, complete and correct record of
    what was asked, answered and said during this
    deposition, and that the answers on the record as
    given by me are true and correct.


                        _____
                            FRANCESCO GALLO

            Sworn and subscribed to before me
            this_____day of _____2008.


            _____
                Notary Public
```

31 (Pages 304 to 307)