Exhibit 40

Page 18

G. LIBUTTI

1
2  director of world wide sales that is was in Rome and the
3  name is the same. It's Pierandrea Galli.
4      Q. And you said first he was was the director of
5  North America?
6      A. No. Just explain, I was in charge of North
7  America and there was another guy in charge of South
8  America.
9      Q. Okay
10     A. Mr. Galli, based in New York, was the boss of
11  both.
12     Q. What was his title?
13     A. Director of -- I don't remember -- director of
14  North and South America. I don't remember. Now, he was
15  transferred to Rome as director of world wide sales and
16  then the position used to have before was canceled.
17     Q. When you went back to Rome what was your salary?
18     A. My salary was the same amount; 100,000 Euro,
19  gross. Not net, but gross. So means I have to pay
20  taxes. In Italy it's around 45 percent so my salary was
21  around 55,000 Euro.
22     Q. What do you mean you had to pay taxes but in the
23  United States you did not have to pay taxes; can you
24  explain that?
25         MR. KORAL: Objection.

Page 19

G. LIBUTTI

1
2      A. In the United States the company pay taxes, I pay
3  taxes but the contract that we do is a net contract.
4      Q. What does that mean?
5      A. That you receive an amount net, taxes excluded, I
6  mean, the company will pay taxes.
7      Q. So you received 100,000 Euro's clean after taxes?
8      A. Absolutely.
9      Q. And in Rome did they pay for any schooling for
10  your children?
11     A. No.
12     Q. No apartment?
13     A. Apartment, no. They give me 1,000 Euro for first
14  year as because every time that an expatriated it's back
15  to Italy. The first year they help some accomodation.
16  So the first year I receive 1,000 Euro as help for the
17  house, apart of course, that the salary.
18     Q. Do you know Francesco Gallo?
19     A. Yes.
20     Q. When did you first meet Francesco Gallo?
21     A. At the beginning of my experience in Alitalia. I
22  don't remember exactly the year but.
23     Q. Would that be in the early '90s?
24     A. Yes, '94, '93, '95. I don't remember.
25     Q. And what was your relationship like with Mr.

Page 20

G. LIBUTTI

1
2  Gallo?
3         MR. KORAL: Objection.
4         MR. SMITH: Withdrawn.
5      Q. Could you please describe your relationship, if
6  any, with Mr. Gallo?
7      A. Yes.
8         MR. KORAL: Objection.
9      Q. It was working a relationship because he was
10  based in North America, I was based in South America and
11  we had many friends in common so we sometimes we have
12  goals and exchange idea about the company. We met a few
13  times during big meetings at the Alitalia organized
14  sales meeting for all employees and all the management
15  in the world and that was my relationship with Gallo
16  before New York.
17     Q. Prior to coming to New York, did you ever go out
18  socially with Mr. Gallo?
19     A. Socially?
20     Q. Yes.
21     A. Some visit in New York with some dinner together,
22  yes.
23     Q. Prior to 2003, to you coming to New York, did you
24  ever here any rumors about Mr. Gallo?
25         MR. KORAL: Objection.

Page 21

G. LIBUTTI

1
2      A. Rumors about what, sir?
3      Q. Rumors about Mr. Gallo being homosexual?
4      A. No.
5      Q. Did you ever hear any rumors about Mr. Gallo in
6  any derogatory fashion, any bad things about Mr. Gallo?
7      A. No.
8      Q. Did you believe he was a homosexual back in 2000
9  -- before coming to New York?
10     A. Repeat the question again, sir. If I believe
11  that Mr. Gallo was homosexual?
12     Q. Yeah.
13     A. No.
14     Q. As you sit here today do you believe Mr. Gallo is
15  homosexual?
16     A. No.
17     Q. Have you ever heard any rumors about Mr. Gallo
18  being homosexual?
19     A. Yes.
20     Q. When was the first time you ever heard a rumor
21  about Mr. Gallo being homosexual?
22     A. When Alitalia received a lawsuit from a guy
23  working in Alitalia that was accusing Mr. Gallo of
24  sexual harassment.
25     Q. And who was that guy?