Exhibit 41

Page 150

```
 1         MR. KORAL: You can ask, but you
 2    better ask in writing. I will respond
 3    when you ask in writing.
 4   BY MR. AKIN:
 5     Q   Was there any other reports had an
 6   impact on Mr. Gallo being terminated, besides
 7   the audit report?
 8     A   No.
 9     Q   That was the only report?
10     A   Yes.
11     Q   Now, you also said "to clean
12   North America."
13         What did you mean by that?
14     A   They wanted all the persons that were
15   involved in the managing administration and
16   legal things in North America, not to be any
17   more in that position.
18     Q   Anything other than that?
19     A   No.
20     Q   Are you familiar with the term,
21   "froccio"?
22     A   What?
23     Q   F-R-O-C-C-I-O?
24     A   Yes.
25     Q   What does that mean?
```

Page 151

```
 1     A   It means, literally, "homosexual."
 2     Q   How do you feel about homosexuals?
 3         MR. KORAL: Objection.
 4         THE WITNESS: No problem at all.
 5   BY MR. AKIN:
 6     Q   Anyone in Alitalia's management
 7   that's homosexual, that you know of?
 8         MR. KORAL: Objection.
 9         THE WITNESS: Not that I'm aware.
10   BY MR. AKIN:
11     Q   Are you aware of any policy that
12   Alitalia had, to terminate homosexuals?
13     A   No.
14     Q   Has anyone in Alitalia ever advised
15   you to discriminate against homosexuals?
16     A   No.
17     Q   Has anyone at Alitalia ever asked you
18   to discriminate against people who are older?
19     A   No.
20     Q   Was there ever a discussion had in
21   Alitalia, regarding discrimination in America?
22     A   Be more precise?
23     Q   Was there ever any conversations in
24   Alitalia -- in Alitalia, about Alitalia
25   discriminating against individuals in America?
```

Page 152

```
 1     A   No.
 2     Q   Was there ever any kind of meeting
 3   held, regarding discrimination in America?
 4     A   No.
 5     Q   Okay. Are you aware of Title 7 in
 6   the United States, which states that employers
 7   are not to discriminate against individuals
 8   based on race, religion, color, creed, or
 9   sexual orientation?
10         MR. KORAL: Objection.
11         And by the way, Counselor, Title 7
12   does not address sexual orientation.
13         MR. AKIN: Right.
14         MR. KORAL: Thank you.
15   BY MR. AKIN:
16     Q   Are you aware of that?
17     A   Not the specific title, but...
18     Q   But?
19     A   The content, yes, that you mentioned.
20   Yes.
21     Q   I'm sorry?
22     A   But the content that you read, yes.
23     Q   But you are aware that an employer is
24   not to discriminate against individuals, based
25   on race, religion, color, creed, sexual
```

Page 153

```
 1   orientation -- based on, I'll say, whether it
 2   be Title 7, Executive Law 296; or New York City
 3   Administrative Code, Title 8-107.
 4         Are you aware?
 5         MR. KORAL: What is the question?
 6   I'm -- I can't figure --
 7         MR. AKIN: If he's aware.
 8         MR. KORAL: I don't even understand.
 9   Can you read back the question,
10   please -- I'll reask the question.
11   BY MR. AKIN:
12     Q   Are you aware, whether it be Title 7,
13   Executive Law 296; or New York City
14   Administrative Code, Section 8-107, that an
15   employer is not to discriminate against
16   individuals, employees, based on race,
17   religion, color, creed, or sexual orientation?
18     A   I know the context. I wasn't aware
19   there was an Article 7.
20     Q   But you are aware of the content?
21     A   Yes.
22     Q   But not the section of the statute?
23     A   Yes.
24     Q   Have you ever heard Mr. Libutti speak
25   adversely against homosexuals?
```

