# Exhibit 42

Page 50

G. LIBUTTI

2  A. No.
3  Q. They kept you on?
4  A. No, we reached an agreement with the company and
5  the last three, four -- I left the company with mutual
6  agreement and they pay me for the last three, four
7  months, I didn't went to the office, it was an
8  agreement.
9  Q. Do you know why they would do that?
10 A. I don't know, overseas they're not very happy.
11 Q. And when was that?
12 A. It was in 2006.
13 Q. Now you said before there were two early
14 retirement plans; what was the difference between the
15 two of them, if any?
16 A. Different people involved, I don't know, and
17 different period of time and I don't remember a big
18 difference among.
19 Q. Why did there come a time that there was a second
20 early retirement plan?
21 A. Why was the second early retirement plan?
22 Q. Yeah, why did you have a second early retirement
23 plan?
24 A. Because the situation of the company became worse
25 and worse until, you know, it has almost been in

Page 51

G. LIBUTTI

2  bankruptcy and it was requested another effort to reduce
3  the cost and again we didn't want let go people,
4  terminate people without giving the possibility of
5  accept an early retirement plan.
6  Q. What was the age limit on the first early
7  retirement plan?
8  A. On the first I don't remember because I didn't
9  manage.
10 Q. And on the second one?
11 A. If I remember the second one was 50 or 51.
12 Q. Did anyone in corporate headquarters ever tell
13 you that they would prefer to have younger employees at
14 Alitalia?
15 A. No.
16 Q. Did anyone at corporate headquarters ever tell
17 you that many of the old people should be fired?
18 A. No, absolutely.
19 Q. Have you ever seen any PowerPoint presentations
20 with regard to the ages of employees at Alitalia?
21 A. PowerPoint presentation with the age?
22 Q. Ages of the employees?
23 A. No.
24 Q. Did you ever say to Francesco Gallo that he's no
25 young chicken?

Page 52

G. LIBUTTI

2  A. I'm sorry, again the question, I didn't
3  understand.
4  Q. Did you ever say to Francesco Gallo that he was
5  no young chicken?
6  A. No young chicken, I don't know what means young
7  chicken, I'm sorry.
8  Q. Okay. If you don't know, just tell me you don't
9  know.
10     MR. KORAL: Objection.
11 Q. Did you ever call Francesco Gallo an American
12 shit?
13 A. No.
14 Q. Did you ever tell him that he should quit because
15 he was no longer Italian?
16 A. Absolutely not.
17 Q. Did you ever tell anyone that Francesco Gallo was
18 gay?
19 A. No.
20 Q. Did you ever tell anyone that Francesco Gallo had
21 sex with another man?
22 A. No.
23 Q. Did you ever tell anyone that Francesco Gallo had
24 any type of sexual relation with another man?
25 A. No.

Page 53

G. LIBUTTI

2  Q. Did you ever speak to Francesco Gallo and tell
3  him that in sum and substance you must be very busy
4  taking it in the ass?
5  A. No.
6  Q. Now at Alitalia when you were working in New
7  York, did you and Galli and Gallo, would you curse?
8  A. Sorry?
9  Q. Would you curse, would you use derogatory terms,
10 would you -- foul language?
11     MR. KORAL: Objection.
12 A. Vulgar language?
13 Q. Vulgar language, that's a better way of putting
14 it, thank you.
15 A. No, it could be a strong Italian expression
16 because it could be -- could happen, yes, but --
17 Q. What types of strong Italian expressions?
18 A. In dialect, I don't know, por caponata.
19 Q. What does that mean?
20 A. I don't know, I don't know the translation.
21 Q. Literally what does it translate?
22 A. Literally it's no sense.
23 Q. What else, anything else that you can think of?
24 A. This is kind of wording in the dialect of some
25 different region of Italy. It could happen. Mr. Gallo