Exhibit 43

```
 1                    A. PORRU
 2    Rome in a worldwide sales meeting.
 3         Q    Did you ever hear Mr. Libutti ever make
 4    any comments about gays?
 5         A    No.
 6         Q    Ever make any comments about women in a
 7    sexual way?
 8         A    No.
 9         Q    Did you ever hear him make any comments
10    about Mr. Gallo being gay?
11         A    No.
12         Q    Did you ever hear anyone at Alitalia at
13    any time make any comments about Mr. Gallo being
14    gay?
15         A    Any comments, what do you mean?
16         Q    Comments.  Any person at Alitalia at any
17    time --
18         A    Yes.  The answer is yes.
19              MR. KORAL:  I am going to instruct the
20         witness not to disclose any conversations that
21         occurred in connection with preparing for
22         deposition or in connection with this lawsuit
23         where I or any other attorney was present.
24         Q    When did you first hear from anyone at
25    Alitalia comments that Mr. Gallo was gay?
```