# Exhibit 44

```
 1                    A. ROSS
 2       A    Sex.  Yes.
 3            Why would he say something like that,
 4  because I wear pants?
 5       Q    I don't know why he would say that.  I am
 6  just saying what I heard he said, okay?
 7            Did you ever at any time refer to
 8  Mr. Libutti as a -- forgive my pronunciation of the
 9  word -- coglione?
10       A    Coglione?
11       Q    Yes. Have you?
12       A    No, not to me.  Why would I be a coglione?
13       Q    Have you ever referred to Mr. Libutti as
14  such?
15       A    No.
16            Actually, I had a good relationship
17  with Mr. Libutti.  He would say whatever he wanted
18  to say.  I would say whatever I wanted to say to
19  him.  It was not a formal relationship, but
20  certainly not speaking in the manner that you just
21  mentioned.
22       Q    Did you ever hear Mr. Libutti say anything
23  derogatory or offensive about women?
24       A    Not in my presence.
25       Q    Did you hear him saying it to other
```

```
 1                       A. ROSS
 2    people?
 3        A    No.
 4        Q    Did you ever hear Mr. Libutti saying
 5    anything derogatory or offensive about gays or
 6    homosexuals?
 7        A    Again, not in my presence.  And I don't
 8    know if he said anything like that to other people.
 9        Q    And the same thing with respect to -- same
10    question with respect to older workers --
11        A    No.
12        Q    -- or older people?
13        A    No.  I am an older person.  He certainly
14    wouldn't say anything like that to me.
15        Q    Or that you could have heard of from
16    someone else?
17        A    No.
18        Q    And the same thing for Pierandrea Galli,
19    have you heard him make any comments, derogatory
20    about --
21        A    Not Pierandrea Galli.
22        Q    -- about women or -- women?
23        A    No.
24        Q    Older workers?
25        A    No.
```

```
 1                    A. ROSS
 2      Q    Older people?
 3      A    No.
 4      Q    Homosexuals?
 5      A    No.
 6      Q    Gay people?
 7      A    No.
 8      Q    How about Francesco Gallo?
 9      A    What about --
10      Q    -- have you ever heard him making any
11 comments -- such derogatory comments about gays?
12      A    Francesco Gallo never made any derogatory
13 comments about gays or older people or anybody else.
14      Q    Do you remember when Mr. Porru came to New
15 York for the first time?
16      A    Andrea Porru, yes.
17      Q    And do you remember when he was introduced
18 to the New York office?
19      A    I don't remember if there was a meeting of
20 introduction. Probably, but I don't.
21      Q    If I said to you that it was around July
22 of 2006 --
23      A    Yeah.
24      Q    -- would that ring a bell to you?
25      A    He came around that time for sure.
```

```
 1                    A. ROSS
 2   ago.
 3        Q    How about closer to the recent past,
 4   around 2006, did you ever hear any rumors about
 5   Mr. Gallo being a homosexual?
 6        A    Around that time I heard more than rumors.
 7   I mean, there was the Oksuz case.
 8        Q    When did you first learn of any rumors or
 9   statements about Mr. Oksuz and Mr. Gallo?
10        A    When I saw the lawsuit of Oksuz.
11        Q    Did you ever hear Mr. Libutti or Mr. Galli
12   refer to Mr. Gallo as a homosexual?
13        A    No.
14        Q    Did you ever hear them refer to
15   Mr. Mariotti as a homosexual?
16        A    No.  Mariotti is the one who says that he
17   was a homosexual.  I never heard it said by anybody
18   else.
19        Q    Did you ever hear Libutti or Galli ever
20   make any comment that the entire New York office is
21   a bunch of frocio?
22        A    No.  That would be really outlandish.
23        Q    Did you read the complaint by Ms. Lorruso?
24        A    Yes, I did.  Since I had to be deposed.
25        Q    Did you find any of it to be true?
```