Exhibit 45

```
2
3              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
4      _____

5      FRANCESCO GALLO,
6              Plaintiff,
7      -against-                              Case No.
                                              07CV06418(CM)(HP)
8      ALITALIA-LINEE AEREE ITALIANE-
       SOCIETA PER AZIONI, PIERANDREA GALLI,
9      and GIULIO LIBUTTI,
10             Defendants.
       _____)
11
12              DEPOSITION OF LINDA LOPES
                    New York, New York
13              Wednesday, March 12, 2008
14
15
16
17
18
19
20
21
22     Reported by: CAPRICE LATHE
       Job No.:   10350
23
24
25
```

```
 1                    L. LOPEZ
 2      A    When he came to the company.  I really
 3 don't remember the exact year.
 4      Q    A decade?
 5      A    It must have been like 2000 -- I'm not too
 6 sure of the date.
 7      Q    Did you like him?
 8      A    I had no problem with him.
 9      Q    Did you know Pierandrea Galli?
10      A    Yes, I did.
11      Q    Did you have any problem with him?
12      A    No, I didn't.
13      Q    Did you ever hear Giulio Libutti say
14 anything derogatory about gays?
15      A    No.
16      Q    Older people?
17      A    No.
18      Q    Women?
19      A    No.
20      Q    Did you ever hear of him saying any such
21 co       ?
22      A    No, I didn't.
23      Q    Did he ever call Mr. Gallo a homosexual?
24      A    No.
25      Q    Same question for Pierandrea Galli.
```

```
 1                    L. LOPEZ
 2      A    No.
 3      Q    Did you ever report to Mr. Gallo?
 4      A    Yes.
 5      Q    When was that?
 6      A    Maybe it was 2003.
 7      Q    And what was your position back then?
 8      A    I was a representative -- payroll
 9   representative.
10      Q    And what was Mr. Gallo's position?
11      A    He was VP -- I don't remember the exact
12   position.
13      Q    Was it regulatory affairs?
14      A    I think so.
15      Q    You remained in that position up until
16   when?
17      A    I was a payroll representative until -- I
18   think it was 2005.
19      Q    Do you remember what month?
20      A    I think it was July.
21      Q    And what happened in July of 2005?
22      A    I was promoted.
23      Q    And that was to what position?
24      A    To the coordinator -- payroll and benefits
25   coordinator.
```