Exhibit 46

2

3                    UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF NEW YORK

4    ——————————————————————————————

5    FRANCESCO GALLO,

6              Plaintiff,

7    -against-                           Case No.

                                         07CV06418(CM)(HP)

8    ALITALIA-LINEE AEREE ITALIANE-

     SOCIETA PER AZIONI, PIERANDREA GALLI,

9    and GIULIO LIBUTTI,

10             Defendants.

     ——————————————————————————————)

11

12          DEPOSITION OF MAURIZIO DI DOMENICO

                  New York, New York

13             Wednesday, March 12, 2008

14

15

16

17

18

19

20

21

22   Reported by: CAPRICE LATHE

     Job No.:   10350

23

24

25

M. DI DOMENICO

```
1
2      Q    Do you remember where you met him?
3      A    In Rome.
4      Q    And was that when you were working with
5  Mr. Afanti?
6      A    Fanti, yes, sir.
7           MR. KORAL:  It is not Afanti.  It is
8      Fanti, F-A-N-T-I.
9      Q    F-A-N-T-I?
10     A    Yes.
11     Q    Mr. Fanti.
12          Did you become friends with
13  Mr. Libutti?
14     A    No.
15     Q    Did you ever go out with him socially?
16     A    No.
17     Q    Did you like him?
18          MR. KORAL:  Objection.
19     A    I only have a professional relationship
20  with Mr. Libutti.
21     Q    Did you ever find him offensive?
22     A    No.
23          MR. KORAL:  Objection.
24     Q    Did you ever find anything that he said
25  offensive?
```

```
 1                      M. DI DOMENICO

 2      A     No.

 3      Q     Did he ever say anything about Jews?

 4      A     I am sorry?

 5      Q     Did he ever say anything about Jewish

 6   people?

 7      A     Jewish?  No.

 8      Q     Did he ever say anything about --

 9   derogatory about women?

10      A     No.

11      Q     How about homosexuals?

12      A     To me, no.

13      Q     Did he ever say anything about homosexuals

14   to others?

15      A     Not that I know.

16      Q     That you suspect?

17            MR. KORAL:  Objection.

18            MR. SMITH:  I am going to ask it.

19            MR. KORAL:  You can ask it, but it is

20        objected to.

21            And I am instructing the witness not to

22        speculate.

23      A     Not that I am aware of.

24      Q     That you have a basis for your awareness

25   that he may have said -- withdrawn.
```