Exhibit 47

```
 1
 2      UNITED STATES DISTRICT COURT
 3      SOUTHERN DISTRICT OF NEW YORK
        - - - - - - - - - - - - - - - - - - -x
 4
        FRANCESCO GALLO,                              ORIGINAL
 5
                 Plaintiff,
 6
 7              -against-                    Case No.
                                             07 CV 06418
 8      ALITALIA - LINEE AEREE ITALIANE -    (CM)(RLE)
        SOCIETA PER AZIONE, PIERANDREA GALLI,
 9      and GIULIO LIBUTTI,
10               Defendants.
11      - - - - - - - - - - - - - - - - - - -x
12
13
14          TELEPHONIC DEPOSITION of FRANCESCO CESARI, taken
15      by Plaintiff at the offices of Akin & Smith, LLC, 305
16      Broadway, New York, New York, on Monday, March 31, 2008,
17      commencing at 11:22 a.m., before Elizabeth Santamaria, a
18      Certified Shorthand (Stenotype) Reporter and Notary
19      Public within and for the State of New York.
20
21
22
23
24
25
```

```
 1                        Cesari
 2         A.    I do not remember.
 3         Q.    If I said to you the meeting was
 4   regarding airport suppliers and ground handling
 5   agents, does that refresh your recollection?
 6         A.    No.  I'm sorry.  I do not remember.
 7   I had several meetings with the department, with
 8   the Purchasing Department.  I don't remember when
 9   and where.
10         Q.    Did Mr. Libutti ever refer to
11   Mr. Gallo as a "frocio"?  F-R-O-C-I-O.
12         A.    What you mean?  I don't understand
13   what Mr. Smith say.
14         Q.    I said, did you ever hear
15   Mr. Libutti refer to Mr. Gallo as a "frocio"?
16         A.    No, never.
17         Q.    Did you ever hear Mr. Libutti ever
18   say anything derogatory about Mr. Gallo?
19         A.    No.
20         Q.    Did you ever hear Mr. Libutti tell
21   anyone that Mr. Gallo was having sex with a
22   Turkish man?
23         A.    No.  I heard only rumors about that
24   in Rome.
25         Q.    Who did you hear these rumors from?
```