Exhibit 49

Page 58

G. LIBUTTI

1. gay. He told me that Ms. Abbott was lesbian. He told
2. me that Ester Lorusso used to do blow job to our
3. predecessor. Many, many things like that, yes.
4. Q. What else? Tell me. This is all stuff I want to
5. know about. What else did he say?
6. A. He was talking very bad about Anna Mariani.
7. Q. What did he say?
8. A. That she was using dead people to defend herself.
9. Using dead people like Mr. Corallo was my predecessor
10. that she accused had been harassed by him. So Mr. Gallo
11. said it was a bitch using the dead man to accuse
12. Alitalia. Also told me that Betty Santella probably is
13. a lesbian and that's all.
14. Q. Did he ever tell you that Gabriele Mariotti was
15. a --
16. A. No, never mentioned a bit about it.
17. Q. And you never asked him to find out this
18. information?
19. A. No, I don't care about sexual orientation of the
20. people.
21. Q. So you don't know why Francesco Gallo was telling
22. you this?
23. A. No, probably to keep me informed about the
24. secrets of rumors and secret of the company. He has

Page 59

G. LIBUTTI

1. been for 30 years there, I have only been for 3 years.
2. Q. When he would tell you this information, what did
3. you say?
4. A. I don't care. I was working very well with all
5. of them so.
6. Q. When Mr. Gallo would continue to tell you other
7. people who were gay, would you continue to say I don't
8. care?
9.    MR. KORAL: Objection.
10. A. I didn't comment.
11. Q. Did you ever refer to the employees, Alitalia
12. employees at North America in New York as, forgive my
13. pronunciation, as the Froci?
14. A. No.
15. Q. Did I pronounce it correctly?
16. A. Yeah, perfect.
17. Q. On a telephone call around December of 2005, do
18. you recall telling Francesco Gallo "since I'm not there
19. you must be very busy taking it in the ass. Try to be
20. good. Think what would happen if your wife would find
21. it out." Do you recall that?
22. A. No.
23. Q. And you read that in the complaint that you
24. received in Italy, right?

Page 60

G. LIBUTTI

1. A. Yes.
2. Q. Did you ever grab his arm?
3. A. Sorry?
4. Q. Have you ever forcibly grabbed Mr. Gallo?
5. A. I never touch.
6. Q. Ever yell at him?
7. A. Sorry?
8. Q. Did you ever yell at him?
9. A. Yellow?
10. Q. Yell at -- holler at him, yell?
11. A. Listen, I repeat in that period I had a lot of
12. respect for Mr. Gallo so I never yell to him.
13. Q. Did you ever say you hated jews?
14. A. If I hate jews?
15. Q. Yes.
16. A. No.
17. Q. Did you ever say that you hated American
18. attorneys?
19. A. American attorney. No, I don't hate American
20. attorney. I'm sorry Alan.
21. Q. Were you aware if Mr. Gallo was an American
22. citizen?
23. A. No, I suppose he was but I never ask he was. I
24. didn't see the passport.

Page 61

G. LIBUTTI

1. Q. And why do you suppose he was?
2. A. He was living in the United States since 30 or
3. more years so I suppose he's American citizen.
4. Q. Did you ever say to Mr. Gallo you rushed in to
5. become an American citizen in order to F-U-C-K my
6. strategy?
7. A. No.
8. Q. Were you frustrated that you were not an American
9. citizen?
10. A. No, I'm proud to be Italian.
11. Q. Were you frustrated that you were not able to get
12. your green card?
13. A. No.
14. Q. Did Mr. Gallo ever complain to Mr. Galli about
15. you?
16. A. You should ask Mr. Galli.
17. Q. To your knowledge?
18. A. No.
19. Q. Did Mr. Galli ever discuss any complaints from
20. Mr. Gallo with you?
21. A. No.
22. Q. Did you ever say to Mr. Gallo, I'm the boss you
23. have to listen to me or anything of that nature?
24. A. You know, I told you again the respect for the