# Exhibit 50

Page 172

```
 1                          GALLO                        172
 2   said to Mr. D'Ilario, after he said yes, he had met
 3   with D'Angelo, and did he stick it up your ass as
 4   usual, do you remember ever saying that to
 5   Mr. D'Ilario?
 6        A.   I don't think so.
 7        Q.   You don't think so?
 8        A.   No.
 9        Q.   Are you sure you never said that to
10   Mr. D'Ilario?
11        A.   To stick, I told Mr. D'Ilario, I spoke to
12   Mr. D'Ilario about Mr. D'Angelo.
13        Q.   The question is did you ever say to
14   D'Ilario, "Did D'Angelo stick it up your ass as
15   usual?"
16        A.   Could be, yes.
17        Q.   You might have?
18        A.   Could be.
19        Q.   So maybe she's not lying about that?
20        A.   Well, but even if I even, if I said that
21   to Mr. D'Ilario, I would not have said in an
22   elevator.
23        Q.   But you may have said it to Mr. D'Ilario
24   at some time or other?
25        A.   Could be, yes, probably, yes.
```