Exhibit 51

Page 62

```
 1   executives?
 2       A    No. No.
 3   I said, "It's a good opportunity."
 4   Not --
 5       Q    It's a good opportunity?
 6       A    Yes. Yes.
 7       Q    Then is the consultation provision of
 8   the agreement also a good opportunity?
 9       A    It was the decision, between
10   Mr. Gallo and the company, to have this kind of
11   agreement.
12       Q    Now, during the one year that you
13   were stationed in New York, from 2003 to 2004,
14   what did you observe about the relationship
15   between Mr. Gallo and Mr. Libutti?
16       A    They were discussing, issuing on any
17   day. They were quite the good cooperation.
18       Q    Did you notice any conflict/dispute
19   between Gallo and Libutti?
20       A    No.
21       Q    Was there ever any complaints
22   reported to you, either by Mr. Gallo against
23   Mr. Libutti or Mr. Libutti against Mr. Gallo?
24       A    Just one.
25       Q    What was that?
```

Page 63

```
 1       A    That Mr. Gallo, I think, at the end
 2   of 2003, told me that received rumors from
 3   Rome, that Mr. Libutti had some problems with
 4   him.
 5       Q    And what were those problems?
 6       A    Problems. It was not on the same
 7   ideas or there were exchange of ideas. The
 8   word I remember was "problems."
 9       Q    Did you, at any point in time, speak
10   to Mr. Libutti about this matter?
11       A    I first asked Mr. Gallo to tell me,
12   where in Rome, who were saying these kinds of
13   things.
14   He said, "No, no. It's not important."
15   And then I told Mr. Libutti, that
16   Mr. Gallo told me like this.
17   And he said, "That was not the case."
18       Q    Did you witness any shouting,
19   yelling, screaming between Mr. Libutti and
20   Mr. Gallo?
21       A    No.
22       Q    Who is Niels Wulff?
23       MR. KORAL: The name is "Nils."
24       Q    N-I-E-L-S?
25       MR. KORAL: N-I-L-S.
```

Page 64

```
 1       THE WITNESS: N-I-E --
 2       MR. KORAL: -- L-S.
 3       MR. AKIN: Right.
 4   That's what I thought.
 5   The last name, Wulf, W-U-L-F?
 6       THE WITNESS: W-U-L-F-F.
 7       MR. AKIN: "Double 'F'."
 8   BY MR. AKIN:
 9       Q    Who is Niels Wulff?
10       A    Who is?
11       Q    Yes?
12       A    He was an executive of the company.
13       Q    What was the title?
14       A    When?
15       Q    From 2003 until 2006.
16       A    I think he left the company in 2003.
17       Q    What month in 2003?
18       A    I don't remember.
19       Q    What was his title when he left the
20   company?
21       A    He was responsible for North America
22   sales.
23       Q    And why did he leave the company?
24       A    Sorry. Can you --
25       Q    Why did he leave the company?
```

Page 65

```
 1       A    He found an agreement with the
 2   company to leave.
 3       Q    A similar agreement to what Mr. Gallo
 4   was offered?
 5       MR. KORAL: Objection.
 6       THE WITNESS: I don't know if it's
 7   similar or not. But it's an agreement
 8   between him and the company.
 9   BY MR. AKIN:
10       Q    Did Mr. Wulff ever work with
11   Mr. Gallo?
12       A    When you mean "work" --
13       Q    Did they work together?
14       A    Yes.
15       Q    Was he a senior to Mr. Gallo?
16       A    When he was in New York, no.
17   I don't remember before.
18       Q    When they were in New York, was
19   Mr. Wulff a subordinate to Mr. Gallo?
20       A    What is?
21       Q    Was he beneath Mr. Gallo?
22       A    He was a peer.
23       Q    Did Mr. Gallo ever make any
24   complaints to you about Mr. Wulff?
25       A    Yes. Yes.
```