# Exhibit 52

```
                    Gallo          146
 2   it?
 3      A.  I did not believe it.
 4      Q.  Did you call anybody and say, you won't
 5   believe what I just heard from Fanti or what I just
 6   heard from --
 7      A.  No, no, no, no, excuse me, I did not
 8   believe what Alitalia was preparing for the last
 9   six, seven years.
10      Q.  When you say you did not believe it, you
11   mean you didn't take it seriously?
12      A.  Yes, I tried always not to hear, you know,
13   cover the voice, because in that place it's --
14      Q.  So you didn't ask Mr. Libutti, is it true
15   you're planning to fire me because you think I'm
16   homosexual?
17      A.  No.  Neither occasion I asked him, no
18   homosexual, because at that time I didn't know what
19   Libutti was saying, but I did ask him.  As a matter
20   of fact, I told his boss.
21      Q.  His boss is Galli?
22      A.  Yeah, to be aware.  As a matter of fact, I
23   think it was worse.
24      Q.  Well, I'd like you just to answer the
25   question.  When you heard this news that Libutti is
```

```
                    Gallo          147
 2   saying that you're going to get fired and that
 3   you're homosexual, you did not confront Libutti with
 4   that information at the time you heard it?
 5      A.  No.
 6      Q.  Did you get in touch with Mr. DiDomenico
 7   to ask him why he was saying these things to Fanti
 8   and/or to Mazzucco?  No?
 9      A.  I'm sorry.
10      Q.  And you certainly haven't gotten in touch,
11   I think you have already testified you have not been
12   in touch with Mr. DiDomenico since you left
13   Alitalia?
14      A.  Yes.
15      Q.  Did you report to Mr. Conforti, the
16   general counsel, that Libutti was going around
17   saying that you were homosexual?
18      A.  No because at the time that I reported to
19   Mr. Conforti, that was not what I knew.  I knew that
20   there was a plan to fire me.
21      Q.  Maybe we have a confusion about the word
22   "report."
23          Did you tell Mr. Conforti at the time you
24   heard that DiDomenico was telling people, some
25   people, that Libutti said you're going to be fired
```

```
                    Gallo          148
 2   and that you're homosexual, did you tell Conforti?
 3      A.  No because I did not talk to Conforti
 4   anymore after this.
 5      Q.  You couldn't send Conforti an e-mail?
 6      A.  It was Mr. Conforti that told me, Franco,
 7   you know, I'm so sorry, these people are horrible,
 8   this is a file that I want you to read and take it,
 9   I never gave you anything, but they want you out.
10      Q.  I'm sorry, did he throw the file down on
11   the table the way you just did to Exhibit 8?
12      A.  I was, it was quite concerned, quite mad,
13   yes.
14          MR. KORAL:  Could we have the last set of
15      questions read back because I didn't catch it
16      all.  Wait, wait, she's going to read it.
17          (Requested portion of record was read.)
18      Q.  What file is it that he gave you to read?
19      A.  A setup of auditing.
20      Q.  It was a file from the --
21      A.  Made by --
22      Q.  I'm sorry, go ahead, I didn't know you
23   were continuing.  Made by?
24      A.  Made by the auditors and correspondents
25   that is near the responsibility of security from the
```

```
                    Gallo          149
 2   center to -- when I say center, to Alitalia home
 3   office, to New York.  There is a complete file at
 4   Alitalia whereby, if I recall well, $6.7 million
 5   were imposed on Alitalia because they not perform
 6   the security they're supposed to in Italy, the $6.7
 7   million were mitigated by New York and never paid a
 8   penny.
 9          So the auditing report made on behalf of
10   the station manager of Washington, the station
11   manager of Boston, all the people that had to be
12   removed for whatever reason, was a document needed
13   in order to justify what was going to take place.
14          So Mr. Conforti told me they're trying,
15   read and prepare yourself, they're trying to get you
16   in this situation.  And since Mr. Conforti, prior to
17   this, told me that it was his feeling, and I respect
18   Mr. Conforti, I know Mr. Conforti for many years, I
19   did work with Mr. Conforti.
20          He was sensible to the situation.  As a
21   matter of fact, Mr. Conforti offered me a job in
22   Rome if I could be transferred, he asked me
23   specifically.
24      Q.  First, the conversation that occurred with
25   Mr. Conforti where he showed you or gave you the
```

38 (Pages 146 to 149)

One Penn Plaza, NYC                Toby Feldman, Inc.                        tel (212) 244.3990
email@tobyfeldman.com    NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    tel (800) 246.4950