Exhibit 53

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GALLO,

           Plaintiff,

-against-

ALITALIA – LINEE AEREE ITALIANE –
SOCIETA PER AZIONI, PIERANDREA GALLI,
and GIULIO LIBUTTI,

           Defendants.

Case No. 07 CV 06418 (CM)(RLE)

## PLAINTIFF'S COURT ORDERED SPECIAL INTERROGATORIES DIRECTED TO LEOPOLDO CONFORTI

Translation:

## INTERROGATORIO SPECIALE DEL QUERELANTE ORDINATO DALLA CORTE E DIRETTO A LEOPOLDO CONFORTI

**General Objection:** Defendants object to these interrogatories to the extent that they seek to discover information protected by the attorney-client privilege or by the attorney work product doctrine.

**INTERROGATORY NO. 1:** What were all of your various positions at Alitalia and include the years you held these positions.

Translation:

**DOMANDA N. 1** La prego di indicare quali sono state tutte le posizioni di lavoro da Lei occupate in Alitalia, indicando gli anni in cui ha occupato queste posizioni.

**Objection:** Defendants object to this interrogatory on the grounds that it is overbroad as to time and exceeds in scope the special interrogatories ordered by the Court.

NEWYORK/#193297.1

### ANSWER TO INTERROGATORY NO. 1:

Sono stato assunto nel 1987 in qualità di Responsabile "Affari Societari"; dal 1990 al 1991 ho ricoperto la carica di Responsabile "Pianificazione Trasporto Aereo/Aeroporti"; dal 1991 al 1992 quella di Responsabile "Progetto Malpensa"; dal 1992 al 1997 quella di Responsabile "Politiche Aeroportuali"; dal 1997 ricopro la carica di General Counsel "Legale e Societario" nonché quella di Segretario del Consiglio di Amministrazione.

**INTERROGATORY NO. 2:** Did you ever, in sum and substance, in any fashion, tell Mr. Gallo that Alitalia wanted him fired because they wanted a younger group of employees or wanted to eliminate older employees.

Translation:

**DOMANDA N. 2:** Ha mai detto a Francesco Gallo, in breve e in sostanza ed in ogni modo possibile, che Alitalia voleva licenziarlo perchè voleva ringiovanire la popolazione impiegatizia o che Alitalia voleva eliminare gli impiegati più vecchi?

**Objection:** Defendants object to the form of this interrogatory.

### ANSWER TO INTERROGATORY NO. 2:

Assolutamente no.

**INTERROGATORY NO. 3:** To your knowledge, what are all of the reasons why Alitalia wanted to fire Mr. Gallo?

Translation:

**DOMANDA N. 3:** Che Lei sappia, quali sono tutti i motivi per cui Alitalia voleva licenziare Francesco Gallo?

**Objection:** Defendants object to the form of this interrogatory. Defendants also object to this interrogatory because it is vague as to time.

### ANSWER TO INTERROGATORY NO. 3:

Per quanto a mia conoscenza Alitalia non ha mai inteso licenziare Francesco Gallo.

**INTERROGATORY NO. 4:** To your knowledge, what are all of the reasons why Alitalia fired Mr. Gallo?

Translation:

**DOMANDA N. 4:** Che Lei sappia, quali sono tutti i motivi per cui Alitalia ha licenziato Francesco Gallo?

**Objection:** Defendants object to the form of this interrogatory.

### ANSWER TO INTERROGATORY NO. 4:

Per quanto a mia conoscenza, Francesco Gallo non è stato licenziato.

**INTERROGATORY NO. 5:** Did anyone at Alitalia ever express a desire to eliminate any employees, because they were either gay, too old, or female? If so, please identify said person(s).

Translation:

**DOMANDA N. 5:** Vi fu mai qualcuno in Alitalia che espresse il desiderio di eliminare qualsiasi impiegato perchè gay, o troppo vecchio o di sesso femminile? Se e' così, per cortesia identifichi dette persone.

**Objection:** Defendants object to the form of this interrogatory. Defendants also object to this interrogatory because it is overbroad as to time and exceeds in scope the special interrogatories ordered by the Court.

### ANSWER TO INTERROGATORY NO. 5:

Non mi risulta.

