# Exhibit 54

BERNARD S. MEYER (1975-1979; 1987-2005)
JOSEPH A. SUOZZI
JOHN F. ENGLISH (1960-1987)
BASIL A. PATERSON
JEFFREY G. STARK
JOHN V. N. KLEIN
HAROLD ICKES
ROBERT M. ARCHER
BRIAN MICHAEL SELTZER
RICHARD G. FROMEWICK
LOIS CARTER SCHLISSEL
MICHAEL A. CIAFFA
BARRY I. PEEK
JACK RUBINSTEIN
RICHARD D. WINSTEN
ANDREW J. TURRO
A. THOMAS LEVIN[5,6]
JULES B. LEVINE
EDWARD J. GUTLEBER
LOWELL PETERSON
DONNALYNN DARLING
PATRICIA GALTIERI
RICHARD N. GILBERG[3]
IRWIN BLUESTEIN
JOHN H. BYINGTON III
RICHARD F.X. QUAY
LAWRENCE E. SCHERER[9]
RICHARD S. CORENTHAL
PATRICIA MCCONNELL
KEVIN SCHLOSSER
HANAN B. KOLKO
BARRY R. SHAPIRO
ERICA B. GARAY
HOWARD B. KLEINBERG[7]
ROBERT J. GAFFNEY
MARTY G. GLENNON
NATHANIEL L. CORWIN
RICHARD A. BROOK
TED J. TANENBAUM

STEVEN B. STAR
ROBERT MARINOVIC
JAYSON J.R. CHOI[1]
ROBERT C. SPROULE[11]
BRIAN S. STOLAR[10]
STELLA LELLOS[1]
PETER E. BLOND
ROBERT C. ANGELILLO[10]
KIERAN X. BASTIBLE
ANTHONY LUMIA[10]
JENNIFER M. HERNÁNDEZ
MELANIE D. HENDRY
GARY A. THAYER
MIRIAM FOLEY
AYANA M. BROOKS
ANNE MARIE O'DONOVAN
JENNIFER A. LEAHY

COUNSEL
ANNE J. DEL CASINO[5]
THOMAS F. HARTNETT[3]
JORDAN ROSSEN[8]
LINDA E. RODD
ROBERT T. MCGOVERN[10]
LYNN M. BROWN
CARMELA T. MONTESANO[1,12]

OF COUNSEL
DITCHIK & DITCHIK, LLP

SENIOR ADVISOR GOVERNMENT AFFAIRS
JANICE ANN ENRIGHT[3]

THE ICKES & ENRIGHT GROUP[4]

REGISTERED NEW YORK STATE LOBBYIST
JACQUELINE S.L. WILLIAMS[3]

1  ALSO ADMITTED WASHINGTON D.C.
2  MEMBER NEW JERSEY BAR ONLY
   REGISTERED NY STATE LOBBYIST
3  NON-ATTORNEY
4  REGISTERED WASHINGTON D.C. LOBBYIST
5  ALSO ADMITTED FLORIDA
6  ALSO ADMITTED US VIRGIN ISLANDS
7  ALSO ADMITTED CONNECTICUT
8  ALSO ADMITTED MICHIGAN
9  ALSO ADMITTED CALIFORNIA
10 ALSO ADMITTED NEW JERSEY
11 ALSO ADMITTED INDIANA
12 ALSO ADMITTED VIRGINIA

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
COUNSELORS AT LAW
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NEW YORK 10018-0026
212-239-4999
FACSIMILE: 212-239-1311
E-MAIL: meyersuozzi@msck.com
WEBSITE: http://www.msck.com

MINEOLA OFF
1505 KELLUM PL.
P.O. BOX
MINEOLA, NEW YORK 11501-0
516-741-4
FACSIMILE: 516-741-4

ALBANY OFF
ONE COMMERCE PL
SUITE 1
ALBANY, NEW YORK 12
518-465-5
FACSIMILE: 518-465-3

WASHINGTON OFF
1300 CONNECTICUT AVENUE, N.
SUITE C
WASHINGTON, DC 20(
202-955-6
FACSIMILE: 202-223-0

MELVILLE OFF
425 BROADHOLLOW ROAD, SUITE 4
P.O. BOX 9C
MELVILLE, NEW YORK 11747-9C
631-249-6
FACSIMILE: 631-777-6

GENERAL COUNSEL

0 7 GIU. 2006

50

June 5, 2006

**Via Federal Express**
Leopoldo Conforti
Amministratore Delegato (General Counsel)
Alitalia Linee Aeree Italiane S.p.A.
Via A. Marchetti 111
Rome, Italy 00148

3 8570.00

Re:  *Dursun Oksuz and Alitalia Airlines*

Dear Mr. Conforti:

We represent Dursun Oksuz in connection with his employment by Alitalia Airlines ("Alitalia"). Mr. Oksuz is employed by Alitalia in the position of Vice President, Regulatory Affairs in New York. Based upon the information provided to us, we believe Mr. Oksuz is a victim of sexual harassment by several members of Alitalia's management, including a senior corporate official, in violation of federal, state and local laws. Mr. Oksuz is currently on medical leave for treatment of his emotional injuries stemming from the sexual harassment. I am prepared to provide you with detailed information regarding the sexual harassment suffered by our client.

Mr. Oksuz would prefer to resolve this matter without litigation. I would therefore appreciate an opportunity to discuss with you or your representative the possibility of an amicable resolution of this matter. If I do not hear from you by Friday, June 9, 2006, I will assume that Alitalia does not desire to work toward an amicable resolution and we will advise our client accordingly.

Very truly yours,

*Richard S. Corenthal*

Richard S. Corenthal

A 00059