Exhibit 55

# VEDDER PRICE

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
805 THIRD AVENUE
NEW YORK, NEW YORK 10022
212-407-7700

ALAN M. KORAL
212-407-7750
akoral@vedderprice.com

FACSIMILE: 212-407-7799

OFFICES IN CHICAGO, NEW YORK CITY, AND ROSELAND, NEW JERSEY

June 7, 2006

**VIA FACSIMILE (212) 239-1311 AND U.S. MAIL**

Richard S. Corenthal, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, New York 10018

      Re:  **Dursun Oksuz**

Dear Rich:

      This responds to your letter dated June 5, 2006 addressed to Mr. Leopoldo Conforti, chief legal officer of Alitalia Linee Aeree Italeane, S.p.A. ("Alitalia").

      Alitalia takes allegations of any form of harassment against any of its employees very seriously and endeavors to promptly and thoroughly investigate any allegations of harassment or inappropriate behavior. The allegations you have raised will be promptly investigated, and we welcome your offer to provide detailed information regarding Mr. Oksuz's claim. Accordingly I will welcome a call from you at your convenience.

                                   With kind regards,

                                   Alan M. Koral

cc: Leopoldo Conforti, Esq.

NEWYORK/#164157.1