Exhibit 56

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

COUNSELORS AT LAW

1505 KELLUM PLACE
P.O. BOX 803
MINEOLA, NEW YORK 11501-0803
516-741-6565
FACSIMILE: 516-741-6706

ONE COMMERCE PLAZA
SUITE 1102
ALBANY, NEW YORK 12260
518-465-5551
FACSIMILE: 518-465-2033

1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NEW YORK 10018-0026
212-239-4999
FACSIMILE: 212-239-1311
E-MAIL: meyersuozzi@msck.com
WEBSITE: http://www.msck.com

1300 CONNECTICUT AVENUE, N.W.
SUITE 600
WASHINGTON, DC 20036
202-955-6340
FACSIMILE: 202-223-0158

425 BROADHOLLOW ROAD, SUITE 405
P.O. BOX 9064
MELVILLE, NEW YORK 11747-9064
631-249-6565
FACSIMILE: 631-777-6906

June 14, 2006

RICHARD S. CORENTHAL
DIRECT DIAL: 212-763-7022
E-MAIL: RCORENTHAL@MSEK.COM

**By Hand**
**Confidential**
Alan M. Koral, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, New York 10022

Re:  *Dursun Oksuz and Alitalia Linee Aeree Italeane, S.p.A. ("Alitalia")*

Dear Alan:

Pursuant to your request, I am enclosing the following:

1. Copies of instant messages from Franco Gallo to Dursun Oksuz (Exhibit 1). I am advised Mr. Gallo's instant messenger address is "6468243804@tmomail.net. Mr. Oksuz's e-mail address is Doasnyc@aol.com. The date of the instant message is typed above the line entitled "Original Message." The date below "Original Message" is the date the message was printed.

2. E-mails from Franco Gallo to Dursun Oksuz (Exhibit 2). I am advised that Mr. Fanco's screen name is "vitafrancoitalian." Mr. Oksuz's screen name is "aleximusalex."

3. E-mails from Gino Ferrara to Dursun Oksuz (Exhibit 3). I am advised that Mr. Ferrara's screen name is "dantealighieri."

4. Copies of letters (Exhibit 4) complaining about Giulio Libutti which Mr. Gallo dictated to Mr. Oksuz. I am advised that Mr. Gallo told Mr. Oksuz to send these letters to try to get Mr. Libutti fired. Mr. Oksuz never sent the letters.

I am in the process of drafting an EEOC charge against Alitalia on behalf of Mr. Oksuz. I plan to send you a copy of the charge before filing it jointly with the EEOC and the NYS Division of Human Rights, as a courtesy to you.

Sincerely yours,

Richard S. Corenthal

Enclosures

A  00065

02/27/06

-----Original Message-----
From: 6468243804@tmomail.net
To: doasnyc@aol.com
Sent: Mon, 5 Jun 2006 08:12:35 -0700 (PDT)
Subject: franco

  I'm with you every second of the    day and night...    I do love you a
lot...

A  00066

02/27/06

-----Original Message-----
From: 6468243804@tmomail.net
To: Doasnyc@aol.com
Sent: Mon, 5 Jun 2006 08:15:18 -0700 (PDT)
Subject: franco

I miss you very    much..



02/27/06

-----Original Message-----
From: 6468243804@tmomail.net
To: doasnyc@aol.com
Sent: Mon, 5 Jun 2006 08:17:55 -0700 (PDT)
Subject: franco

You are my life..g

02/27/06

-----Original Message-----
From: 6468243804@tmomail.net
To: Doasnyc@aol.com
Sent: Mon, 5 Jun 2006 08:20:52 -0700 (PDT)
Subject: franco

I love you....

A  00069

02/28/06

-----Original Message-----
From: 6468243804@tmomail.net
To: doasnyc@aol.com
Sent: Mon, 5 Jun 2006 08:23:15 -0700 (PDT)
Subject: franco

I love you very      much...

02/28/06

-----Original Message-----
From: 6468243804@tmomail.net
To: Doasnyc@aol.com
Sent: Mon, 5 Jun 2006 08:27:52 -0700 (PDT)
Subject: franco

I miss you...

