Exhibit 57

Page 70

G. LIBUTTI
2  A. When I -- after I left the United States, I think
3  for Christmas 2006.
4  Q. You haven't spoken to her since?
5  A. No.
6  Q. Are you married?
7  A. Yes.
8  Q. Does your wife speak to her?
9  A. Speaking now to her?
10 Q. Yes.
11 A. I don't know, you should ask to my wife.
12 Q. To your knowledge?
13 A. No.
14 Q. And I don't mean now this very moment, I mean now
15 in terms of --
16 A. When I was in the United States my wife was
17 talking with her. I told you it was the doctor of my
18 children.
19 Q. Yes.
20 A. And don't forget that I have a son that was in
21 the same class of the son of Mr. Gallo and the other son
22 was in the same class of the daughter of Mr. Gallo and
23 my son was also taking in certain period with the
24 daughter of Mr. Gallo. They are still chatting together
25 so there's a relationship.

Page 71

G. LIBUTTI
2  Q. And does that relationship continue today, that's
3  my question?
4  A. My son told me they're chatting sometime, yes.
5  Q. And to your knowledge, you don't know if your
6  wife talks to Francesco Gallo's wife?
7  A. She didn't tell me.
8  Q. Did you ever tell Francesco Gallo to contact your
9  lawyer --
10     MR. KORAL: Objection.
11 Q. -- meaning Alitalia's lawyer?
12 A. Yes.
13 Q. When was that?
14 A. Was when we received the lawsuit of Mr. Oksuz
15 against him. At that time I was considering a friend of
16 Francesco Gallo's so I was -- I wanted to inform him
17 immediately about this from me and not having the
18 information from anybody else and I told that there was
19 a lawyer that Alitalia meeted, that appointed about that
20 and it would be good to have few minutes conversation
21 with our lawyer.
22 Q. And is that the same lawyer that Alitalia has
23 now, that you have now?
24 A. Yes.
25 Q. What's Mr. Gallo's wife's name?

Page 72

G. LIBUTTI
2  A. Sorry?
3  Q. What is his wife's name?
4  A. Nunzia.
5  Q. Nunzia. Did you ever discuss Mr. Oksuz with
6  Ms. Gallo?
7  A. Oksuz case with Mr. Gallo?
8  Q. Yes, with Ms. Gallo?
9  A. Ms. Gallo.
10 Q. Yes.
11 A. Not discuss the case. She was well informed
12 about the -- she told me that she was well informed
13 about relationship about -- that she assumed
14 relationship about Mr. Gallo and Mr. Oksuz.
15    I told her that we receive even a letter against
16 Mr. Gallo and I was very worried about the situation and
17 I told her that I will do anything in my possibilities
18 to maintain your family out of this.
19 Q. You said before that she assumed there was a
20 relationship between Mr. Oksuz and Mr. Gallo?
21 A. Yes.
22 Q. Did she tell you why she assumed?
23 A. No, she, she -- before that, I received many
24 calls of the wife of Mr. Gallo accusing him to have
25 homosexual relationship.

Page 73

G. LIBUTTI
2  Q. Did you ever tell Ms. Gallo that Mr. Gallo and
3  Mr. Oksuz had engaged in anal sex?
4  A. No.
5  Q. Did you ever discuss Mr. Gallo with Grace Di
6  Franco or Paola Saraceni?
7     MR. KORAL: Objection.
8  A. If I discuss -- sorry, repeat the question.
9  Q. Are you familiar with Grace Di Franco?
10 A. Yes, Grace Di Franco and Paola Saraceni.
11 Q. Who is Graci Di Franco?
12 A. An employee of Alitalia.
13 Q. Did you ever discuss Mr. Gallo with Ms. Di
14 Franco?
15 A. If I discuss Mr. Gallo?
16 Q. Did you ever talk about Francesco Gallo with
17 Grace Di Franco?
18 A. If I remember, not, unless it was relating to a
19 name. I have a meeting with Gallo, yes, I could say to
20 them I have a meeting with Gallo, yes.
21 Q. Did you ever accuse him of -- did you ever tell
22 Ms. Di Franco that Mr. Gallo was gay?
23 A. No.
24 Q. Or that he had sex with Mr. Oksuz?
25 A. No.