# Exhibit 58

Francesco Gallo                                                 3/13/2008

```
                                Gallo   256
 1
 2   A. No.
 3   Q. I'm not going to go through all this.
 4      Have you received any written
 5   communications from Mr. Oksuz in the last year?
 6   A. I don't think so.
 7   Q. No emails?
 8   A. I don't think so.
 9   Q. Do you have an email address for him?
10   A. I must have it. I must have it.
11   Q. You're not sure?
12      MR. KORAL: I'm going to request that
13   address, but I will put that in writing.
14      THE WITNESS: Okay, if I find it.
15      MR. KORAL: Yes.
16   Q. Is it fair to say the last communication
17   of any kind you had with Mr. Oksuz was eight or nine
18   months ago by telephone?
19   A. By telephone, right.
20   Q. There was no Christmas card, say, from
21   Mr. Oksuz?
22   A. Christmas card, no.
23   Q. Did you send him a Christmas card?
24   A. No.
25   Q. Did you send him a holiday greeting?
```

```
                                Gallo   257
 1
 2   A. No.
 3      MR. KORAL: We will mark, as Defendants'
 4   12, a letter dated June 5, 2005, to Leopoldo
 5   Conforti, from Richard S. Corenthal, Subject:
 6   "Dursun Oksuz and Alitalia Airlines."
 7      (Defendants' Exhibit 12, document Bates
 8   stamped A 59, marked for identification, as of
 9   this date.)
10   Q. My first question is going to be whether
11   you have seen this before.
12   A. I think so.
13   Q. Were you given a copy of it by anybody?
14   A. I don't think so.
15   Q. Did you discuss this letter with
16   Mr. Conforti at all?
17   A. No.
18   Q. Did you discuss it with Mr. Libutti?
19   A. No.
20   Q. But you think you saw a copy?
21   A. If don't make me sick, you showed me this
22   or you spoke about this to me.
23   Q. Yes, you and I --
24   A. The Saturday, that day that --
25   Q. It wasn't a Saturday.
```

```
                                Gallo   258
 1
 2   A. Oh, yes, it was Saturday, definitely
 3   Saturday. I know that for a fact that you were
 4   working in the office on Third Avenue.
 5   Q. This is very unusual.
 6   A. On Third Avenue.
 7   Q. I know we met on Third Avenue, I don't
 8   recall that it was on a weekend.
 9   A. It was a Saturday. It was at the request
10   of Mr. Libutti.
11   Q. Right.
12   A. But I think that's when we discussed this.
13   Q. Okay. I will show you another document.
14   This is an EEOC charge, sworn to on June 16, 2006,
15   with Dursun Oksuz' signature.
16      And I will ask if you have seen that
17   before.
18      MR. KORAL: We will make that Defendants'
19   Exhibit 13.
20      (Defendants' Exhibit 13, document Bates
21   stamped A 90 through 94, marked for
22   identification, as of this date.)
23   Q. And we're going to go through it in
24   detail, but let me ask you generally, have you seen
25   this before?
```

```
                                Gallo   259
 1
 2   A. I think so.
 3   Q. You did not discuss this document with me,
 4   however, did you?
 5   A. Yes.
 6   Q. You think so, this document?
 7   A. I think I had a copy.
 8   Q. You think I gave you a copy?
 9   A. Yeah, in yellow, big envelope, more than
10   this document, there was more.
11   Q. Anyway, let's look at some of the -- you
12   understand that this is a sworn charge to the Equal
13   Employment Opportunity Commission?
14   A. Sure, yeah.
15   Q. And do you recognize Mr. Oksuz' signature?
16   A. I think so.
17   Q. Okay.
18   A. I accept it as it is.
19   Q. Are you a good friend of Virgilio, known
20   as Gino, Ferrara?
21   A. Sure.
22   Q. And was he the New York office Alitalia
23   Manager of General and Traffic Accounting?
24   A. That is correct.
25   Q. In or about 2005 up till about June 2006?
```

19 (Pages 256 to 259)