Exhibit 59

Francesco Gallo                                    12/19/2007

```
                  Gallo          62
1
2    Q.  I didn't know, okay.
3        MR. KORAL:  By the way, Derek, any time
4    that you or Mr. Gallo needs a break, it's okay
5    with me.
6        MR. SMITH:  Okay.
7        MR. KORAL:  Just let me know, because
8    we've been going for an hour and a half, and if
9    you want to take a break, that's fine.  Do you
10   want to keep going?
11       THE WITNESS:  Thank you.
12       MR. KORAL:  Let's try to finish this
13   document, and then we can discuss lunch.
14   Q.  The next entry is July 26th.  Do you
15   remember that you saw Dr. Stein about two weeks
16   after your first visit?
17   A.  Yes.
18   Q.  It says that you began your day program at
19   Columbia in the outpatient.
20   A.  Yes, I was going every day.
21   Q.  "Further history of conflict with wife."
22       Do you recall telling Dr. Stein that you
23   had trouble with your wife for two years?
24   A.  Yes, it was longer than that.
25   Q.  Longer than that?
```

```
                  Gallo          64
1
2    Q.  He says that there is a history of her
3    writing a $25,000 check and signing your name on
4    your account.
5    A.  Yes, yes.
6    Q.  When did that occur?
7    A.  Three or four years ago.
8    Q.  Sometime in 2005?
9    A.  Sometime 2005, either 2005 or 2004.
10   Q.  Why did she do that, if you know?
11   A.  Why did she do it?
12   Q.  Yes.
13   A.  Counsel, you know, I had the most
14   beautiful 20 years of marriage.  What happened after
15   was just horrible, was just horrible, because my
16   life at Alitalia became impossible.  It was a daily
17   torture.  And of course going back home was
18   reflecting my daily pain of work.  But yes, the
19   marriage changed completely.
20   Q.  The question was why did she write the
21   $25,000 check on your account.
22       MR. SMITH:  If he knows.
23   A.  I don't know.  She gave it back to me, so
24   it's not a big deal.
25   Q.  She gave the money back to you?
```

```
                  Gallo          63
1
2    A.  Yeah.
3    Q.  Did you tell him that you had a heart
4    incident and that she left for Italy on vacation at
5    the time you were having your heart problem?
6    A.  Well, the situation is not as such.  If I,
7    and I have --
8        MR. SMITH:  His question is do you
9    remember telling him that, those words.
10   A.  No, no, because it's not true.
11       MR. SMITH:  Okay, you answered it.
12   Q.  It's not true?
13   A.  No.
14   Q.  She didn't go off on vacation?
15   A.  She did, but the context is something
16   different.
17   Q.  But you weren't unhappy about that; you
18   didn't feel she was desserting you at the time that
19   you were having a heart attack or heart incident?
20   A.  No, because I was supposed to go to Italy
21   as well, you know.  We have to leave together.  And
22   I had the heart attack.  I was the one that pushed
23   her to go.
24   Q.  Oh, you pushed her to go, okay.
25   A.  Yeah.
```

```
                  Gallo          65
1
2    A.  Yeah.
3    Q.  According to this note, she actually
4    forged your name on the account, she signed your
5    name.
6    A.  Yes.
7    Q.  On your account.
8    A.  Yes.  I don't know if she --
9        MR. SMITH:  I just object to the word
10   "forge" because forge is fraudulent.  We
11   haven't established that it was forged.  It was
12   signed and signable.
13       MR. KORAL:  You don't need to make a
14   speech, Derek, just make the objection.
15   Q.  Okay, so she signed your name on your
16   account and took $25,000 of your money; did she ever
17   tell you why she did that?
18   A.  You know, I tell you the truth, it's not
19   25, it's 50, if I recall, it's not 25, it's 50.
20   Q.  It was $50,000?
21   A.  Actually, what she did, hold it, because
22   otherwise, you know, what she did, she transferred
23   this money from my checking account to a common
24   checking account whereby her name and my name on the
25   account, so it's a transfer of funds.
```

One Penn Plaza, NYC
email@tobyfeldman.com          Toby Feldman, Inc.
NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS          tel (212) 244.3990
tel (800) 246.4950

