Exhibit 61



**Alitalia**

New York

**Confidential**

Mr. Dursun Oksuz
222 E. 19th Street, Apt 7F
New York, NY 10003

December 10, 2004

Dear Mr. Oksuz:

We are pleased to inform you that effective December 16, 2004 you will be employed with Alitalia Airlines in the capacity of **Cashier**, c/o the Accounting Department, subject to a six month probationary period. Your assignment is contingent upon the successful completion of a background check.

Your monthly salary will be $2,667.00. Upon successful completion of your six-month probationary period your monthly salary will be increased to $2,917.00.

Your employment with Alitalia is at will and governed solely by the laws of the United States.

We wish you success in the performance of your assignment.

Sincerely,

_____
Giulio Libutti
Sr. Vice President
North America & Mexico

_____
Marco Marchese
Chief Financial Officer
North America & Mexico

cc:  TY-NYC
     UG-NYC
     YB-NYC

686 Fifth Avenue
New York, NY 10103-0030

Tel.: (212) 903-3300
WWW.ALITALIAUSA.COM



A 00098



New York

Durson Oksuz
YB-NYC

January 31, 2006

Dear Durson,

As you already know, Alitalia has gone through an extremely difficult and challenging year. The Company has made major commitments and has implemented significant cost control measures in order to rise above our current financial crisis and to continue to maintain our presence as a leading competitor in the world market. Each and every one of you has been called upon to continue to collaborate in this effort so that we may continue to strive for excellence and make Alitalia a success.

Although we were unable to grant any merit related bonuses in 2005 due to the current situation, we remain firm in our commitment to our employees in North America who continue to demonstrate great dedication, effort and deliver results. Accordingly we are pleased to advise you of the following:

- On January 31, 2006, you will receive a lump sum of $1,093.88, less applicable taxes, which represents an increase to your base salary retroactive to January 1, 2005. This increase will also be reflected in your paychecks starting with the January 16, 2006 payroll period. Your new monthly salary is $3,004.51.

Thank you for your continued support.

Very truly yours,

Giulio Libutti
Sr. Vice-President
North America & Mexico

Marco Marchese
Chief Financial Officer
North America & Mexico

CC:   TY-NYC
      UG-NYC

350 Fifth Avenue
Suite 3700
New York, NY 10118

Tel.: (212) 903-3300
WWW.ALITALIAUSA.COM



A  00097



New York

CONFIDENTIAL

February 24, 2006

Mr. Dursun Oksuz
CCY-NYC

Dear Mr. Oksuz,

We are pleased to inform you that effective March 1, 2006, you will be promoted to V.P. Regulatory Affairs, subject to a six month probationary period.

Effective March 1, 2006 your monthly salary will be increased to $5,000.00. Upon the succesful completion of your probationary period, Your monthly salary will be increased to $6,666.60.

We wish you success in the performance of your new assignment.

Very truly yours,

Francesco Gallo
Senior Vice President
Regulatory Affairs
North America & Mexico

Marco Marchese
CFO
North America & Mexico

cc: TY-NYC
    UG-NYC

350 Fifth Avenue
Suite 3700
New York, NY 10118

Tel.: (212) 903-3300
WWW.ALITALIAUSA.COM



A 00096