Exhibit 62

Francesco Gallo                                                  3/13/2008

```
                    Gallo              272
 2       You do have a house in the Poconos,
 3   correct?
 4       A.  That is correct.
 5       Q.  Did you ever bring Mr. Oksuz there?
 6       A.  I brought two times.
 7       Q.  Two times.  And did you ever bring Mr.
 8   Ferrara along at the same time?
 9       A.  Yes.
10       Q.  All right.  And what was the purpose of
11   bringing Mr. Oksuz to the Poconos?
12       A.  He offered to help cleaning leaves and
13   that.
14       Q.  All right.  And Mr. Ferrara, why was he
15   there?
16       A.  Same, same reason.
17       Q.  To help out with chores?
18       A.  They were friends, you know.  They worked
19   together for a few years.
20       Q.  And did you consider yourself a friend of
21   Mr. Oksuz?
22       A.  Not really because I met, I got really
23   close to Mr. Oksuz around February, March 2006,
24   February, close mean when he was promoted.
25       Q.  At the time he was promoted to Vice
```

```
                    Gallo              273
 2   President of Regulatory Affairs?
 3       A.  That is correct.
 4       Q.  Which we have discussed already.  So no
 5   sex took place in the Poconos?
 6       A.  No.
 7       Q.  All right.  He goes on to say that he had
 8   sex with you and Mr. Ferrara on trips to Lake
 9   Placid, New York.
10          Did you ever go with him to Lake Placid,
11   New York?
12       A.  Yes, Thanksgiving.
13       Q.  Was Mr. Ferrara along?
14       A.  Sure.
15       Q.  And what was the purpose of bringing Mr.
16   Oksuz to Lake Placid on Thanksgiving?
17       A.  He had no one and he had no family, he had
18   no one here.  And I believe, if I recall well, Gino
19   told me that his partner was hospitalized for heart
20   problem and he felt very bad about it.  And he came
21   over for the weekend.
22       Q.  When you say, "his partner," you mean
23   Mr. Oksuz had a male partner?
24       A.  Oh, yes.
25       Q.  Mr. Oksuz is gay?
```

```
                    Gallo              274
 2       A.  Yeah, sure.
 3       Q.  And Mr. Ferrara, is he gay?
 4       A.  I don't think so.
 5       Q.  You don't think so?
 6       A.  I don't think so.
 7       Q.  You did not spend Thanksgiving in 2005
 8   with your family because of the protective order?
 9       A.  Yeah, also, but not for the protective
10   order, because by that time I was allowed to go
11   back, but because I believe that my wife decided to
12   go to friends in Long Island somewhere, so.
13       Q.  She took the children with her?
14       A.  Yes.
15       Q.  And Mr. Ferrara, why didn't he spend
16   Thanksgiving with his brother downstairs, if you
17   know?
18       A.  I don't know.
19       Q.  You stayed at a hotel in Lake Placid?
20       A.  Yes.
21       Q.  How many rooms did the three of you take?
22       A.  One.
23       Q.  All three of you stayed in a single room?
24       A.  Right.
25       Q.  How many beds were in the room?
```

```
                    Gallo              275
 2       A.  Three.
 3       Q.  Three beds?
 4       A.  Yeah.
 5       Q.  Okay.  And no sexual activity of any kind
 6   took place then?
 7       A.  No.
 8       Q.  Did you go with Mr. Oksuz and Mr. Ferrara
 9   to Montreal, Canada?
10       A.  That's the same, that's the trip.
11       Q.  Lake Placid is in New York State.
12       A.  I know that, but it's part of the same
13   weekend.
14       Q.  You went to Lake Placid and Montreal all
15   in the same weekend?
16       A.  Right.
17       Q.  This was a driving trip then?
18       A.  Yes.
19       Q.  Whose car?
20       A.  The car, Gino's.
21       Q.  And did you go with Mr. Oksuz to Istanbul,
22   Turkey?
23       A.  We met Mr. Oksuz in Istanbul.  He was
24   there already.
25       Q.  Didn't you arrange his tickets to
```

23 (Pages 272 to 275)