Exhibit 63

```
                    Gallo                    34
 1
 2      Q.  Getting rid of the doctor at 47th and
 3   Lexington?
 4      A.  Right, right, because he caused me much
 5   problems.
 6      Q.  What sorts of problems was he causing you?
 7      A.  I did not feel that he was interested in
 8   my health.  While I was there for my visit, his
 9   focus, attention, was on other items.  He was
10   reading, you know, books.
11      Q.  How much were you paying him per hour for
12   this?
13      A.  $250.
14      Q.  I see.  Was any of that covered by your
15   insurance with Alitalia?
16      A.  You know, unfortunately I don't know what
17   happened with the insurance company in Alitalia.  I
18   knew before, now it's changed.  I know it's changed.
19   It is very, very difficult to understand where you
20   stand.
21      Q.  The insurance has changed, is that what
22   you're saying?
23      A.  Yes.  As a matter of fact, it was
24   communicated to me at home, as well, the insurance
25   at Alitalia changed.  Two days ago I went to the
```

```
                    Gallo                    35
 1
 2   Lenox Hill Hospital and I have to pay $2,700 because
 3   with my card they collect, you know, Aetna said
 4   sorry, you're not in the network, you know, the
 5   patient has to pay.
 6      Q.  You have Aetna insurance through Alitalia?
 7      A.  Yes.
 8      Q.  And for how long have you had Aetna
 9   through Alitalia?
10      A.  Aetna through Alitalia, I believe for the
11   last 10, 15 years ago.
12      Q.  All right.  And you're saying that Aetna
13   no longer has Lenox Hill Hospital in its network; is
14   that what happened two days ago?
15      A.  A surgeon that works in Lenox Hill.
16      Q.  Lenox?
17      A.  Right.
18      Q.  That surgeon is no longer in the Aetna
19   system?
20      A.  I didn't say any longer.  I don't know if
21   he works one day.
22      Q.  This is not a doctor you had seen
23   previously?
24      A.  No.  I was sent there in an emergency.
25      Q.  You had an emergency two days ago?
```

```
                    Gallo                    36
 1
 2      A.  Yes.
 3      Q.  Are you quite certain that it's all right
 4   for you to undergo the stress of giving a deposition
 5   today?
 6      A.  It's fine.
 7      Q.  It was a cardiovascular emergency that you
 8   had two days ago?
 9      A.  Yes.
10      Q.  Well, let me just say that this isn't a
11   blood sport here.  And in the event that you start
12   feeling any symptoms of a cardiovascular nature,
13   please, for goodness sake, tell us, and we'll stop
14   the deposition.
15      A.  Thank you.  I would, of course.
16      Q.  So that you can seek treatment.
17      A.  No, I'm fine.
18      Q.  All right.  You had a cardiovascular
19   episode two days ago?
20      A.  Yes, restriction on my vessel on my left
21   side.
22      Q.  Of your vessel, you mean there was a
23   heart--
24      A.  It's on my artery.  The blood was not
25   flowing properly and is not flowing properly.
```

```
                    Gallo                    37
 1
 2      Q.  Is that something new?
 3      A.  Something new.  It's consequential.
 4      Q.  Consequential from your heart condition?
 5      A.  Yes.
 6      Q.  You have a stent, correct?
 7      A.  Excuse me?
 8      Q.  You have a stent?
 9      A.  I have more than one.
10      Q.  You have stents that were put in in 2004?
11      A.  2004 and previous to 2004.
12      Q.  And previously?
13      A.  Right.
14      Q.  All right.  And we're going back to where
15   we were.  You made these suicide plans, you made an
16   appointment with a female psychiatrist, and she
17   referred you to Payne-Whitney; is that correct?
18      A.  That's the last item, yes.
19      Q.  Yes, I'm speaking about 2006.
20      A.  Right.
21      Q.  Can you recall the name of that doctor?
22      A.  I don't recall her name.  It is, she was
23   practicing at Cornell Medical Center.
24      Q.  Were you referred to her by your wife?
25      A.  No.
```

10 (Pages 34 to 37)

One Penn Plaza, NYC                Toby Feldman, Inc.              tel (212) 244.3990
email@tobyfeldman.com   NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   tel (800) 246.4950

**Page 38**

Q. Your wife does work at Cornell Medical Center, correct?
A. No.
Q. She does not?
A. No.
Q. Your wife is a pediatric cardiologist, correct?
A. Yes.
Q. Where does she work?
A. Today, I don't know.
Q. You don't know where she works?
A. No.
Q. What is the last place that you knew that she was working?
A. It's Hospital for Special Surgery.
Q. When was that that you knew that she was working at the Hospital for Special Surgery?
A. Seven, eight months ago, eight months ago.
Q. But you don't know whether she is still there?
A. I don't think she is still there.
Q. I see. Did she ever work at Cornell Medical Center?
A. Oh, yes, many years.

