UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCESCO GALLO,

          Plaintiff,

-against-

ALITALIA – LINEE AEREE ITALIANE –
SOCIETA PER AZIONI, PIERANDREA GALLI,
and GIULIO LIBUTTI,

          Defendants.

Case No. 07 CV 06418 (CM)(RLE)

**CERTIFICATION OF SERVICE**

---

      Charles Caranicas, being duly sworn, deposes and says:

      1.    I am over the age of eighteen years and not a party to this action, and reside in Brooklyn, New York.

      2.    On April 28, 2008, I caused the within **NOTICE OF MOTION**; the **DEFENDANTS' JOINT UNCONTESTED STATEMENT OF MATERIAL FACTS**; the **AFFIRMATION OF ALAN M. KORAL IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** and **DEFENDANT ALITALIA'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** to be served on plaintiff by causing true copies of same to be filed electronically with the Court, with notice to:

                          Derek T. Smith, Esq.
                          Akin & Smith, LLC
                          305 Broadway, Suite 1101
                          New York, New York 10007
                          Attorney for Plaintiff *Francesco Gallo*

                          _____
                          Charles Caranicas