UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GALLO,

                Plaintiff,

    -against-

ALITALIA – LINEE AEREE ITALIANE –
SOCIETA PER AZIONI, PIERANDREA GALLI,
and GIULIO LIBUTTI,

                Defendants.

Case No.  07 CV 06418 (CM)(RLE)

**CERTIFICATION OF SERVICE**

Charles Caranicas, being duly sworn, deposes and says:

1.      I am over the age of eighteen years and not a party to this action, and reside in Brooklyn, New York.

2.      On April 28, 2008, I caused the within **NOTICE OF MOTION**;  the **DEFENDANTS' JOINT UNCONTESTED STATEMENT OF MATERIAL FACTS**; the **AFFIRMATION OF ALAN M. KORAL IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** and the **MEMORANDUM OF LAW OF DEFENDANTS PIERANDREA GALLI AND GIULIO LIBUTTI IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** to be served on plaintiff by causing true copies of same to be filed electronically with the Court, with notice to:

                Derek T. Smith, Esq.
                Akin & Smith, LLC
                305 Broadway, Suite 1101
                New York, New York  10007
                Attorney for Plaintiff *Francesco Gallo*

                                Charles Caranicas