**AKIN & SMITH, LLC**
ATTORNEYS AT LAW
SUITE 1101
305 BROADWAY
NEW YORK, NEW YORK 10007
TEL. (212) 587-0760    FAX. (212) 587-4169

ZAFER A. AKIN *
DEREK T. SMITH **
―――
ISMAIL S. SEKENDIZ[†]
―――

\*    Admitted NY & NJ Bars
\*\*   Admitted NY, NJ & PA Bars
†    Admitted NY & Istanbul Bars

May 6, 2008

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:    Gallo v. Alitalia, Libutti and Galli        07-6418 (CM)

Dear Judge McMahon:

Please note that I represent the Plaintiff in the above action *Gallo v. Alitalia, Libutti and Galli*. I am writing this letter to respectfully request a two week extension (to May 27th) to oppose Defendants' summary judgment motions.

We were served via ECF with Defendants' motions for summary judgment on April 28, 2008. Thus, our oppositions are due on Monday, May 12, 2008. My client is very ill and is under frequent medical care. As such, it has been difficult to arrange a meeting with him to go over Defendants' motions and prepare our opposition papers. I currently waiting to hear back from him as to when he can come to my office. Additionally, I will be out of the office all next week. This is our first request for such an extension. Defense counsel has indicated to me that they have no objection to my request.

I thank Your Honor in advance for your consideration and time.

Respectfully submitted,

AKIN & SMITH, LLC

/s/
Derek T. Smith