# AKIN & SMITH, LLC
ATTORNEYS AT LAW
SUITE 1101
305 BROADWAY
NEW YORK, NEW YORK 10007
TEL. (212) 587-0760   FAX. (212) 587-4189

ZAFER A. AKIN *
DEREK T. SMITH **

ISMAIL S. SEKENDIZ†

\* ADMITTED NY & NJ BARS
\*\* ADMITTED NY, NJ & PA BARS
† ADMITTED NY & ISTANBUL BARS

**MEMO ENDORSED**

OK

May 20, 2008

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*[signature]*
5/22/08

**RE:  Gallo v. Alitalia, Libutti and Galli          07-6418 (CM)**

Dear Judge McMahon:

Please note that I represent the Plaintiff in the above action *Gallo v. Alitalia, Libutti and Galli*. I am writing this letter to respectfully request one month additional time to (to June 27th) to oppose Defendants' summary judgment motions.

Plaintiff has been in the hospital for at least the past two weeks. He has had two operations and is bedridden at the hospital. He is on numerous medications, he is not answering his phone, and I cannot speak with him. I previously requested a two week extension, because I could not meet with my client due to his medical problems, which your Honor granted. I was hoping and expecting that Mr. Gallo would have been out of the hospital and been available by now. Unfortunately, I still am unable to reach Mr. Gallo and do not know when he will be out of the hospital.

I need my client's assistance in opposing Defendants' motions. Therefore, I respectfully request this additional time so that Mr. Gallo will hopefully be out of the hospital by then, and I can meet with him.

I thank Your Honor in advance for your consideration and time.

Respectfully submitted,

AKIN & SMITH, LLC

*[signature]*

Derek T. Smith
CC: Alan Koral, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08