Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

COPY

------------------------------------x

ESTER LORUSSO,

                    Plaintiff,

                              Civil Action No.
         -against-            1:07-CV-03583

ALITALIA-LINEE AEREE ITALIANE, SpA,

                    Defendant.

------------------------------------x

                    April 18, 2008
                    10:09 a.m.

    Videotaped Deposition of ANDREA SCIARRESI,

taken by Plaintiffs,, at the offices of The

Ottinger Firm, PC, 19 Fulton Street New York,

New York, before SUZANNE PASTOR, a Shorthand

Reporter and Notary Public within and for the

State of New York.

1                  ANDREA SCIARRESI
2    company.
3          Q.      That's what Mr. Libutti told you?
4          A.      Yes.
5          Q.      Did you say anything to him when he
6    said he wanted to do that?
7          A.      Sorry?
8          Q.      Did you say anything to him when he
9    told you that he wanted to do that?
10         A.      Yes, I told him that this was
11   illegal.
12         Q.      And what did he say?
13         A.      He said I don't care, I need to
14   make this plan and I will go on with like that.
15         Q.      Would that plan that Mr. Libutti
16   explained to you have an impact on Ester
17   LoRusso?
18         A.      Yes.
19         Q.      How so?
20         A.      How?
21         Q.      How?
22         A.      Okay.  Because Ms. LoRusso was one
23   of the colleagues in the senior positions in the
24   company, and it was long seniority in the
25   company.  So he wanted to let out anyone with

### ANDREA SCIARRESI

1
2  And after the interviews with the senior -- with
3  me and the senior sales director, Mr. Marcello
4  Grimaldi, he told me the guy was fine for the
5  position, very good.
6        I told Mr. Libutti that I wanted to
7  hire Mr. Alton Watt.  Then on the same day he
8  came back to my office and tell me he wasn't
9  comfortable with hiring Mr. Alton Watt because
10 he was black.  He had an eye defection and he
11 thought that he was gay so it could create some
12 problem in the future to the company.
13       And nevertheless, I hired Alton
14 Watt because I asked him if the guy was fine
15 with the position and if he was in line, and he
16 said that he was in line and so I hired
17 Mr. Alton Watt.
18    Q.    Were any other comments made by
19 Mr. Libutti to you or that you heard regarding
20 women or minorities working with him or under
21 him in New York?
22       MR. KORAL:  Objection.
23    A.    Well, we had some meetings.  For
24 example, Ms. LoRusso didn't agree with this
25 position.  He felt like it was a personal

1

ANDREA SCIARRESI

2        A.        Because he used to complain against

3   the U.S. lawyers and regulations because he felt

4   that it was too rigid and too difficult to

5   manage for his way of managing.  And so he

6   started -- on the first period he seemed to be

7   more worded about this regulation --

8        Q.        More what?

9        A.        More awareness, sorry, about this

10  regulation.  Then he used to say he didn't care

11  if someone could write or complain against his

12  way of attitude or behavior because he didn't

13  care at all because he was the boss of North

14  America and Mexico so he could do as he wanted,

15  so he didn't care of the regulations.

16       Q.        How do you know that?

17       A.        He told me.

18       Q.        When did he -- will you please

19  explain?

20       A.        Yes, he told me that he was too

21  tired of the rigid regulation of the United

22  States.  At the end, let the people write or

23  complain, I don't care.

24       Q.        When you say regulation, what

25  regulation are you referring to?

**ANDREA SCIARRESI**

1

2     A.     Internal the company, external by

3     the U.S. laws.  Any kind of laws that we should

4     apply working in USA.

5     Q.     You're referring to the

6     antidiscrimination laws?

7     A.     Antidiscrimination, harassment,

8     internal climate.  Anything that could be

9     related to the human resources management, so

10    the approach and the management with the people.

11    Q.     How do you know he felt this way?

12    MR. KORAL:  Objection.

13    A.     Because he told me.

14    Q.     How many times?

15    A.     Several times.  Specifically at the

16    end, at the end, until August, until I was in

17    the offices, the last months he didn't care at

18    all.  So he was used to repeat this on several

19    occasions to me.

20    Q.     Was there a concern that the

21    decision to remove Ms. LoRusso from her position

22    at Alitalia might violate the American

23    antidiscrimination laws?

24    MR. KORAL:  Objection.

25    A.     If he understood -- if he felt that

1
### ANDREA SCIARRESI

2    he didn't like her approach, her way to reply to

3    him.  But we didn't have a chance to discuss

4    about the position of Ms. LoRusso until he

5    wanted to have this reorganization plan.

6         Q.        Explain about his reorganization

7    plan.  What was he doing?

8         A.        The reorganization plan, what

9    introduced me verbally because I didn't see

10   anything or I didn't sign or approve anything

11   about the reorganization plan.  Simply wanted to

12   have a firing or a termination of the old people

13   in the company, especially in the higher

14   positions and to replace them with new managers,

15   new appointed people.  That was the core of the

16   project.

17        Q.        Did he show you any documents that

18   related to his plan to do this?

19        A.        No, not in the discussions, no.

20        Q.        How many times did you discuss this

21   plan with him?

22        A.        Just in the locations.

23        Q.        Just what?

24        A.        Just when he came to my office and

25   told me that he wanted to have this organization

Page 23

1                    ANDREA SCIARRESI

2    manage because it wasn't in line with his way.

3    And so he really felt as a personal insult for

4    him to have a dialogue with her when she wasn't

5    in line with him.

6              Q.        How was her gender a factor in

7    that?

8              MR. KORAL:  Objection.

9              Q.        If you know.

10             A.        Was gender?  Probably, yes.  He

11   told me I don't like her, especially as a woman

12   in high position.

13             Q.        Were any comments made about just

14   women in general in high positions?

15             MR. KORAL:  Objection.

16             A.        Generally, he told me that he

17   didn't like the idea of having women in high

18   position.

19             Q.        Were there any -- as the human

20   resources director, in your discussions with

21   your supervisor, Mr. Libutti, were there any

22   times that you discussed the possibility of

23   promoting a woman to a higher position?

24             MR. KORAL:  Objection.

25             A.        No, he didn't tell me anything.  He