# ORIGINAL

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ESTER LORUSSO,

               Plaintiff,

  -against-

               1:07 CV 03583-LBS

ALITALIA-LINEE AEREE ITALIANE, SpA,

               Defendant.

------------------------------------x

DEPOSITION OF FRANCESCO GALLO

Monday, January 7, 2008

New York, New York

REPORTED BY:

Holly Hough

```
                              GALLO                          114
```

Q. Gabriele Mariotti?

A. Gabriele Mariotti.

Q. He was fired?

A. Or fired because he resigned because he couldn't take it anymore, I don't know, because it happened after I left Alitalia.

Q. And how do you know that he resigned because of his sexual orientation?

A. That was one of the reasons that he was complaining, plus Mr. Libutti did not make any secrets.

Q. Of what?

A. Of Mr. Mariotti's sexual orientation. Excuse me. My answer to your question, there are more people, I do not recall the names.

Q. And Mr. Mariotti resigned in late 2006, after you left, correct?

A. I left him there, right.

Q. He was still there when you left?

A. Yes.

Q. Are you aware that he had just gotten a promotion before you left?

MR. AKIN: Are you aware.

Q. That's the question.

```
                              GALLO                          115
 2       A.    I'm not.
 3       Q.    No, okay.
 4       A.    He told me after.
 5       Q.    He told you after the fact?
 6       A.    Now I'm aware.
 7       Q.    Okay. Now Mariani, do you know when she
 8  was terminated?
 9       A.    I don't remember, 2005, 2006, I don't
10  remember.
11       Q.    2005 or '6. Do you know of anybody who
12  was terminated because of her being female?
13       A.    Ester LoRusso, that's one.
14       Q.    Ester LoRusso was terminated in January of
15  2007?
16       A.    I don't know when she was terminated.
17       Q.    And how do you know it was because of her
18  gender?
19       A.    Because it was part of the package, it was
20  part of the package that, you know, that she had to
21  be terminated.
22       Q.    It was part of the package?
23       A.    Age, female, lover of Miss Elizabeth
24  Santella, and knowing people at the main office in
25  marketing. And so Mr. Libutti could not have
```

**TOBY FELDMAN**
INCORPORATED

**NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS**
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

```
                                GALLO                          116
```

1    control of her, at least that's what he predicated,
2    and he wanted her to be terminated.
3        Q.    Are you saying that Mr. Libutti believed
4    that Ester LoRusso was the lover of Ms. Santella?
5        A.    That's what he told me, yes.
6        Q.    When did he tell you that?
7        A.    One morning.
8        Q.    One morning in?
9        A.    Between a cup of coffee.
10       Q.    2003, 2004, 2005, 2006?
11       A.    I don't remember dates.  What I do
12   remember, there was, a few days after, there was a
13   seminar in New Orleans somewhere, that's what I
14   recall.
15       Q.    What position was Ms. LoRusso holding at
16   the time that Mr. Libutti allegedly said that she
17   was the lover of Ms. Santella?
18       A.    She was in the same position that she was
19   when Libutti arrived in New York, was marketing
20   communication.
21       Q.    So this would be sometime before she went
22   to GA 2000?
23       A.    Yes.
24       Q.    And Ms. Santella was reporting to her,

```
                          GALLO                        117
      correct?
           A.    Yes.
           Q.    Did you ever tell Ester LoRusso --
           A.    Absolutely not.
           Q.    Let me finish the question.
           A.    Oh, okay, sorry.
                 MR. AKIN:  I was going to say --
                 THE WITNESS:  Well, I thought he finished.
           Q.    Did you ever tell Ester LoRusso that Mr.
      Libutti thought she was having a love affair with
      Ms. Santella?
           A.    Absolutely not.
           Q.    Did you ever tell anybody else?
           A.    Someone in Rome, I don't remember who,
      probably D'Angelo, someone in HR, and of course no
      one outside Alitalia, with the exception, maybe, I'm
      not sure, of her attorney.
           Q.    I'm sorry?
           A.    Of Ester's attorney, but I'm not sure.
           Q.    Did Mr. Libutti ever repeat this
      accusation to you, did he ever tell you again that
      he thought LoRusso and Santella were lovers?
           A.    I don't think so.  I don't remember.
           Q.    Did Mr. Galli indicate that he thought
```

```
 1                          GALLO                    118
 2   that Santella and LoRusso were lovers?
 3         A.    No.
 4         Q.    Did you ever hear rumors from anybody else
 5   that LoRusso and Santella were lovers?
 6         A.    No.
 7         Q.    Do you know where Ms. LoRusso lives?
 8         A.    Now, yes, in Manhattan.
 9         Q.    Where was she living in 2004?
10         A.    I don't know.  I don't know.
11         Q.    Do you know whether she was living alone
12   in 2004?
13         A.    I don't know.
14         Q.    Do you know where Santella lived in 2004?
15         A.    No.
16         Q.    Do you know where Santella lives know?
17         A.    No.
18         MR. KORAL:  I have no further questions on
19   your testimony of Ms. Kurzon, but I'm sure you
20   have a few.
21         MS. KURZON:  I do have a few, but could we
22   take a few minutes?
23         THE VIDEOGRAPHER:  We're going off the
24   record at 2:54 p.m.
25         (A brief recess was taken.)
```

