UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCESCO GALLO, | ) |
| Plaintiff, | ) |
| | ) INDEX NO: |
| ALITALIA - LINEE AEREE ITALIANE - SOCIETA PER AZIONI; PIERANDREA GALLI; and GIULIO LIBUTTI, | ) 07 CV 06418 |
| Defendants. | ) |

VIDEOTAPED DEPOSITION OF PIERANDREA GALLI

New York, New York

Monday, January 28, 2008

MAGNA LEGAL SERVICES
Two Penn Center
Suite 910
Philadelphia, PA 19102

Page 38

```
 1    So there was something that was not
 2  controlled well, and so they took the decision.
 3    Q   So Mr. Marchese had an issue of
 4  controlling something well?
 5    A   Yes.
 6    Q   Would you say that was a job
 7  performance issue?
 8    A   Can you repeat, please?
 9    Q   Would you say that was a job
10  performance issue?
11    A   It's a matter of -- it's related to
12  the audit. So, yes, it's part of his duty.
13    Q   So was the decision to terminate
14  Mr. Marchese made because he wasn't doing his
15  duties?
16        MR. KORAL: Objection.
17        THE WITNESS: Part of his duties.
18  BY MR. AKIN
19    Q   That he wasn't performing part of his
20  duties?
21    A   (Witness nods head.)
22        MR. KORAL: Objection.
23  BY MR. AKIN:
24    Q   You have to answer.
25    A   Yes.
```

Page 39

```
 1    Q   She can't take down head nods.
 2        Now, going back to Mr. Gallo; when you
 3  arrived in New York, he was the head of
 4  corporate affairs.
 5        What were his duties and obligations as
 6  the head of corporate affairs?
 7    A   He had to handle relationship with,
 8  let's say, institution, regarding safety and
 9  security. He was dealing with union. And all
10  legal issue of the company.
11        And he was also the head of -- how can
12  I explain -- the relation with media.
13    Q   Public relations?
14    A   Yes. Kind of public relations.
15    Q   Now, you said, "and all relations
16  with institutions."
17        What does that mean?
18    A   Relation with Washington; with TSA,
19  the safety/security agency. And all the
20  corporate affairs regarding Alitalia
21  North America.
22    Q   During the one year that you were
23  stationed in New York, how was Mr. Gallo's job
24  performance?
25        MR. KORAL: Objection.
```

Page 40

```
 1        THE WITNESS: Good.
 2  BY MR. AKIN:
 3    Q   Did you have to write any reviews
 4  regarding Mr. Gallo's performance?
 5    A   No.
 6    Q   Did you have to report Mr. Gallo's
 7  performance to anybody?
 8        Did you have to report Mr. Gallo's
 9  performance to anybody?
10    A   No.
11    Q   Was there anybody else that Mr. Gallo
12  answered to, besides yourself?
13    A   Yes.
14        Let's say, functional link with all
15  departments in Rome that are dealing with legal
16  security issue.
17    Q   And that does not go through you --
18  excuse me. Strike that.
19        That did not go through you at the time?
20    A   No. No.
21    Q   Did Mr. Gallo's title ever change?
22        MR. KORAL: Objection.
23        Any time during his career?
24        MR. AKIN: Any time after July 2003,
25  after you arrived in New York.
```

Page 41

```
 1        THE WITNESS: No.
 2  BY MR. AKIN:
 3    Q   Do you know when Mr. Gallo's
 4  employment with Alitalia ended?
 5    A   It was his decision to accept a
 6  consultancy agreement with Alitalia in
 7  September 205 (sic).
 8        MR. KORAL: 2005.
 9        THE WITNESS: Yes.
10  BY MR. AKIN:
11    Q   Now, how did the consultation
12  agreement come about?
13    A   Can you be more precise?
14    Q   Yes. Sure.
15        Who brought up the consultation agreement
16  first?
17        MR. KORAL: Objection.
18  BY MR. AKIN:
19    Q   Who brought it up? How did it come
20  about?
21    A   There was, during the year 2002,
22  2003, 2004, some, let's say, packages offered
23  to the executives in Italy. And when I arrived
24  in US, I told Frank about that. And if he
25  wanted, I can put through Rome and have such
```

Page 146

BY MR. AKIN:
Q Did Mr. Libutti ever speak to you about her?
A No.
Q The consultation agreement that Mr. Gallo had with Alitalia, whose decision was it to terminate that agreement?
A It was made by the top management of the company.
Q Who do you mean by "top management"?
A The ones that I said before; so Mr. Spazzadeschi and Mr. Cestaro.
Q Was that ever discussed with you?
A No.
Q Do you know who advised Mr. Gallo that he was terminated?
A Me and Mr. Libutti.
Q When?
A May in 2006.
Q In May of 2006?
A May 2006, yes.
Q Were you and Mr. Libutti together when you advised Mr. Gallo of his termination?
A Yes.
Q Where did it take place?

Page 147

A At the office of Mr. Gallo.
Q And what was said between you; what was said?
    MR. KORAL: Objection.
    THE WITNESS: What do you mean, "what was said"?
BY MR. AKIN:
Q When you went to advise Mr. Gallo that he was terminated, how did the conversation start? How did it go?
    MR. KORAL: Objection.
    THE WITNESS: I just told him the decision of the company; the terminated agreement.
BY MR. AKIN:
Q How long did the conversation take?
A No more than ten minutes.
Q Did Mr. Gallo inquire as to why he was being terminated?
A Yes.
Q And what did you respond?
A It was a decision from the top management.
Q Did you ever indicate whether you concurred or disagreed with the decision?

Page 148

    MR. KORAL: Objection.
    THE WITNESS: No.
    I just said, "It was a decision from the top management."
BY MR. AKIN:
Q Did you in any way try to prevent the termination?
A I had no chance.
    MR. KORAL: Objection.
BY MR. AKIN:
Q Did you try?
A I have no chance.
Q What do you mean by that?
A There was a decision coming from the top, so you cannot discuss.
Q Were you consulted at all about terminating Mr. Gallo, by top management?
A No.
Q Was Mr. Libutti consulted at all?
A No.
Q Do you know why top management came to that decision, whether at that time or subsequently?
A It was a result of an audit and a decision to clean the North America.

Page 149

Q What audit are you talking about?
A What?
Q You said, "It was as a result of an audit."
What was the audit?
A It was an audit in 2004, I think, on North America.
Q And what did the audit disclose, that resulted in Mr. Gallo's termination?
A There was the audit regarded, as I mentioned before, when we were talking about Mr. Marchese.
Q Right.
It was the same audit?
A Yes.
Q Did you ever get a copy of that audit report?
A I just saw the synthesis of it.
Q Okay. Who has a copy of the audit report?
A The auditing department in Rome.
Q Okay.
REQ    MR. AKIN: We're going to ask that we be provided a copy of the audit report that Mr. Galli is speaking about?