UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCESCO GALLO,<br><br>      Plaintiff,<br><br>-against-<br><br>ALITALIA – LINEE AEREE ITALIANE – SOCIETA PER AZIONI, PIERANDREA GALLI, and GIULIO LIBUTTI,<br><br>      Defendants. | Case No.  07 CV 06418 (CM)(RLE)<br><br>**AFFIRMATION OF ALAN M. KORAL IN SUPPORT OF THE SUPPLEMENTARY REPLY ADDRESSING THE AFFIDAVIT AND DEPOSITION OF <u>NUNZIA FATICA GALLO</u>** |

  **ALAN M. KORAL**, an attorney duly admitted to practice before the courts of the State of New York, affirms upon penalty of perjury that the following statements are true:

  1. I am a shareholder with the firm of Vedder Price, P.C., 1633 Broadway, New York, New York 10019, counsel for defendants Alitalia Linee Aeree Italiane, S.p.A. ("Alitalia"), Pierandrea Galli ("Galli") and Giulio Libutti ("Libutti")(collectively "Defendants") in the above-captioned action.  I submit this Affirmation in support of Defendants' Supplementary Reply on their motion for summary judgment with respect to the Affidavit of Nunzia Fatica Gallo ("Supplementary Reply").  I am fully familiar with the facts and circumstances set forth herein.

  2. Attached as Exhibit A hereto is a copy of the Affidavit of Nunzia Fatica Gallo ("NFG Aff.");

  3. Attached as Exhibit B hereto are copies in minuscript form of the pages of the August 15, 2008 deposition of Nunzia Fatica Gallo ("NFG Dep.") referenced in the accompanying filing in support of Defendants' Supplementary Reply ;

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: September 2, 2008
New York, New York

/s/   Alan M. Koral
Alan M. Koral (AK 1503)

NEWYORK/#199753.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCESCO GALLO,<br><br>                   Plaintiff,<br><br>         -against-<br><br>ALITALIA – LINEE AEREE ITALIANE – SOCIETA PER AZIONI, PIERANDREA GALLI, and GIULIO LIBUTTI,<br><br>                   Defendants. | Case No.  07 CV 06418 (CM)(RLE)<br><br>**CERTIFICATE OF SERVICE** |

     I, Michael Goettig, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that on April 28, 2008, I caused a copy of the **AFFIRMATION OF ALAN M. KORAL and SUPPLEMENTARY REPLY ADDRESSING THE AFFIDAVIT AND DEPOSITION OF NUNZIA FATICA GALLO** to be served upon Plaintiff by electronically filing same, thereby ensuring that Plaintiff's attorney, Derek T. Smith, Esq. of Akin & Smith, LLC, received same because he is a registered e-filer and registered to receive e-notices in this case.

DATED:  September 4, 2008                  s/ Michael Goettig
                                                   Michael Goettig