Page 154

1    A  No.
2    Q  Have you ever heard Mr. Libutti speak
3  adversely against older people?
4    A  No.
5    Q  Have you ever heard anyone in
6  Alitalia's management speak against homosexuals
7  or against older people?
8    A  No.
9    Q  Did Alitalia have a policy of
10  terminating older employees and replacing them
11  with younger employees?
12    A  No.
13    Q  Did Alitalia have a policy of
14  terminating anyone that they knew or suspected
15  was homosexual?
16    A  No.
17    Q  Did Mr. Gallo know Mr. Spazzadeschi?
18    MR. KORAL: Objection.
19    THE WITNESS: I don't know.
20  BY MR. AKIN:
21    Q  Down if Mr. Gallo knew Mr. Cestaro?
22    A  I don't know.
23    MR. AKIN: That's all I have.
24  Thank you very much.
25    MR. KORAL: I may have a few

Page 155

1  questions for clarification. I want to
2  speak with Mr. Porru for a minute, so
3  don't close the deposition.
4    MR. AKIN: Sure.
5  I'm just going to stop the tape while
6  you take a break?
7    MR. KORAL: Yes, that's a good idea.
8  (Off the record at 12:07 p.m.)
9  (On the record at 12:10 p.m.)
10    MR. AKIN: And we are on.
11  Back from the break.
12    MR. KORAL: Mr. Galli, I have no
13  questions.
14  The deposition is closed.
15    MR. AKIN: Thank you very much.
16    THE REPORTER: Usual stips?
17    MR. KORAL: Usual stips.
18    MR. AKIN: Usual stips.
19  (DEPOSITION CONCLUDED: 12:10 P.M.)

Page 156

―――――― I N D E X ――――――
WITNESS    EXAMINATION BY    PAGE LINE
Mr. Galli    Mr. Akin    5  6

―――――INFORMATION REQUESTS―――――
DIRECTIONS: Page 47, Line 4; Page 102, Line 8
  Page 102, Line 14; Page 130, Line 5
  Page 141, Line 6
RULINGS: None
TO BE FURNISHED: None
REQUESTS: Page 148, Line 23
MOTIONS: None

―――――EXHIBITS―――――
GALLI            FOR ID.
NO.            PAGE LINE
No. 1  MARKED FOR IDENTIFICATION:  50  22
  Copy of an agreement.

Exh. 1  EXHIBIT PREVIOUSLY MARKED  53  4
  LIBUTTI NUMBER 1 ON
  JANUARY 22, 2008: The
  agreement between
  Mr. Gallo and Alitalia.

No. 2  MARKED FOR IDENTIFICATION:  120  8
  An e-mail from Mr. Bruni.
No. 3  MARKED FOR IDENTIFICATION:  120  8
  E-mail exchanges between
  Mr. Chisi and Mr. Libutti
  RE: station manager.

Page 157

―――――EXHIBITS―――――
(CONTINUED)
GALLI            FOR ID.
NO.            PAGE LINE

No. 4  MARKED FOR IDENTIFICATION:  120  8
  Document from Orlandi to
  Amurri, with a copy to
  Mr. Gallo.
No. 2  An e-mail from Mr. Bruni.  123  11
No. 3  E-mail exchanges between  123  22
  Mr. Chisi and Mr. Libutti
  RE: station manager.
No. 4  Document from Mr. Orlandi  124  16
  to Mr. Amurri, with a copy
  to Mr. Gallo.
No. 5  MARKED FOR IDENTIFICATION:  125  16
  US Employee Handbook.

Exh. C  PREVIOUSLY MARKED EXHIBIT:  127  20
  Three-page document.
Exh. D  PREVIOUSLY MARKED EXHIBIT:  127  23
  Two-page document.

Exh. C  PREVIOUSLY MARKED EXHIBIT:  128  12
  Three-page document.
Exh. D  PREVIOUSLY MARKED EXHIBIT:  128  15
  Two-page document.

Exh. C  PREVIOUSLY MARKED EXHIBIT:  130  1
  Three-page document.