**INTERROGATORY NO. 6:** If your answer to No. 5 is in the affirmative, please set forth the names of these individuals and the sum and substance of what they said with respect to said issue.

Translation:

**DOMANDA N. 6:** Se la risposta alla domanda n. 5 e' affermativa, La prego di indicare i nomi di questi individui ed in breve e in sostanza ciò che dissero in merito.

**Objection:** Defendants object to this interrogatory on the groundsw that it is vague and ambiguous and that it exceeds in scope the special interrogatories ordered by the Court.

NEWYORK/#193297.1

### ANSWER TO INTERROGATORY NO. 6:

N.A.

**INTERROGATORY NO. 7:** Did you ever see any documents at Alitalia relating to the elimination of older workers? Is so, please describe said documents and identify their contents.

Translation:

**DOMANDA N. 7:** Ha mai visto in Alitalia qualsiasi documento relativo all'eliminazione di impiegati più vecchi? Se cosi, La prego di descrivere detti documenti ed identificare il loro contenuto.

**Objection:** Defendants object to this interrogatory on the grounds that it is vague and ambiguous, overbroad as to time and exceeds in scope the special interrogatories ordered by the Court.

### ANSWER TO INTERROGATORY NO. 7:

Assolutamente no.

**INTERROGATORY NO. 8:** Did you ever hear anyone refer to Mr. Gallo as being gay or too old? If so, please identify said individuals(s) and what was said.

Translation:

**DOMANDA N. 8:** Ha mai sentito qualcuno riferirsi a Francesco Gallo come gay o troppo vecchio? Se così, La prego di identificare questi individui e riferire che cosa hanno detto.

**Objection:** Defendants object to the form of this interrogatory. Defendants also object to this interrogatory because it is vague and ambiguous, overbroad as to time and exceeds in scope the special interrogatories ordered by the Court.

### ANSWER TO INTERROGATORY NO. 8:

Assolutamente no.

**INTERROGATORY NO. 9:** Did you or anyone to your knowledge instruct Mr. Gallo to terminate any employees because they were either gay, too old, or female? If so, please identify said person(s).

Translation:

**DOMANDA N. 9:** Ha mai dato direttive, o sa se altri abbiano mai dato direttive a Mr. Gallo di terminare impiegati semplicemente perchè erano gay, o troppo vecchi o di sesso femminile? In caso affermativo, La prego di identificare queste persone.

NEWYORK/#193297.1

**Objection:** Defendants object to the form of this interrogatory. Defendants also object to this interrogatory on the grounds that it is vague and ambiguous, overbroad as to time and exceeds in scope the special interrogatories ordered by the Court.

### ANSWER TO INTERROGATORY NO. 9:

Assolutamente no.

**INTERROGATORY NO. 10:** Did you ever instruct Mr. Gallo to shred or destroy any documents? If so, please identify said documents.

Translation:

**DOMANDA N. 10:** Ha mai dato direttive a Francesco Gallo di tritare o distruggere documenti? Se così La prego di identificare detti documenti.

**Objection:** Defendants object to this interrogatory on the grounds that it is overbroad as to time, is not reasonably calculated to lead to the discovery of admissible evidence and exceeds in scope the special interrogatories ordered by the Court.

### ANSWER TO INTERROGATORY NO. 10:

Assolutamente no.

**INTERROGATORY NO. 11:** Did you ever give Mr. Gallo any document(s)/letter(s) that pertain in any way to the termination of older employees at Alitalia? If so, please identify said document(s)/letter(s).

Translation:

**DOMANDA N. 11:** Ha mai dato a Francesco Gallo documenti e/o lettere relative in ogni modo all'eliminazione di impiegati vecchi in Alitalia? Se così, La prego di identificare detti documenti/lettere.

**Objection:** Defendants object to the form of this interrogatory. Defendants also object to this interrogatory on the grounds that it is vague and ambiguous, is not reasonably calculated to lead to the discovery of admissible evidence, is overbroad as to time, and exceeds the scope of the special interrogatories ordered by the Court.

### ANSWER TO INTERROGATORY NO. 11:

Assolutamente no.

NEWYORK/#193297.1

**INTERROGATORY NO. 12:** To your knowledge, what are all of the reasons why Alitalia provided Mr. Gallo with a consultancy agreement to sign?