A  00071

03/06/06

-----Original Message-----
From: 6468243804@tmomail.net
To: doasnyc@aol.com
Sent: Mon, 5 Jun 2006 08:32:31 -0700 (PDT)
Subject: franco

Hi...you must call    the doctor and       tell her that you need immediately  a
blood test to        determine the        functionali

04/23/06

-----Original Message-----
From: 6468243804@tmomail.net
To: doasnyc@aol.com
Sent: Mon, 5 Jun 2006 08:34:48 -0700 (PDT)
Subject: franco

Please call "9177741676"

05/05/06

-----Original Message-----
From: 6468243804@tmomail.net
To: Doasnyc@aol.com
Sent: Mon, 5 Jun 2006 08:36:35 -0700 (PDT)
Subject: franco

Remember  i stil    love you  .....

A  00074

05/14/06

-----Original Message-----
From: 6468243804@tmomail.net
To: Doasnyc@aol.com
Sent: Mon, 5 Jun 2006 08:38:39 -0700 (PDT)
Subject: franco

Hope you have    a good night...

aleximusalex (11/13/2005 4:07:11 PM): ciao
vitafrancoitalian (11/13/2005 4:30:08 PM): are you on line?
vitafrancoitalian (11/13/2005 4:36:43 PM): ciao tesoro..........
vitafrancoitalian (11/13/2005 4:37:21 PM):
vitafrancoitalian (11/13/2005 4:45:07 PM): Dursun ti stai facendo una sega?
vitafrancoitalian (11/13/2005 4:49:00 PM): Dursun, perche' non rispondi? Forse sei impegnato con qualche bel fico?Ti raccomando arriva pure, ma fallo con la solita melodia che a me tanto piace, ciao e sorry for the invasion...
aleximusalex (11/13/2005 4:53:48 PM): ciao fra
aleximusalex (11/13/2005 4:54:02 PM): stavo al telefono
vitafrancoitalian (11/13/2005 4:54:21 PM): ti facevi le seghe?
aleximusalex (11/13/2005 4:54:34 PM): si
aleximusalex (11/13/2005 4:54:40 PM): no no
aleximusalex (11/13/2005 4:54:42 PM): sorry
vitafrancoitalian (11/13/2005 4:54:48 PM): hum appuntamenti per trombare .?
aleximusalex (11/13/2005 4:54:56 PM): stavo al telefono
vitafrancoitalian (11/13/2005 4:55:05 PM): ok ok ok
vitafrancoitalian (11/13/2005 4:55:25 PM): e allora stai aspettando visite?
aleximusalex (11/13/2005 4:55:54 PM): viene alle 6:30 - 7
vitafrancoitalian (11/13/2005 4:56:14 PM): hai preparato i condoms?
vitafrancoitalian (11/13/2005 4:56:24 PM): LOL LOL LOL
aleximusalex (11/13/2005 4:56:43 PM): preferisco le cose naturale
aleximusalex (11/13/2005 4:56:51 PM):
aleximusalex (11/13/2005 4:57:27 PM): invece tu hai gia fatto qualcosa missa!!
vitafrancoitalian (11/13/2005 4:57:36 PM): non lo devi dire a me che ti piacciono le cose naturali io posso farti da testimone..LOL LOL
aleximusalex (11/13/2005 4:58:21 PM): gi sta al telefono
vitafrancoitalian (11/13/2005 4:58:58 PM): perche' rompe i coglioni !!!!!!!!!!!! mi ha appena chiamato
vitafrancoitalian (11/13/2005 4:59:26 PM): sente molto la nostra mancanza......
aleximusalex (11/13/2005 4:59:28 PM): glielo dico stiamo facendo chat?
vitafrancoitalian (11/13/2005 5:00:07 PM): se vuoi , e come vuoi
aleximusalex (11/13/2005 5:00:10 PM): ok
aleximusalex (11/13/2005 5:03:35 PM): ci sei?
vitafrancoitalian (11/13/2005 5:03:50 PM): si ci sono
vitafrancoitalian (11/13/2005 5:04:10 PM): dove sei andato?
aleximusalex (11/13/2005 5:04:19 PM): ci sto
vitafrancoitalian (11/13/2005 5:04:43 PM): sei sicuro che sei con me?
aleximusalex (11/13/2005 5:04:53 PM): certo
vitafrancoitalian (11/13/2005 5:05:05 PM): hummmmmmmmmm
aleximusalex (11/13/2005 5:05:13 PM): pero sto parlando con gina
vitafrancoitalian (11/13/2005 5:05:38 PM): che ha detto GI e' ancora a lavare la biancheria?
aleximusalex (11/13/2005 5:05:46 PM): si
aleximusalex (11/13/2005 5:05:51 PM): sta per finire