Francesco Gallo                                                                 12/19/2007

Gallo     66

1
2      Why did she do it?  I don't remember.  Was
3  it the right thing to do?  No, she should have told
4  me, but I don't remember.
5      Q.  The doctor says that he suggested you
6  speak with your lawyer about arranging an account
7  which should be beyond her reach; did you ever do
8  that?
9      A.  No.
10     Q.  No, okay.  The next paragraph says, "He
11 had asked her for a separation arrangement and she
12 refuses."
13     A.  Yes, well, I did.
14     Q.  When did you ask her for that?
15     A.  I believe 2003, 2004.
16     Q.  All right.  This paragraph ends with the
17 statement, "They have a marriage that is purely an
18 arrangement."
19         Did you tell that to the doctor?
20     A.  At that time, yes, now, yes, well, now
21 it's not even that.
22     Q.  When did the marriage become merely an
23 arrangement, approximately, of course?
24     A.  2001, 2002.
25         MR. KORAL:  How much time do we have left?

Gallo     67

1
2         THE VIDEOGRAPHER:  Three minutes.
3      A.  It was a situation that was deteriorating
4  constantly, it was gradually, you know.
5      Q.  Okay.  But 2001, 2002 --
6      A.  Was the start to change.
7      Q.  And the entry for September 6, 2006 states
8  that "The difficulties with marriage are more
9  problematic and are involving the children more."
10        Do you remember telling that to the
11 doctor?
12     A.  Can you help me?
13     Q.  I'm sorry, the September 6, 2006 entry,
14 it's the third paragraph down on that page.  You may
15 be on the wrong page.
16     A.  Can you --
17     Q.  I think you were, yes, third paragraph
18 down.
19     A.  September 6, 2006.
20     Q.  Do you remember telling the doctor during
21 your third visit that the problems in the marriage
22 were involving the children more?
23        MR. KORAL:  The videographer informs me
24     that we have less than a minute.  So why don't
25     we go off the record for the moment while

Gallo     68

1
2  Mr. Gallo studies this document.
3         THE VIDEOGRAPHER:  The time is 11:48 a.m.
4  This concludes tape number one of the
5  videotaped deposition of Mr. Francesco Gallo.
6         (A brief recess was taken.)
7         THE VIDEOGRAPHER:  This is tape number two
8  of the videotaped deposition of Mr. Francesco
9     Gallo.  The time is now 11:58 a.m.  We're back
10    on the record.
11     Q.  Mr. Gallo, you understand that you're
12 still under oath?
13     A.  Yes, sir.
14     Q.  We were looking in the third paragraph on
15 the second page of these typed notes, the third page
16 of the exhibit.  Do you recall telling Dr. Stein
17 that your wife was accusing you of planning to kill
18 her?
19     A.  I don't recall.  Me telling Dr. Stein?
20     Q.  Do you recall that she was accusing you?
21     A.  Yes, she told me once, yes, that I told
22 her I'll kill you, but, you know, between saying and
23 doing, you know, I was coming, I was, it was
24 horrible, so yeah, yeah, she had consequences
25 because --

Gallo     69

1
2         MR. SMITH:  You answered the question.
3      A.  Okay, yes.
4      Q.  Did she accuse you of plotting to kill her
5  as opposed to threating to kill her?
6      A.  No.
7      Q.  She never did that?
8      A.  No.
9      Q.  Did she make other untrue accusations
10 against you around this time, in September of 2006?
11     A.  Well, you know, yes.
12     Q.  What were the other untrue accusations
13 that you can recall that she was making?
14     A.  When she was mad, she was telling me that
15 I, that I was gay.
16     Q.  Okay.  How many times did she say that?
17     A.  Several times.
18     Q.  All right.  Did you ever tell her about
19 the accusations made by Dursun Oksuz?
20     A.  Sure, of course.  Well, she knew before,
21 then I did.
22     Q.  She knew about Dursun Oksuz's accusations?
23     A.  Before I did.
24     Q.  How did she know, if she told you?
25     A.  She told me that Mr. Libutti told her.