**Page 39**

Q. For many years she did?
A. Yes.
Q. Do you know when she stopped working there?
A. See, Cornell Medical Center and Hospital for Special Surgery are allied. It's part of the same institution, you know, Sloan Kettering Memorial, New York Hospital, Hospital for Special Surgery and Rockefeller Medical University.
Q. Rockefeller University?
A. Yeah, they cooperate. They all follow under the Cornell New York Hospital institution.
Q. You said that she was at Cornell Medical Center for many years?
A. Well, she did the specialty there. And then she did pediatric cardiologist fellowship. And she was work there. And then she was assigned a position at HSS, Hospital for Special Surgery, as a director of pediatric cardiology.
Q. But you believe she is no longer at the Hospital for Special Surgery?
A. I believe that she is not there anymore.
Q. And you don't know where she is, where she is working?

**Page 40**

A. Oh, right, right, no.
Q. And the reason for leaving Cornell and going to the allied unit of Hospitals for Special Surgery is that they made her director of pediatric cardiology?
A. Yeah, but that was 20 years ago, 19 years ago.
Q. Oh, so she's been at the Hospital for Special Surgery for 20 years?
A. Right.
Q. That wasn't clear to me from your answer.
A. Oh, okay.
Q. You never actually did jump in the river; is that correct?
A. Say that again.
Q. You never actually did jump in the river?
A. No.
Q. Did you ever tell anybody that you had?
A. I don't think so. Probably my doctors.
    MR. SMITH: Just for clarification, did you ever tell anyone --
Q. That you had actually jumped in the river and had been rescued.
A. No.

**Page 41**

Q. Is this the psychiatrist whom you didn't like who was reading and doing other things that had nothing to do with you while you were visiting him, was that Dr. Faedda, by any chance?
A. Faedda, right.
Q. How did you get referred to Dr. Faedda?
A. Through Dr. New, Maria New.
Q. Maria New?
A. N-e-w, right.
Q. And how is it that Dr. New was referring you to other doctors?
A. I knew Dr. New for a long time. And I believe that she sent a message to me through my wife that was this doctor, this psychiatrist, was very good.
Q. Is Dr. New a friend of your wife's?
A. Dr. New, yeah, well, she has been chairwoman for Cornell for many, many years.
Q. Chairwoman of what?
A. Pediatric, general pediatric.
Q. Oh, general?
A. Pediatric.
Q. Pediatrics, all right. So she is not a psychiatrist?

One Penn Plaza, NYC
email@tobyfeldman.com
Toby Feldman, Inc.
NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
tel (212) 244.3990
tel (800) 246.4950

Francesco Gallo                                                                                 12/19/2007

**Page 42**

 2  A. Her husband was.
 3  Q. Her husband was, all right. When is the
 4  last time you talked with Dr. New?
 5  A. Three years ago, two years ago, I don't
 6  remember, about two years ago, three years ago.
 7  Q. You haven't talked to her since, say,
 8  September of 2005?
 9  A. I don't think so.
10  Q. Okay.
11  A. I don't remember.
12  Q. Did you see Dr. Faedda?
13  A. Yes.
14  Q. At any time after you were told that
15  Alitalia no longer needed your services in May of
16  2006 --
17  A. No, no.
18  Q. -- did you see any psychiatrist between
19  the time you were told in May 2006 that Alitalia no
20  longer needed your services and the time you checked
21  into Payne-Whitney, other than the woman who sent
22  you to Payne-Whitney?
23  A. Which period was that again? I'm sorry.
24  Q. Okay, this is May 2006, you were told that
25  Alitalia no longer needed your services?

**Page 43**

 2  A. Right.
 3  Q. And around June 20th of 2006, you went to
 4  Payne-Whitney?
 5  A. Yes.
 6  Q. The question was, did you see any
 7  psychiatrist or psychologist, any medical person who
 8  deals with emotional or psychiatric issues, other
 9  than that woman who sent you to Payne-Whitney during
10  that period?
11  A. Dr. Faedda.
12  Q. You did see Dr. Faedda?
13  A. Yes.
14  Q. You saw Dr. Faedda after Alitalia told you
15  that they --
16  A. No, after, not before. After that, no.
17  Q. All right. You only saw that woman after
18  that?
19  A. Yes.
20  Q. Do you remember what you said to her?
21  A. What did I tell her?
22  Q. Yes.
23  A. I don't remember, that I didn't feel good,
24  I don't know.
25  Q. Were you on psychiatric medications at

**Page 44**

 2  that time?
 3  A. Yes.
 4  Q. All right. Did she change any
 5  prescription for you?
 6  A. She didn't let me go out of the office,
 7  straight to the hospital, to --
 8  Q. To Payne-Whitney?
 9  A. Payne Whitney.
10  Q. You went to see her?
11  A. Right.
12  Q. You told her how you were feeling?
13  A. I have an appointment with her, so I was
14  going to see her and never came out.
15  Q. Okay. And you went straight to
16  Payne-Whitney at that time?
17  A. Right.
18  Q. Okay. Was she the doctor who treated you
19  while you were at Payne-Whitney?
20  A. No.
21  Q. Did you ever have any treatment from her
22  again?
23  A. No.
24  Q. Do you remember the name of the doctor who
25  did treat you at Payne-Whitney?