**TOBY FELDMAN**
INCORPORATED

**NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS**
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

|    |    |
|----|----|
| 1  | GALLO                                         119 |

2  THE VIDEOGRAPHER: We're going back on the
3  record at 3:04 p.m. This is the beginning of
4  tape five.
5  FURTHER EXAMINATION BY MS. KURZON:
6   Q. Mr. Gallo, I just have a few follow-up
7  questions in relation to the questions Mr. Koral
8  just asked you.
9      You had testified that Marta Lotti was one
10 of the various people that had made complaints while
11 you were still employed at Alitalia; were Ms.
12 Lotti's complaints in writing?
13   A. I don't remember.
14   Q. Do you know whether any investigation or
15 any results from your investigation would have been
16 in writing?
17   A. I don't recall.
18   Q. You also testified in regards to Marta
19 Lotti's complaints that you had a meeting with
20 Mr. Libutti and you warned him; do you know if any
21 of those warnings would have been in writing?
22   A. My warning to Mr. Libutti?
23   Q. Yes.
24   A. Yes, yes, one, more than warning, a note,
25 was a note from me to Giulio Libutti about the

```
                          GALLO                      120
```

1  results of Ms. LoRusso's complaint and the result of
2  the investigation that I made. I wrote a note I
3  wrote for the investigation itself and I wrote a
4  note to Giulio.
5     Q.    Are you referring to Marta Lotti's
6  complaints or Ester LoRusso's?
7     A.    Ester LoRusso.
8     Q.    Okay. My question had initially been from
9  Marta Lotti, but just so the record is clear, when
10 you said that there was something in writing from
11 you to Giulio Libutti, that's in response to Ester
12 LoRusso's complaints?
13    A.    Yes.
14    Q.    Okay.
15    A.    May very well be for Marta too, but I
16 don't recall. I don't remember.
17    Q.    You do recall that you did respond in
18 writing addressing Mr. Libutti in regards to Ester's
19 complaints?
20    A.    Yeah, you have my file at your office
21 under the label "Personnel," there will be all the
22 copies there, if they are, I mean.
23    Q.    That was going to be my next question.
24 Where would I find these notes that you wrote to

GALLO                                      121

1  Mr. Libutti?  Are these handwritten notes?
2      A.  Yes, and also very confidential, extremely
3  confidential, I wrote on top.
4      Q.  And you're saying that these notes would
5  be in the file called Personnel File?
6      A.  Not this one.  This will be in the file on
7  Mr. Libutti.  And some copies, some copies you will
8  find in my file under the label, "Reservata,
9  Confidential Employees' Matters."
10         MS. KURZON:  To the extent not already
11     produced, I'm going to request that Mr. Koral
12     produce this file.
13         MR. KORAL:  We have searched for this
14     material diligently.  We will search again.  It
15     may have inadvertently found its way into the
16     many boxes of materials that Mr. Gallo removed
17     from the office, but we have not seen it.
18     Q.  Mr. Gallo, do you know whether --
19         MR. AKIN:  Wait for the question.
20     Q.  Is there something you would like to say?
21     A.  Yeah, nothing, go ahead.
22     Q.  Mr. Gallo, do you have any of these files
23  in your possession?
24     A.  No.  These files were given, hand given,

```
1                          GALLO                    122
2       to Mr. Libutti the day before I left Alitalia.
3            Q.    May of 2006?
4            A.    Yes.
5            Q.    Who handed them to Mr. Libutti?
6            A.    I did.
7            Q.    At whose request?
8            A.    My own.  It was no request.
9                 MR. KORAL:  I'll contact Mr. Libutti, as
10       well, of course.  I'm more interested in seeing
11       this than you are, I think.
12                MS. KURZON:  I don't know about that.
13           Q.    So you also testified that a woman named
14       Linda in Personnel made age-discrimination
15       complaints; do you recall whether those complaints
16       were in writing?
17           A.    I didn't say that.  I said that she
18       complained that she did not have, that she was
19       frustrated the way Libutti was treating her.  And
20       she was complaining the fact that she was over 50,
21       she was not given the possibility to be promoted at
22       Stephanie's position, Stephanie DiClemente, I'm
23       sorry.
24           Q.    Going back to your last answer, when you
25       said that you had put notes in writing to
```

```
                        GALLO                    123
```