Translation:

**DOMANDA N. 12:** Che Lei sappia, quali sono le ragioni per cui Alitalia ha dato a Francesco Gallo un contratto di consulenza da firmare.

**Objection:** Defendants object to the form of this interrogatory. Defendants also object to this interrogatory on the grounds that it exceeds in scope the special interrogatories ordered by the Court.

**ANSWER TO INTERROGATORY NO. 12:**

Non lo so.

**INTERROGATORY NO. 13:** Did you ever, in sum and substance, in any fashion, tell Mr. Gallo that Alitalia wanted him out because Mr. Gallo was causing problems for them by not agreeing to their policy of firing older workers?

Translation:

**DOMANDA N. 13:** Ha mai detto a Francesco Gallo, in breve, in sostanza e in ogni modo possibile, che Alitalia lo voleva fuori dalla compagnia perchè Mr. Gallo stava creando problemi ad Alitalia in quanto non era d'accordo sulla loro policy di licenziamento di lavoratori più vecchi?

**Objection:** Defendants object to this interrogatory on the grounds that it exceeds in scope the special interrogatories ordered by the Court.

**ANSWER TO INTERROGATORY NO. 13:**

Assolutamente no.

**INTERROGATORY NO. 14:** Did you have any knowledge of either PIERANDREA GALLI or GIULIO LIBUTTI making any comments that are derogatory towards gays, older workers, or women or express any desire to eliminate workers because they belonged to one of the above categories. If so, please detail the sum and substance of your knowledge.

Translation:

**DOMANDA N. 14:** E' al corrente di commenti fatti da Pierandrea Galli o Giulio Libutti che siano derogatori contro gay, dipendenti più vecchi, donne, o che abbiano espresso di volere eliminare lavoratori perchè appartenenti ad una delle categorie su menzionate? Se così', La prego di dettagliare in breve ed in sostanza ciò che e' di Sua conoscenza.

NEWYORK/#193297.1

**Objection:** Defendants object to the form of this interrogatory. Defendants also object to this interrogatory on the grounds that it is vague and ambiguous, overbroad as to time and exceeds in scope the special interrogatories ordered by the Court.

### ANSWER TO INTERROGATORY NO. 14:

Assolutamente no.

The objections noted above are interposed by counsel for Defendants.

> VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
> Attorneys for Defendants
>
> By: _____
> Alan M. Koral, Esq.
> 1633 Broadway, 47 Floor
> New York, NY 10019
> (212) 407-7750

### VERIFICATION

I, Leopoldo Conforti, declare under penalty of perjury under the laws of the United States of America that the foregoing answers to interrogatories are true and correct.

Executed at Rome, Italy on 28 March 2008.

Translation:

Io, Leopoldo Conforti, consapevole delle sanzioni previste dalle leggi degli Stati Uniti di America per il reato di falsa testimonianza, dichiaro che le risposte alle domande che precedono sono veritiere ed esatte.

Sottoscritto in Roma, Italia il 31 Marzo 2008

_____
Leopoldo Conforti

NEWYORK/#193297.1

REPERTORIO n. 17.040

AUTENTICA DI FIRMA

Repubblica Italiana

Certifico io sottoscritto Dott. Alfredo Maria Becchetti, Notaio in Roma, con studio in Lungotevere dei Mellini n.51 iscritto nel Collegio dei Distretti Notarili Riuniti di Roma, Velletri e Civitavecchia, che il Signor:

- Dott. Leopoldo Luigi CONFORTI, nato a Rogliano (Italia) il 24 maggio 1950, domiciliato per la carica ove appresso, nella sua qualità di General Counsel dell'ALITALIA - Linee Aeree Italiane S.p.A. con sede in Roma Viale Alessandro Marchetti n. 111, codice fiscale e numero di iscrizione al Registro delle Imprese di Roma 00476680582, R.E.A. di Roma n. 135156, partita I.V.A. n. 00903301000,

della cui identità personale e qualifica io Notaio sono certo, ha apposto la propria firma in calce alla scrittura che precede ed a margine degli altri fogli alla mia presenza in Roma, Viale Alessandro Marchetti n.111.

Roma, lì 31 marzo 2008