vitafrancoitalian (11/17/2005 11:02:05 PM): quello che scriviamo qui puo' essere visto da nessuno oltre te, oggi e in futuro?

aleximusalex (11/17/2005 11:02:31 PM): non abbia nessun dubbio

vitafrancoitalian (11/17/2005 11:03:03 PM): allora posso scrivere liberamente?

aleximusalex (11/17/2005 11:03:32 PM): certo

vitafrancoitalian (11/17/2005 11:04:05 PM): sei andato a lavorare stamattina?

aleximusalex (11/17/2005 11:04:32 PM): non capisco?

vitafrancoitalian (11/17/2005 11:05:03 PM): stamattina sei andato in ufficio?

aleximusalex (11/17/2005 11:05:15 PM): come no

aleximusalex (11/17/2005 11:05:36 PM): ci siamo visti non ti ricordi?

vitafrancoitalian (11/17/2005 11:05:56 PM): no perche' sapevo che non stavi bene ieri

vitafrancoitalian (11/17/2005 11:06:18 PM): a chi hai vito?

vitafrancoitalian (11/17/2005 11:06:27 PM): visto scusa

aleximusalex (11/17/2005 11:06:49 PM): tu e gino fuori ci siamo incontrati

vitafrancoitalian (11/17/2005 11:07:25 PM): ma tu stai scherzando.........io non ho vito ne te ne Gino

vitafrancoitalian (11/17/2005 11:08:22 PM): ma mi dici chi sei? veramente

aleximusalex (11/17/2005 11:08:37 PM): sono dursun

aleximusalex (11/17/2005 11:08:52 PM): ma dai non fare cosi

aleximusalex (11/17/2005 11:09:20 PM): che posso fare per crederti che sono dursun

aleximusalex (11/17/2005 11:09:25 PM): che devo dire

vitafrancoitalian (11/17/2005 11:09:25 PM): siete occupati in questi giorni in ufficio?

vitafrancoitalian (11/17/2005 11:10:01 PM): chi sono quei signori di Roma?

aleximusalex (11/17/2005 11:10:15 PM): auditors

aleximusalex (11/17/2005 11:10:28 PM): non lo so i loro nomi

vitafrancoitalian (11/17/2005 11:10:38 PM): Dursun IO TI ADORO..

aleximusalex (11/17/2005 11:11:05 PM): r u ok?

vitafrancoitalian (11/17/2005 11:11:30 PM): la nostra parola d'ordine cioe' our password is letgo

vitafrancoitalian (11/17/2005 11:11:56 PM): i'm fine why

aleximusalex (11/17/2005 11:12:04 PM): perche mi hai fatto queste domande?

aleximusalex (11/17/2005 11:12:15 PM): per essere sicuro che ero dursun?

vitafrancoitalian (11/17/2005 11:13:04 PM): perche' per un momento e perche' hai scritto in perfetta forma una frase ho pensato che potevo essere con unaltra persona ti chiedo scusa

aleximusalex (11/17/2005 11:13:22 PM): quale sarebbe quella frase?

vitafrancoitalian (11/17/2005 11:14:44 PM): non abbi nessun dubbio

vitafrancoitalian (11/17/2005 11:15:08 PM): scusami

aleximusalex (11/17/2005 11:15:10 PM): pensi che io non posso scrivere una cosa cosi?

aleximusalex (11/17/2005 11:15:26 PM): anzi ho detto abbia invece di abbi

aleximusalex (11/17/2005 11:15:49 PM): che scrivendo ho pensato che non era corretto

aleximusalex (11/17/2005 11:16:00 PM): grazie anyway per correggermi

vitafrancoitalian (11/17/2005 11:16:09 PM): non volevo dire questo so che puoi scrivere questo ma nel contesto che stavamo parlando, fits very correctly

aleximusalex (11/17/2005 11:16:34 PM): mi hai fatto aver paura

aleximusalex (11/17/2005 11:17:18 PM): ci sei caro?

vitafrancoitalian (11/17/2005 11:17:25 PM): si

aleximusalex (11/17/2005 11:17:43 PM): missa sei occupato con qualcosa o con qualcuno?

vitafrancoitalian (11/17/2005 11:17:59 PM): non aver paura sono solo follemente..... e non voglio fare casini non necessari

vitafrancoitalian (11/17/2005 11:18:15 PM): no io sono solo con te

vitafrancoitalian (11/17/2005 11:18:26 PM): ed e' solo questo che voglio

aleximusalex (11/17/2005 11:18:34 PM): hmm

vitafrancoitalian (11/17/2005 11:19:14 PM): io mi sento bene anche se questa sera ho avuto un miomento di smarrimento

aleximusalex (11/17/2005 11:19:23 PM): perche?

aleximusalex (11/17/2005 11:19:32 PM): hai avuto?

aleximusalex (11/17/2005 11:20:08 PM): mi sono sentito male

aleximusalex (11/17/2005 11:20:39 PM): quando ti ho visto in que modo

vitafrancoitalian (11/17/2005 11:20:42 PM): perche' ti sei sentito male?

aleximusalex (11/17/2005 11:20:49 PM): quel

aleximusalex (11/17/2005 11:21:48 PM): che era successo?

aleximusalex (11/17/2005 11:22:05 PM): ci sei?

vitafrancoitalian (11/17/2005 11:22:52 PM): si mi ha chiamato Gino sta andando al pc mi ha chiesto se sto con tge ho detto di no

aleximusalex (11/17/2005 11:23:08 PM): ok

aleximusalex (11/17/2005 11:23:31 PM): vuole parlare con me

vitafrancoitalian (11/17/2005 11:24:05 PM): mi dispiace fare questo ma io ho bisogno di parlare un po' conn te ti dispiace?

aleximusalex (11/17/2005 11:24:27 PM): assolutamente non mi dispiacerebbe

aleximusalex (11/17/2005 11:24:34 PM): anzi mi piacerebbe

vitafrancoitalian (11/17/2005 11:24:43 PM): fai vedere che vieni on line piui' tardi

vitafrancoitalian (11/17/2005 11:25:05 PM): ok ti ringrazio

aleximusalex (11/17/2005 11:25:22 PM): certo

vitafrancoitalian (11/17/2005 11:26:21 PM): ti dicevo ho avuto un momento di debolezza, perche' avrei voluto dirti qualcosa attraverso i miei occhi ai tuoi e non ho avuto la possibilita?

aleximusalex (11/17/2005 11:26:35 PM): capito

vitafrancoitalian (11/17/2005 11:27:57 PM): ho avuto dei brividi quanto ho poggiato la mia testa sul tuo petto ho provato un immenso senso di felicita"

aleximusalex (11/17/2005 11:28:31 PM): hmmm

aleximusalex (11/17/2005 11:28:34 PM):

vitafrancoitalian (11/17/2005 11:28:41 PM): eccolo qua che mi chbiede cime sto

aleximusalex (11/17/2005 11:29:19 PM): missa vuole parlare con te

aleximusalex (11/17/2005 11:29:36 PM): perche mi vuole lasciare con una scusa

vitafrancoitalian (11/17/2005 11:29:44 PM): avrey dovuto mettermy di nscosto cazzo

aleximusalex (11/17/2005 11:31:01 PM):

vitafrancoitalian (11/17/2005 11:31:05 PM): mi ha detto che sta parlando con te

vitafrancoitalian (11/17/2005 11:32:42 PM): ciao Dursun non sapevo che eri on line me l'ha detto Gino

aleximusalex (11/17/2005 11:33:00 PM): ciao caro come stai?

A 00078

vitafrancoitalian (11/17/2005 11:34:15 PM): una merda
vitafrancoitalian (11/17/2005 11:35:51 PM): c'e anche Andrea e' vero?
aleximusalex (11/17/2005 11:36:00 PM): si appena entrato
vitafrancoitalian (11/17/2005 11:36:16 PM): ok
aleximusalex (11/17/2005 11:37:20 PM): ma non c'e' problema
aleximusalex (11/17/2005 11:37:29 PM): possiamo parlare
vitafrancoitalian (11/17/2005 11:38:32 PM): si ma Gino mi sta caricando di domande
aleximusalex (11/17/2005 11:38:42 PM): ok

A  00079

vitafrancoitalian (12/18/2005 11:25:37 PM): just to wish you a great night, full of rest and joy.

vitafrancoitalian (12/18/2005 11:26:12 PM): Carissimo:

vitafrancoitalian (12/18/2005 11:27:17 PM): I dear with me the smell of your body, even if it is just by my hand, It was just great to be with you,,,,,,even if.... have gold dreams and remember I.L.Y. a big kiss

vitafrancoitalian (1/24/2006 12:29:46 AM): Dursun, I have a very good news X you !!!!!please do remind me in the mornig, i'm sure you going to like it very much.......T.V.B. sleep well.......

**vitafrancoitalian (2/4/2006 2:04:48 AM):** Hello Dursun, it is 2.am on saturday, i can't sleep at all, i do miss you a lot, hope you well............T,V.B. molto

vitafrancoitalian (2/12/2006 1:56:53 PM): Ciao Dursun, sono quasi le due pomeridiane di Domenica, la neve continua a cadere con forza e solidita'. Ti ho mandato un messaggio telefonico questa mattina, spero tu l'abbia ricevuto. Ti ho mandato anche qualche messaggio via Yahoo, ma non so se l'hai letti, Sento molto la tua mancanza, e ho sperato tanto in una tua telefonata, ma sono sicuro che se non l'hai fatta e' stato solo perche' non hai potuto, perche' in compagnia.............un abbraccione ...
vitafrancoitalian (2/12/2006 11:17:39 PM): Dursun ci sei?

A  00083

dantealighieri123 (12/1/2005 8:22:43 PM): ARE U THERE?
aleximusalex (12/1/2005 8:30:38 PM): r u there?
dantealighieri123 (12/1/2005 8:32:36 PM): SI!
aleximusalex (12/1/2005 8:32:43 PM): come mai?
dantealighieri123 (12/1/2005 8:32:59 PM): PERCHE'?
aleximusalex (12/1/2005 8:33:02 PM): sei invisibile?
dantealighieri123 (12/1/2005 8:33:39 PM): STO PARLANDO CON FRANCO E
ANCHE TU SEI INVISIBILE! STAI PARLANDO ANCHE TU CON FRANCO?
aleximusalex (12/1/2005 8:33:46 PM): no
dantealighieri123 (12/1/2005 8:34:08 PM): COME MAI MI PARLI?
aleximusalex (12/1/2005 8:34:25 PM): perche hai mandato mesaggio
dantealighieri123 (12/1/2005 8:34:43 PM): IO?
aleximusalex (12/1/2005 8:34:54 PM): online
aleximusalex (12/1/2005 8:35:06 PM): mi hai chiesto se stavo online
dantealighieri123 (12/1/2005 8:35:08 PM): SE L'HO FATTO TI E' DISPIACIUTO!
dantealighieri123 (12/1/2005 8:35:21 PM): ALLORA PERCHE' HAI RISPOSTO?
aleximusalex (12/1/2005 8:35:22 PM): no perche
aleximusalex (12/1/2005 8:35:50 PM): hai detto a franco che sto online?
dantealighieri123 (12/1/2005 8:36:16 PM): PENSAVO CHE NON TI INTERESSASSE
PIU' DI ME E DI FRANCO!
aleximusalex (12/1/2005 8:36:30 PM): ?
dantealighieri123 (12/1/2005 8:36:52 PM): PERCHE' METTI IL PUNTO
INTERROGATIVO?
aleximusalex (12/1/2005 8:36:57 PM): in che senso non mi interessebbe?
dantealighieri123 (12/1/2005 8:37:46 PM): CIOE' CHE NON SIAMO PIU' TUOI
AMICI!
aleximusalex (12/1/2005 8:38:03 PM): come tipo di amico?
dantealighieri123 (12/1/2005 8:38:25 PM): VERI AMICI!
aleximusalex (12/1/2005 8:38:37 PM): hmmm
aleximusalex (12/1/2005 8:38:49 PM): non so che vuoi dire con veri amicizia?
dantealighieri123 (12/1/2005 8:39:24 PM): SAI CHE SIGNIFICA VERA AMICIZIA!
INTERESSARSI DELLA PERSONA!
aleximusalex (12/1/2005 8:39:48 PM): cioe?
dantealighieri123 (12/1/2005 8:40:24 PM): CIOE' RISPETTARE E VOLERE BENE LA
PERSONA NON IMPORTA COSA SUCCEDE!I
aleximusalex (12/1/2005 8:40:35 PM): hai ragione!!
aleximusalex (12/1/2005 8:40:47 PM): i am suprised that you know these words!!
dantealighieri123 (12/1/2005 8:42:00 PM): GRAZIE DI AVERE CAPITO!
dantealighieri123 (12/1/2005 8:42:22 PM): QUALI PAROLE?
aleximusalex (12/1/2005 8:42:22 PM): se non mi spieggi come puoi aspettare di capirlo!
dantealighieri123 (12/1/2005 8:43:17 PM): NON CAPISCO?
aleximusalex (12/1/2005 8:43:31 PM): niente
dantealighieri123 (12/1/2005 8:43:51 PM): NIENTE COSA?
aleximusalex (12/1/2005 8:44:10 PM): dimmi allora che devo capire?

A  00084

dantealighieri123 (12/1/2005 8:45:05 PM): CAPIRE CHE UN AMICO SI TRATTA SEMPRE BENE E SI RISPETTA ANCHE SE SUCCEDE QUALCOSA!
aleximusalex (12/1/2005 8:45:30 PM): hmm
aleximusalex (12/1/2005 8:45:32 PM): interessante
aleximusalex (12/1/2005 8:45:35 PM): anyway!
dantealighieri123 (12/1/2005 8:45:52 PM): E NON SI FA SOFFRIRE!
dantealighieri123 (12/1/2005 8:47:26 PM): SEI ANDATO VIA?
aleximusalex (12/1/2005 8:47:38 PM): mah
dantealighieri123 (12/1/2005 8:48:09 PM): COME MAI NON SCRIVI PIU"?
aleximusalex (12/1/2005 8:48:20 PM): i think u r franco on?
dantealighieri123 (12/1/2005 8:48:40 PM): COME?
aleximusalex (12/1/2005 8:49:07 PM): it is ok
dantealighieri123 (12/1/2005 8:50:30 PM): IHAI PERSO LA LNGUA?
aleximusalex (12/1/2005 8:50:44 PM): cant be real
aleximusalex (12/1/2005 8:50:46 PM): !!
dantealighieri123 (12/1/2005 8:51:32 PM): FORSE E ' MEGLIO CHE TI LASCIO
aleximusalex (12/1/2005 8:51:43 PM): !!
aleximusalex (12/1/2005 8:52:13 PM): perche sei stancato scrivere in due posti!
dantealighieri123 (12/1/2005 8:53:37 PM): IN CHE SNSO?
aleximusalex (12/1/2005 8:53:53 PM): ma prendimi in giro?
dantealighieri123 (12/1/2005 8:55:33 PM): OK DURSUN, ADESSO CHIUDO PERCHE' DEBBO SCENDERE DA MIO FRATELLO, IT WAS VERY NICE TALKING TO U!
dantealighieri123 (12/1/2005 8:55:47 PM): BUONA NOTTE!
aleximusalex (12/1/2005 8:56:01 PM): cerca di trovare qualcosa di divertirti!!1
dantealighieri123 (12/1/2005 8:56:25 PM): DIVERTIRMI IN CHE SENSO?
dantealighieri123 (12/1/2005 8:57:35 PM): COMUNQUE CIAO!!!!!!!!!!!!
aleximusalex (12/1/2005 8:57:46 PM): u r not funny!
dantealighieri123 (12/1/2005 8:57:58 PM): PERCHE' PARLI COSI?
aleximusalex (12/1/2005 8:58:21 PM): e cosi
aleximusalex (12/1/2005 8:58:25 PM): not suprised!!
dantealighieri123 (12/1/2005 8:58:54 PM): PARLI SEMPRE FACENDOMI DEL MALE! CIAO
aleximusalex (12/1/2005 8:59:02 PM): ok
aleximusalex (12/1/2005 8:59:04 PM): ciaoooooo
dantealighieri123 (12/1/2005 8:59:18 PM): CIAO!!!!!!!!!!!!!!!!!!!!!
dantealighieri123 (12/1/2005 9:16:01 PM): dursun i'm back!
dantealighieri123 (12/1/2005 9:16:15 PM): are u there?
dantealighieri123 (12/1/2005 9:17:40 PM): ALLORA?
dantealighieri123 (12/1/2005 9:17:48 PM): MI RISPONDI?
dantealighieri123 (12/1/2005 9:18:28 PM): SORRY I HAD TO GO BEFORE!
aleximusalex (12/1/2005 9:18:50 PM): got u
dantealighieri123 (12/1/2005 9:19:11 PM): CI SEI ALLORA!
aleximusalex (12/1/2005 9:19:20 PM): as u see
dantealighieri123 (12/1/2005 9:19:44 PM): PERCHE' TI RENDI INVISIBILE?
aleximusalex (12/1/2005 9:20:07 PM): mi sento piu tranquillo

03/22/06                                letter.txt


Dear Franco,


Honestly, I hesitated to write this letter to you but at the end I thought it would
be beneficial to our company, personally to you and finally myself.


As you certainly will remember during our numerous conversations regarding the
promotion within the company you offered to me. It was not an easy decision for me
to make in accepting your offer for which I renounced as you well known to other job
opportunities already offered to me and economically richer than Alitalia's. Due to
your convincing strategy and in the long run growth opportunity that available to
me, I gladly accepted your job offer. My enthusiasm and professional  desire to
prove myself and your expectation have been synchronized engine to invest all my
time and capability to reach  the mutual objective to succeed. Unfortunately, my
enthusiasm has been  gradually compromised since my appointment to the new position
by the severe hostility environment, been created within the company in New York's
office and in particular by my former supervisor as well as accounting department
colleagues. It has become almost a daily routine to hear negative remarks if not
very offensive regarding my professional capabilities and my PERSONA, as you know I
am very proud of my origin and my residency in this country it is for better
opportunities available and greater challenges. I could go on with such daily
negative comments reported to me and often over heard by me personally at every
level  of rank and file employee as well as management figures. As you know I do not
admire any victimization act, therefore I beg you to interpret through these note,
what I sincerely my feelings are at these stage and in line with the fullest respect
and trust in you personally and the company that we both represent as a way to
remain faithful and transparent to everyone. I am certain that you will personally
intervene with successfully  in changing such horrible situation which deeply
humiliates me and that our common objective can be still reached to the benefit of
Alitalia and both of us.


I thank you very much for your time and understanding, but believe me it has been a
period of time that my life as become an inferno.


With my deepest respect,


Dursun Oksuz


Page 1

04/18/06                            letter2.txt


Dear Franco,


I am compelled once again to bring to your attention that I feel a persisting
harrassment pattern toward me in general by senior management, but in particular by
Mr. Libutti who lately, on an almost daily bases offers negative remarks and
comments directly to me.  For example: on .... such date as you know I came to the
office early in the morning to work with you on Olympia travel at exactly 7:00 AM.
You will certainly remember how intensive the work that day was. Around 4:30 PM
leaving the office on my way out, near the men's room Mr. Libutti, with an
expression full of irony, made the following comments: "where are you going?" I said
that I was going home. He replied,"I see, you are a part time employee." (I worked a
full 9 1/2 hours.) Since then Mr.Libutti directly or indirectly has decided to
watch over me and I feel that I am not trusted by him. On another occassion
Mr.libutti out of the blue made the following comment: "why do you not ever come to
see me?" I said, "we are particularly busy in this period." He replied with a very
authoritive manner, "You should know that I am your boss and you must come in to see
me." Franco, at this point I am confused.  I do not know how many bosses I have.
Franco, frankly, I am very concerned about this situation and these continuing
hostile and harassing behaviours against me. As a matter of fact, it has been
necessary for me to seek the help of a psyichatrist as well as a psychoanalyst. I
still hope that something will be done and that I will be given the possibility to
work in a normal and decent environment.

As always thank you for your your help,


Dursun Oksuz


                            Page 1


A  00087

05/16/06

letter3.txt

Dear Franco,

I am very upset, distressed and extremely preoccupied!!! It is clear by now that a dirty plan has been established by Mr.Libutti to either place me in a position to resign (which I will never do) or to find any kind of reason to terminate me. There are many, many instances that Mr.Libutti continuously tries to undermine me, harrass me, offend me and so on.  Just for your information, these are just some of the incidents that I encountered with Mr.Libutti lately:


A) (la data) He called me in his office asking me where was I the previous day , because he could not find me in my office. As you may recall I informed you that I had a doctor appointment and that I would have updated myself with the attorney on Martori's file the following day. His usual inquisitive behavior made me feel so much stressed that mentally I was confused and thinking in a form of protection, pushing me to lie. I immediately informed him that I postponed my duty on the Martori's file and indeed I did go and see my doctor on that afternoon. Franco, I am an adult and responsible. I can not permit anyone to treat me with such horrendous tricks to embarrass me and question me like a seven year old child.

B) He came to my office looking at me in a very inquisitive way and asked me: "What are you doing?" I replied that I was checking the daily newspaper online which I do almost every morning in order to update myself on principle events in the world. He went on and asked what I was eating even though it was clear that I was eating a cookie because I had a cookie in hand. Continuing once again, he asked me what kind of work I was doing. I replied that I was updating myself on my cases that we have open. And since you were out of the office on that day, I could not make any final decision on certain files because you instructed me that during my probation period, any final decision on the work should be taken together. He replied, "I remind you, you must be more active. Do not forget that you are on probation and you should go around and ask questions." Franco, this is clear to me that this is continuing to harrass me. I really do not understand who are the people that I should ask questions of about my work when I know that my job is to provide answers to my colleagues according to the nature of our responsabilities. As you know I bombard you with questions on a daily basis and answers are given to me, and being that you are my superior, I really do not understand why Mr.Libutti is questioning me if not for the reason to harrass me and undermine my professionalism.

C) (la data) while caming back from lunch in the elevator and in the presence of other people including our Mr.D'ilario, Mr. Libuttie asked me the following question:
"On which item are you working now?" I replied that there were several items that I was working on like the fuel surcharge problem, the lawsuit in Mexico and so on. Franco, I understand very well what Mr. Libutti wanted to do: He wants to continue to harrass me by asking questions about my job even though he doesn't know anything about the cases that I work on. His questioning me in front of other people was not intended to give any contribution to my working cases but only trying to put me in difficulty and under stress in front of others.

Franco, all the above incidents make it clear to me that he has an agenda to make my life miserable and I can assure you that he does not behave with other people as he is doing with me. At this point it is necessary for me to ask you for two days vacation in order to relax, to be away in order for me to rest and try to alleviate my heavy stress. At this point, I feel it necessary that you and I meet outside the office to discuss my working relationship with Alitalia.  Please let me know.

Thank you for your time and understanding,
                                  Page 1

A  00088

letter3.txt

Dursun Oksuz

Page 2

A 00089