18 (Pages 66 to 69)

Francesco Gallo                                      12/19/2007

Gallo                70

1
2     Q.  Mr. Libutti told her that Dursun Oksuz was
3  making these accusations about you; is that right?
4     A.  Yes.
5     Q.  Did she tell you that you Giulio Libutti
6  also said that Dursun Oksuz was making accusations
7  against Gino Ferrera?
8     A.  No.
9     Q.  She didn't tell you that?
10    A.  Wife didn't tell me that.
11    Q.  Did you ever learn that Dursun Oksuz was
12 making accusations that Gino Ferrera also was gay?
13    A.  You told me.  Remember?
14    Q.  Was that the first time you had heard
15 that?
16    A.  Yes.
17    Q.  Okay.  Did you ever see anything that
18 Dursun Oksuz or his lawyer wrote regarding those
19 accusations?
20    A.  Would you show me what you mean?
21    Q.  All right.  I gave you a copy, I believe,
22 did I not?
23    A.  Yeah, you gave me one page of a document,
24 I don't recall, but you explained to me what took
25 place.

Gallo                71

1
2     Q.  You don't recall what I gave you?
3     A.  A letter that you sent to --
4     Q.  From the lawyer.
5     A.  A letter that the lawyer --
6     Q.  Sent to Leopoldo?
7     A.  To Leopoldo.
8     Q.  Leopoldo Conforti?
9     A.  Right, yes.
10    Q.  And just for the record, Leopoldo Conforti
11 was and is the general counsel of Alitalia, correct?
12    A.  Sure.  It was when I spoke to him last.
13    Q.  When was the last time you spoke to
14 Leopoldo Conforti?
15    A.  I'd say a couple years ago.
16    Q.  Have you spoken to him at all since May of
17 2006, when you were told that Alitalia no longer
18 needed your services?
19    A.  After May 26th?
20    Q.  Yes.
21    A.  No, I choose not to.
22    Q.  Did Mr. Conforti attempt to contact you in
23 any way after May 26, 2006?
24    A.  Yes, but --
25    Q.  How did he do that?

Gallo                72

1
2     A.  By cell phone.  And I saw it because I had
3  his number in my agenda, in the telephone, but I did
4  not call him back.
5     Q.  How many times did that occur?
6     A.  Once or twice.
7     Q.  Approximately when?
8     A.  It was around, I would say, July, August.
9     Q.  Of '06, not this year?
10    A.  Last year.
11    Q.  The year before.
12    A.  As a matter of fact, yes, I saw the phone
13 call coming in afterwards and there was a message,
14 not a message, he was talking to Caroline, the
15 daughter.  He forgot to close the phone call that he
16 got.  I did not answer because I didn't see it.
17    Q.  So it went into voicemail?
18    A.  Went into voicemail, you know, but he was
19 talking to Caroline, so that's why.
20    Q.  Caroline?
21    A.  It's the daughter, the attorney.
22    Q.  His daughter?
23    A.  Yeah, you know, the daughter, the one that
24 she did, she, herself and her fiance, they did the
25 stage here because they're both attorneys.

Gallo                73

1
2     Q.  This is Caroline Conforti?
3     A.  Yeah, the daughter, yeah.
4     Q.  All right.
5     A.  He was talking, saying Caroline, don't do
6  this, don't do that.  So he called me.  I was not
7  available.  And he left probably, I think, the cell
8  phone on.  So he went on and on and on.  So he did
9  not leave me any message.  So I decided, I was
10 tempted to call him, but due to the circumstances,
11 and do that, I prefer not to.  I still have regards
12 for him as a man.
13    Q.  He never left you a message that he
14 intended you to get; is that correct?
15    A.  Right.
16    Q.  But he called you one or two times from
17 his cell phone?
18    A.  Yes.
19    Q.  And at least this one time --
20    A.  I heard his voice.
21    Q.  He forgot to hang up when you heard him
22 talking to his daughter, Caroline?
23    A.  Yes.
24    Q.  Caroline is an attorney?
25    A.  I thought you knew her.  They did the

                                    19 (Pages 70 to 73)