**Page 45**

 2  A. I don't recall very well, Freedman,
 3  something like that.
 4  Q. You don't recall?
 5  A. I don't recall.
 6  Q. We will get the Payne-Whitney records and
 7  we will find out.
 8      Was there more than one primary treating
 9  physician when you were at Payne-Whitney?
10  A. Yeah, there's so many.
11  Q. There were many. Was there one who, in
12  your opinion --
13  A. Yes, one.
14  Q. -- was primarily responsible? And then
15  you can't recall that doctor's name?
16  A. Not at this point.
17  Q. When you came out of Payne-Whitney, did
18  you continue to have psychiatric treatment?
19  A. Sure.
20  Q. Is that when you started seeing Dr. Stefan
21  Stein?
22  A. Yes, he was assigned to me by
23  Payne-Whitney.
24  Q. He was assigned to you?
25  A. Right.

One Penn Plaza, NYC                         Toby Feldman, Inc.                        tel (212) 244.3990
email@tobyfeldman.com          NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS          tel (800) 246.4950

```
                      Gallo          78
 more time in the evening, instead I was coming home
 late or bringing work at home, and she get tired of
 that. She wants to, she would throw everything out
 of the balcony because I have like a second office
 on the corner, and she did it.
    Q. All right.
    A. Ask her.
    Q. We may.
    A. Okay.
    Q. You said you that discussed Mr. Oksuz's
 accusations with her?
    A. She told me, yes. I was going to tell her
 anyway.
    Q. But she told you first?
    A. But she told me before, yeah, she told me,
 I believe I was in the hospital.
    Q. What exactly did she tell you?
    A. My wife?
    Q. Yes.
    A. That she received a phone call, and I'm
 not sure if they met, Giulio Libutti, that Mr. Oksuz
 sued Alitalia, which I knew already when she told
 me, all right, you know.
       And she asked me what is the situation
```

```
                      Gallo          79
 that, you know, Libutti tells me that he feels sue
 Alitalia, he's not going to, Alitalia is not going
 to give Oksuz money, and instead, you know, if makes
 sure, you know, to convince your husband not to sue,
 not to sue Alitalia so everything will be, something
 to that effect, but if he does sue Alitalia, then
 the entire world that I know, I would, you know,
 tell around, which he did at the end of the day
 anyway.
       But he told me on the phone, as well, so
 it was not necessary to call my wife. He told me
 when he called me that you wanted to see me, he told
 me, look, I know that's true, but we need somebody
 to give, but if you promise me not to sue Alitalia,
 we will pay the amount of money.
       I say, I don't know where you're coming
 from. I told you, and I told the attorney, which
 were you, to go forward. As a matter of fact, he
 say no, that's no good, blah, blah, blah, you know.
 And I was waiting for the, to be sued because that's
 what he told me. And that's what you told me.
       Remember you told me, find a good attorney
 because this guy maybe that can defend you because I
 cannot defend you. I only can defend Alitalia. And
```

```
                      Gallo          80
 I say okay, when he sues me, I will find an
 attorney.
    Q. But you knew about Mr. Oksuz's accusations
 before you went into Payne-Whitney, correct? That
 is our meeting.
    A. Yes.
    Q. Yes.
    A. You told me, Libutti and you.
    Q. And I gave you a copy of the attorney's
 letter?
    A. Right, you gave me a copy of document, I
 don't recall what.
    Q. Okay, fine. But you didn't discuss this
 with your wife before you went into Payne-Whitney?
    A. I don't know. I know that I discussed
 with her. I don't recall if it was before -- that I
 told her about the Mr. Oksuz situation?
    Q. Yes.
    A. I think I did. I think I did. I cannot
 be sure.
    Q. Even before you went into Payne-Whitney,
 you think you did?
    A. I think maybe before or after because she
 told me that.
```

```
                      Gallo          81
    Q. Did you tell the doctors at Payne-Whitney
 about the Oksuz accusations?
    A. I don't think so.
    Q. You may have?
    A. May have, maybe.
    Q. You don't know, you don't remember?
    A. To me it was not that a great deal. May
 not be the first time anyhow. So I know the tactics
 of the company that I worked for 38 years.
       The most important thing was my health.
 And the fact that after 38 years I had to tell them,
 come into my office and say, you know, go away and
 not even the reason why, or you write to them and
 say that you want to sit down and discuss things.
 And the answer is, if you want to discuss with me,
 otherwise, there's no one anymore involved to talk
 to. It's horrible. And I don't wish this to
 anyone.
    Q. Alright.
    A. Okay.
    Q. So you don't recall whether you discussed
 the Oksuz accusations with people at Payne-Whitney?
    A. I don't recall.
    Q. But you didn't consider those accusations
```

21 (Pages 78 to 81)

One Penn Plaza, NYC                Toby Feldman, Inc.              tel (212) 244.3990
email@tobyfeldman.com    NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    tel (800) 246.4950