1  Mr. Libutti, do you recall what those notes said
2  regarding Ester's complaints?
3      A.  More or less the same, you know, the same
4  story, it's not fair, it's not fair, we're ruining
5  Alitalia, one day we will pay for it, this is not
6  right.  He has it.  Believe me, he has it.
7      Q.  Mr. Koral asked you whose decision it was
8  to eliminate Ester LoRusso as director of marketing
9  communications, and I believe you said it was
10 Mr. Galli's and Mr. Libutti's decision.  Later in
11 your testimony you stated that it was because of the
12 whole package, which was gender and age, because she
13 was allegedly a lover of Elizabeth Santella; was
14 that the same reason they gave you when they told
15 you they wanted to eliminate Ester's position as
16 director of marketing?
17          MR. KORAL:  Objection.
18      A.  That's what the testimony was.
19      Q.  I'm sorry, would you repeat your answer?
20      A.  That's what I testified before.
21      Q.  And you also testified that you had two
22 pamphlets made regarding discrimination laws in
23 2000.  Why did you --
24      A.  2000, 2001.

```
                        GALLO                            124
```

Q. Yes. Why did you have these pamphlets made?

A. Because it was very difficult for me to make people understand that it was a serious matter. And since Mr. Mengozzi, administration at Alitalia, was going public all over, you know, old people out, blah, blah, I say, oh, my God, that's what we needed. In this country it's a different story. It's illegal. So that's the main reason.

Q. Did Mr. Galli or Mr. Libutti ever express why they felt older women should be terminated; did they express whether they felt it was a correlation to their worth or intelligence or productivity or something else?

MR. KORAL: Objection.

A. They expected to find younger chicken, beautiful girls, which they didn't find it.

Q. They expected to find younger chickens?

A. That's a literal translation.

Q. I'm sorry, please explain. I'm just trying to get it clear for the record.

A. When they arrived in New York, they expected to find it young people, beautiful girls. And they always complained that women in Alitalia

TOBY FELDMAN
INCORPORATED
NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

GALLO                                          125

```
 1                North America were "cessi".  Cessi means bathrooms.
 2        Q.    Cessi means what?
 3        A.    Bathrooms.
 4        Q.    Bathrooms.  And was it your decision to
 5   have the ex-pats take part in the two-day seminar?
 6        A.    I has problem, yes, but when they were
 7   done, actually, when they were prepared, we did here
 8   in New York, as I testified, to have a seminar when
 9   Alitalia start that want the ex-patriot employees
10   from Italy, because up to 2001, there was not
11   ex-patriot in North America.  And this was not liked
12   by those people.  Okay?
13        Q.    What was not liked by which people?
14        A.    Because ex-patriots, Galli, Libutti, see,
15   North America was for five years free of
16   ex-patriots, but not because we didn't want it,
17   because were unnecessary and was very expensive,
18   starting from, you know, school, housing, you name
19   it.
20        Q.    Did Mr. Libutti take part in this two-day
21   seminar?
22        A.    I don't recall.  I don't think so.
23        Q.    Do you know whether he was asked to take
24   part in the two-day seminar?
```

```
 1                        GALLO                          126
 2        A.    I don't remember.
 3        Q.    Do you know whether Mr. Galli took part in
 4  the two-day seminar?
 5        A.    I don't remember.
 6        Q.    Do you know whether Mr. Galli was asked to
 7  take part in the two-day seminar?
 8        A.    Huh?
 9        Q.    Do you know whether Mr. Galli was asked to
10  take part?
11        A.    I don't, I don't remember.
12        Q.    Moving on, you mentioned Tim O'Neill in
13  one of your responses to Mr. Koral's question about
14  who took over the marketing position after Ester was
15  moved to GA 2000.
16              How old is Tim O'Neill?
17              MR. KORAL:   Objection.
18              MR. AKIN:    You can answer.
19        A.    How is the question?
20        Q.    How old is Tim O'Neill, or excuse me,
21  strike that.
22              How old was Tim O'Neill when Ester was
23  transferred to GA 2000?
24        A.    I don't know, but I would say in his 40s.
25        Q.    And do you know what position --
```

TOBY FELDMAN
INCORPORATED
NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning